McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1944
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
James M. Sullivan (JS 2189)
Gary O. Ravert (GR 3091)

Attorneys for The Timken Corporation,
Toyotetsu America, Inc., and
Toyotetsu Mid America, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
DANA CORPORATION, *et al.*,                        :     Case No. 06- 10354 (BRL)
                                                   :
                                        Debtors.   :     (Jointly Administered)
                                                   :
------------------------------------------------------------x

## NOTICE OF APPEAL

The Timken Corporation, Toyotetsu America, Inc., and Toyotetsu Mid America, LLC hereby appeals under 28 U.S.C. § 158(a) from the Order Valuing Reclamation Claims Filed in the Debtors' Chapter 11 Cases at Zero of Bankruptcy Judge Burton R. Lifland, dated April 25, 2007, Docket No. 5175 (the "Order"). A copy of the Order is attached hereto as Exhibit 1.

The parties to the appeal are as follows:

McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
James M. Sullivan (JS 2189)
Gary O. Ravert (GR 3091)

Attorneys for The Timken Corporation,
Toyotetsu America, Inc., and
Toyotetsu Mid America, LLC

NYK 1097465-1.064980.0025

- 2 -

TAFT, STETTINIUS & HOLLISTER, LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202
Fax: (513) 381-0205
Phone: (513) 381-2838
W. Timothy Miller
Paige Leigh Ellerman

Attorney for Toyotetsu America, Inc. et al and Motoman, Inc.

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Corinne Ball (CB 8203)
Richard H. Engman (RE 7861)

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox (HL 3046)
Carl E. Black (CB 4803)
Ryan T. Routh (RR 1994)

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Jeffrey B. Ellman (JE 5638)

Attorneys for Debtors
and Debtors in Possession

NYK 1097465-1.064980.0025

- 3 -

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.
780 Third Avenue
36th Floor
New York, NY 10017-2024
(212) 561-7700
Fax : (212) 561-7777
Dean A. Ziehl
Robert J. Feinstein
Debra I. Grassgreen

Conflicts Counsel for Debtors
and Debtors in Possession

WEBER & ROSE, PSC
2400 Aegon Center
400 West Market Street
Louisville, KY, 40202
Fax: (502) 589-3400
Phone: (502) 589-2200
Cathy S. Pike

Attorney for Air Hydro, Inc.

BORGES & ASSOCIATES, LLC
575 Underhill Blvd.
Syosset, NY 11791
Fax: (516) 677-0806
Phone: (516) 677-8200
Wanda Borges

Attorney for Thomas Steel Strip Corp.

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
599 Lexington Ave
New York, NY 10022-6030
Fax: (212) 536-3901
Phone: (212) 536-3900
Robert N. Michaelson

Attorney for Allegheny Ludlum and Wesco Distribution *et al.*

- 3 -

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Fax: (412) 355-6501
Phone: (412) 355-6500
David A. Murdoch

Attorney for Wesco Distribution *et al.* and Allegheny Ludlum

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
100 Jericho Quadrangle
Suite 309
Jericho, NY 11753-2702
Fax: (516) 240-8925
Phone: (516) 240-8900
Robert Beau Leonard

Attorney for Berlin Metals LLC
MCDONALD HOPKINS CO., LPA
30150 Telegraph Rd.
Suite 225
Bingham Farms, MI 48025
Fax: (248) 646-5075
Phone: (248) 646-5070
Christopher Lievois

Attorney for Bronson Precision Products, Inc. and TriStar Engineering, Inc.

HODGSON RUSS LLP
230 Park Avenue
17th Floor
New York, NY 10169
Fax: (212) 751-0928
Phone: (646) 218-7540
Stephen H. Gross

Attorney for Wyandotte Industries, Inc. and Mubea, Inc.

- 5 -

HUGHES & LUCE, LLP
111 Congress Avenue
Ste 900
Austin, TX 78701
Fax: (512) 482-6859
Phone: (512) 482-6800
Sabrina Streusand

Attorney for Dell Marketing, LP

HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Fax: (212) 478-7400
Phone: (212) 478-7200
Mark T. Power
Jeffrey Zawadski

Attorney for Hydro Aluminum Precision Tubing North America, LLC and Emhart Teknologies, Inc.

MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
Fax: (410) 385-3700
Phone: (410) 727-6464
Thomas D. Renda
Joel L. Perell Jr.
Patricia A. Borenstein

Attorney for Emhart Teknologies, Inc.

BERNSTEIN LAW FIRM, P.C.
Ste 2200 Gulf Tower
Pittsburgh, PA, 15219
Fax: (412) 456-8286
Phone: (412) 456-8108
Kirk B. Burkley

Attorney for Shaw Industries, Inc.

NYK 1097465-1.064980.0025

- 6 -

KAZLOW & KAZLOW
237 West 35th St., 14th Floor
New York, NY 10001
Phone: (212) 947-2900
Fax: (212) 563-0629
Gene R. Kazlow (GK 0026)
Stuart L. Sanders (SS 8690)

Attorney for Shaw Industries, Inc.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3939
Phone: (212) 225-2000
Lindsee P. Granfield

Attorney for Daido Metal Bellefontaine, LLC

MOORE & VAN ALLEN, PLLC
100 North Tyron St.
Ste 4700
Charlotte, NC 28202-4003
Fax: (704) 331-1000
Lou M. Agosto

Attorney for Nucor Steel Tuscaloosa, Inc. and Nucor Fastener

ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022
Fax: (212) 753-0396
Stuart A. Krause
Bryan D. Leinbach

Attorney for Toyota Tsusho America, Inc.

MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Tel: (704) 331-1000
Fax: (704) 331-3571
Lou M. Agosato
Hillary Bridgers Crabtree

Attorney for James Tool, Manufacturer, Inc.,
Nucor Fastener, Nucor Steel Tuscaloosa, Inc., and
Abundant Manufacturing

- 6 -

Dated:  New York, New York
       May 4, 2007

/s/ James M. Sullivan
James M. Sullivan (JS 2189)
Gary O. Ravert (GR 3091)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York  10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

Attorneys for The Timken Corporation,
Toyotetsu America, Inc., and
Toyotetsu Mid America, LLC