UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | **Chapter 11 Bankruptcy Case** |
| | : | |
| **DANA CORPORATION, ET. AL.,** | : | **Case No. 06-10354 (BRL)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------ | : | |
| | : | |
| **THE TIMKEN COMPANY, TIMKEN** | : | |
| **U.S. CORP., TOYOTETSU AMERICA,** | : | |
| **INC. and TOYOTETSU MID AMERICA,** | : | |
| **LLC,** | : | **Appeal No. 07-CV-5659 (PAC)** |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| **DANA CORPORATION, ET AL.,** | : | |
| | : | |
| Appellees. | : | |
| ------------------------------------ | | |

### THE TIMKEN COMPANY'S STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel

of record for appellant The Timken Company in the above-captioned matter, certifies that The

Timken Company does not have any corporate parents, and that there is no publicly held

corporation that owns 10% or more of its stock.

Dated: New York, New York
      August 31, 2007

                            **McDERMOTT WILL & EMERY LLP**

                            By:    /s/ James M. Sullivan
                                   James M. Sullivan (JS-2189)
                                   Gary O. Ravert  (GR-3091)

*Attorneys for Appellant The Timken Company*
340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400
(212) 547-5444 (fax)