§ 546    BANKRUPTCY CODE    710

(c) *(1)* Except as provided in subsection (d) of this section *and in section 507(c), and subject to the prior rights of a holder of a security interest in such goods or the proceeds thereof,* the rights and powers of ~~a~~ *the* trustee under sections 544(a), 545, 547, and 549 ~~of this title~~ are subject to ~~any statutory or common-law~~ *the* right of a seller of goods that has sold goods to the debtor, in the ordinary course of such seller's business, to reclaim such goods if the debtor has received such goods while insolvent, *within 45 days before the date of the commencement of a case under this title, but—* ~~(1)~~ such a seller may not reclaim ~~any~~ such goods unless such seller demands in writing reclamation of such goods—

 (A) ~~before 10~~ *not later than 45* days after *the date of* receipt of such goods by the debtor; or

 (B) ~~if such 10~~ *not later than 20 days after the date of commencement of the case, if the 45-day period expires after the commencement of the case;* ~~before 20 days after receipt of such goods by the debtor; and~~.

(2) ~~the court may deny reclamation to~~ *If* a seller ~~with such a right of reclamation that has made such a demand only if the court— (A) grants the claim of such a seller priority as a claim of a kind specified~~ *of goods fails to provide notice in the manner described in paragraph (1), the seller still may assert the rights contained* in section 503(b)*(9)* ~~of this title; or (B) secures such claim by a lien~~.