| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORP. | A211460010 A21146 | 648 | North America | Automotive | 01/17/06 12:00 AM | 317451 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 4,523 | 4,523 | Open |
| DANA CORP. | A211420010 A21142 | 108 | North America | Automotive | 01/18/06 12:00 AM | 317659 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 754 | 754 | Open |
| DANA CORP. | A211420010 A21142 | 1081 | North America | Automotive | 01/18/06 12:00 AM | 223201 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 1023 | 1,470 | 1,470 | Open |
| DANA CORP. | A211460010 A21146 | 0 | North America | Automotive | 01/24/06 12:00 AM | 223838 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | | 0 | 4 | Open |
| DANA CORP. | A211460010 A21146 | 100 | North America | Automotive | 01/24/06 12:00 AM | 223838 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR185077 | 90000 | UPC = 8779600094 | 189 | 193 | Open |
| DANA CORP | A211420010 A21142 | 1092 | North America | Automotive | 01/25/06 12:00 AM | 223886 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 52069707 | 1,485 | 1,485 | Open |
| DANA CORP. | A211460010 A21146 | 2322 | North America | Automotive | 01/25/06 12:00 AM | 318303 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 16,208 | 16,208 | Open |
| DANA CORP | A211420010 A21142 | 4158 | North America | Automotive | 01/25/06 12:00 AM | 318471 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 29,023 | 29,023 | Open |
| DANA CORP | A211420010 A21142 | 17 | North America | Automotive | 01/26/06 12:00 AM | 224080 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 52069707 | 23 | 23 | Open |
| DANA CORP | A261660070 A26166 | 848 | North America | Automotive | 01/26/06 12:00 AM | 881411 | QM | Accessories | United States of America | TOR | TOR203373 | 10000 | 1N8889901 2 REV | 827 | 827 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 416 | North America | Automotive | 01/27/06 12:00 AM | 0118227 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 978 | 978 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 324 | North America | Automotive | 01/30/06 12:00 AM | 0119907 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704610 | N0000 | 566201 | 528 | 528 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 120 | North America | Automotive | 01/30/06 12:00 AM | 0119054 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3782 | 20024 | 1008586 | 648 | 648 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 320 | North America | Automotive | 01/30/06 12:00 AM | 0119055 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM212049 | 20024 | 1008585 | 2,701 | 2,701 | Open |

A00399

A0399

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1650 | North America | Automotive | 01/30/06 12:00 AM | 0119056 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55437 | 2B082 | 012495 | 6,996 | 6,996 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 416 | North America | Automotive | 01/31/06 12:00 AM | 0120457 | 07 | Light Vehicles - Axles | United States of America | TOPS | M8804B | 70016 | 565923 | 978 | 978 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 336 | North America | Automotive | 01/31/06 12:00 AM | 0120729 | 07 | Axles - Heavy Truck | United States of America | TOPS | 594A | 20024 | 099906 | 3,565 | 3,565 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1589 | North America | Automotive | 01/31/06 12:00 AM | 0120728 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP533133 | 20902 | 129566 | 8,183 | 8,183 | Open |
| DANA CORP. | A2114600101 A21146 | 4860 | North America | Automotive | 01/31/06 12:00 AM | 319169 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208849 | 90000 | 566117 REV C | 33,923 | 33,923 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 180 | North America | Automotive | 02/01/06 12:00 AM | 0201486 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 200 | 200 | Open |
| DANA CORP | A2114200101 A21142 | 169 | North America | Automotive | 02/01/06 12:00 AM | 224722 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 52069707 | 230 | 230 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 59 | North America | Automotive | 02/01/06 12:00 AM | 0200363 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP692588 | 20082 | 390HA101 | 401 | 401 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 221 | North America | Automotive | 02/01/06 12:00 AM | 0201467 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F024 | 550361 1 | 654 | 654 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 252 | North America | Automotive | 02/01/06 12:00 AM | 0200379 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 696 | 696 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 144 | North America | Automotive | 02/01/06 12:00 AM | 0201466 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 550360 1 | 726 | 726 | Open |

A00400
A0400

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv Gross Sales | Inv Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 195 | North America | Automotive | 02/01/06 12:00 AM | 0201478 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 854 | 854 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 234 | North America | Automotive | 02/01/06 12:00 AM | 0201473 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 863 | 863 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 234 | North America | Automotive | 02/01/06 12:00 AM | 0201474 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 863 | 863 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 240 | North America | Automotive | 02/01/06 12:00 AM | 0201113 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 895 | 895 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 110 | North America | Automotive | 02/01/06 12:00 AM | 0201373 | 07 | Light Vehicles - Axles | United States of America | TOPS | 33281 | 2B024 | 566071 | 955 | 955 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 952 | North America | Automotive | 02/01/06 12:00 AM | 0201485 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,057 | 1,057 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 264 | North America | Automotive | 02/01/06 12:00 AM | 0201374 | 07 | Light Vehicles - Axles | United States of America | TOPS | 26884 | 20024 | 566053 | 1,272 | 1,272 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 182 | North America | Automotive | 02/01/06 12:00 AM | 0201371 | 07 | Light Vehicles - Axles | United States of America | TOPS | 39250 | 20024 | 550348 | 1,318 | 1,318 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 630 | North America | Automotive | 02/01/06 12:00 AM | 0201111 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603049 | 20024 | 550431 | 1,380 | 1,380 | Open |
| DANA CORP | A21142O010 A21142 | 1104 | North America | Automotive | 02/01/06 12:00 AM | 224723 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 52069707 | 1,501 | 1,501 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 286 | North America | Automotive | 02/01/06 12:00 AM | 0201114 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 904B4 | 565903 | 1,576 | 1,576 | Open |

A00401

A0401

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv Gross Sales | Inv Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 616 | North America | Automotive | 02/01/06 12:00 AM | 0201112 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 1,632 | 1,632 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1724 | North America | Automotive | 02/01/06 12:00 AM | 0201487 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,914 | 1,914 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 504 | North America | Automotive | 02/01/06 12:00 AM | 0201372 | 07 | Light Vehicles - Axles | United States of America | TOPS | 15103-S | 20024 | 566056 | 2,248 | 2,248 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2380 | North America | Automotive | 02/01/06 12:00 AM | 0201484 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 2,642 | 2,642 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2880 | North America | Automotive | 02/01/06 12:00 AM | 0201470 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP748236 | 20903 | 2003899 | 3,139 | 3,139 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 504 | North America | Automotive | 02/01/06 12:00 AM | 0200364 | 07 | Axles - Heavy Truck | United States of America | TOPS | JLM710949C | NB025 | 390HB101 | 3,503 | 3,503 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 206 | North America | Automotive | 02/01/06 12:00 AM | 0200362 | 07 | Axles - Heavy Truck | United States of America | TOPS | H715343 | 70016 | HB106 | 3,832 | 3,832 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2565 | North America | Automotive | 02/01/06 12:00 AM | 0201471 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP312191 | 2C9C2 | 566232 | 3,924 | 3,924 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4752 | North America | Automotive | 02/01/06 12:00 AM | 0201481 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 23082 | 550459 | 4,847 | 4,847 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1768 | North America | Automotive | 02/01/06 12:00 AM | 0201468 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F082 | 5503611 | 5,233 | 5,233 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2688 | North America | Automotive | 02/01/06 12:00 AM | 0201469 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP283244 | 70903 | 2003898 | 5,779 | 5,779 | Open |

A00402
A0402

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 270 | North America | Automotive | 02/01/06 12:00 AM | 0200361 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP846736 | 70906 | 131202 | 5,972 | 5,972 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 6480 | North America | Automotive | 02/01/06 12:00 AM | 0201480 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 23Q24 | 550734 | 6,091 | 6,091 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3888 | North America | Automotive | 02/01/06 12:00 AM | 0201475 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704610 | N0000 | 566201 | 6,337 | 6,337 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3696 | North America | Automotive | 02/01/06 12:00 AM | 0201483 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 72016 | 550754 | 7,762 | 7,762 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 7040 | North America | Automotive | 02/01/06 12:00 AM | 0201489 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29710C | 21C25 | 565979 | 8,166 | 8,166 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1728 | North America | Automotive | 02/01/06 12:00 AM | 0201465 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 5503601 | 8,709 | 8,709 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4992 | North America | Automotive | 02/01/06 12:00 AM | 0201488 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 11,731 | 11,731 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4200 | North America | Automotive | 02/01/06 12:00 AM | 0201476 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 11,886 | 11,886 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3276 | North America | Automotive | 02/01/06 12:00 AM | 0201472 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 12,088 | 12,088 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 8100 | North America | Automotive | 02/01/06 12:00 AM | 0201482 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 2Z024 | 550433 | 13,446 | 13,446 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1275 | North America | Automotive | 02/01/06 12:00 AM | 0200366 | 07 | Axles - Heavy Truck | United States of America | TOPS | T1910 | 90010 | 1008360 | 14,051 | 14,051 | Open |

A00403

A0403

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 7020 | North America | Automotive | 02/01/06 12:00 AM | 0201490 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 21C25 | 565980 | 15,514 | 15,514 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4095 | North America | Automotive | 02/01/06 12:00 AM | 0201477 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 17,936 | 17,936 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4212 | North America | Automotive | 02/01/06 12:00 AM | 0201479 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 924B4 | 565903 | 23,208 | 23,208 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 716 | North America | Automotive | 02/01/06 12:00 AM | 0200360 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP927527 | 70903 | 131052 | 23,320 | 23,320 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4004 | North America | Automotive | 02/01/06 12:00 AM | 0200365 | 07 | Axles - Heavy Truck | United States of America | TOPS | 39250 | 20024 | 550348 | 31,511 | 31,511 | Open |
| DANA CORP | A211420010 A21142 | 4590 | North America | Automotive | 02/01/06 12:00 AM | 319331 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 32,038 | 32,038 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 468 | North America | Automotive | 02/01/06 12:00 AM | 0201693 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 440 | 440 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 476 | North America | Automotive | 02/02/06 12:00 AM | 0201688 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 528 | 528 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 576 | North America | Automotive | 02/02/06 12:00 AM | 0201690 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 20082 | 550459 | 588 | 588 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 448 | North America | Automotive | 02/02/06 12:00 AM | 0201691 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 70016 | 550754 | 941 | 941 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 416 | North America | Automotive | 02/02/06 12:00 AM | 0201786 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 978 | 978 | Open |

A00404

A0404

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 195 | North America | Automotive | 02/02/06 12:00 AM | 0202396 | 07 | Light Vehicles - Axles | United States of America | TOPS | 387AS | 20024 | 565906 | 1,113 | 1,113 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 144 | North America | Automotive | 02/02/06 12:00 AM | 0201784 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP064206 | 70868 | 390-HB102 | 1,989 | 1,989 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 189 | North America | Automotive | 02/02/06 12:00 AM | 0201785 | 07 | Axles - Heavy Truck | United States of America | TOPS | JH211749 | N0000 | 098384 | 2,729 | 2,729 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 1800 | North America | Automotive | 02/02/06 12:00 AM | 0201692 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 2,988 | 2,988 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 572 | North America | Automotive | 02/02/06 12:00 AM | 0201689 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 90010 | 565903 | 3,152 | 3,152 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470LN | 245809 | 1260 | North America | Automotive | 02/02/06 12:00 AM | 0202398 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP673386 | 23903 | 566074 | 7,295 | 7,295 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 3780 | North America | Automotive | 02/02/06 12:00 AM | 0201787 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 10,697 | 10,697 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 2925 | North America | Automotive | 02/02/06 12:00 AM | 0201788 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 12,812 | 12,812 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 2535 | North America | Automotive | 02/02/06 12:00 AM | 0202395 | 07 | Light Vehicles - Axles | United States of America | TOPS | 387AS | 20024 | 565906 | 14,475 | 14,475 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 1680 | North America | Automotive | 02/02/06 12:00 AM | 0202397 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP516549 | 7Z908 | 566073 | 15,624 | 15,624 | Open |

A00405

A0405

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P/N | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470LN | 246075 | 2646 | North America | Automotive | 02/02/06 12:00 AM | 0201694 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP182140 | 904A1 | 566075 | 15,717 | 15,717 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470LN | 246075 | 2646 | North America | Automotive | 02/02/06 12:00 AM | 0201695 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP182140 | 904A1 | 566075 | 15,717 | 15,717 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1848 | North America | Automotive | 02/02/06 12:00 AM | 0201783 | 07 | Axles - Heavy Truck | United States of America | TOPS | 33281 | 2B024 | 566071 | 17,445 | 17,445 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3696 | North America | Automotive | 02/02/06 12:00 AM | 0202152 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP310800 | 7C9C2 | 566231 | 19,367 | 19,367 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 288 | North America | Automotive | 02/03/06 12:00 AM | 0202594 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 444 | 444 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 476 | North America | Automotive | 02/03/06 12:00 AM | 0202589 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 528 | 528 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 405 | North America | Automotive | 02/03/06 12:00 AM | 0202603 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 575 | 575 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 405 | North America | Automotive | 02/03/06 12:00 AM | 0202604 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 575 | 575 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 144 | North America | Automotive | 02/03/06 12:00 AM | 0202583 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP784953 | 70903 | 2005321 | 792 | 792 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 221 | North America | Automotive | 02/03/06 12:00 AM | 0202584 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP396414 | 2F903 | 2005322 | 829 | 829 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 221 | North America | Automotive | 02/03/06 12:00 AM | 0202585 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP396414 | 2F903 | 2005322 | 829 | 829 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 416 | North America | Automotive | 02/03/06 12:00 AM | 0202592 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 978 | 978 | Open |

A00406
A0406

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invo Gross Sales | Invo Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 952 | North America | Automotive | 02/03/06 12:00 AM | 0202590 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,057 | 1,057 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 720 | North America | Automotive | 02/03/06 12:00 AM | 0202599 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 1,195 | 1,195 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1404 | North America | Automotive | 02/03/06 12:00 AM | 0202606 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 1,320 | 1,320 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1026 | North America | Automotive | 02/03/06 12:00 AM | 0202587 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104910 | N0000 | 565973 | 1,436 | 1,436 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 160 | North America | Automotive | 02/03/06 12:00 AM | 0203155 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP431952 | 2C151 | 129381 | 1,499 | 1,499 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1377 | North America | Automotive | 02/03/06 12:00 AM | 0202612 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 1,639 | 1,639 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 546 | North America | Automotive | 02/03/06 12:00 AM | 0202586 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104948 | N0000 | 620321 | 1,687 | 1,687 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1080 | North America | Automotive | 02/03/06 12:00 AM | 0202596 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 1,793 | 1,793 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 187 | North America | Automotive | 02/03/06 12:00 AM | 0203157 | 07 | Axles - Heavy Truck | United States of America | TOPS | T1910 | 90010 | 1008360 | 2,061 | 2,061 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2304 | North America | Automotive | 02/03/06 12:00 AM | 0202607 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 20082 | 550459 | 2,350 | 2,350 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 432 | North America | Automotive | 02/03/06 12:00 AM | 0202582 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP784953 | 70903 | 2005321 | 2,376 | 2,376 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 924 | North America | Automotive | 02/03/06 12:00 AM | 0202601 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88649 | 70016 | 550456 | 2,421 | 2,421 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2160 | North America | Automotive | 02/03/06 12:00 AM | 0202595 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603012 | 20024 | 566001 | 2,873 | 2,873 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1248 | North America | Automotive | 02/03/06 12:00 AM | 0202591 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 2,933 | 2,933 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1872 | North America | Automotive | 02/03/06 12:00 AM | 0202614 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 2A082 | 550233 | 3,164 | 3,164 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1232 | North America | Automotive | 02/03/06 12:00 AM | 0202609 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 3,265 | 3,265 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1211 | North America | Automotive | 02/03/06 12:00 AM | 0202611 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 3,342 | 3,342 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1792 | North America | Automotive | 02/03/06 12:00 AM | 0202608 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 70016 | 550754 | 3,763 | 3,763 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1890 | North America | Automotive | 02/03/06 12:00 AM | 0202610 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603049 | 20024 | 550431 | 4,139 | 4,139 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1456 | North America | Automotive | 02/03/06 12:00 AM | 0202588 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 4,222 | 4,222 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3024 | North America | Automotive | 02/03/06 12:00 AM | 0202613 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25523 | 20024 | 550225 | 5,080 | 5,080 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1440 | North America | Automotive | 02/03/06 12:00 AM | 0202615 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 5,371 | 5,371 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 770 | North America | Automotive | 02/03/06 12:00 AM | 0203158 | 07 | Axles - Heavy Truck | United States of America | TOPS | JM511946 | N0000 | 098387 | 6,252 | 6,252 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer Part | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4455 | North America | Automotive | 02/03/06 12:00 AM | 0202602 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 6,326 | 6,326 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3960 | North America | Automotive | 02/03/06 12:00 AM | 0202597 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 6,574 | 6,574 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4320 | North America | Automotive | 02/03/06 12:00 AM | 0202598 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 7,171 | 7,171 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 378 | North America | Automotive | 02/03/06 12:00 AM | 0203154 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP723977 | 70907 | 129847 | 7,462 | 7,462 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4896 | North America | Automotive | 02/03/06 12:00 AM | 0202593 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 7,540 | 7,540 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 8424 | North America | Automotive | 02/03/06 12:00 AM | 0202605 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 7,919 | 7,919 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3388 | North America | Automotive | 02/03/06 12:00 AM | 0202600 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88649 | 70016 | 550456 | 8,877 | 8,877 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2002 | North America | Automotive | 02/03/06 12:00 AM | 0202616 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 904B4 | 565903 | 11,031 | 11,031 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4158 | North America | Automotive | 02/03/06 12:00 AM | 0203322 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802048 | 70016 | 566000 | 13,222 | 13,222 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 768 | North America | Automotive | 02/03/06 12:00 AM | 0203152 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM813844P | 20902 | 131205 | 13,379 | 13,379 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1788 | North America | Automotive | 02/03/06 12:00 AM | 0203156 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP930036 | 20902 | 129558 | 19,900 | 19,900 | Open |

A00409

A0409

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3961 | North America | Automotive | 02/03/06 12:00 AM | 0203153 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP478770 | 70903 | 131050 | 135,783 | 135,783 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 8480 | North America | Automotive | 02/04/06 12:00 AM | 0203530 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55200C | 7K400 | 012496 | 59,190 | 59,190 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 15 | North America | Automotive | 02/06/06 12:00 AM | 0204344 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM88610 | 20082 | 1113355 | 28 | 28 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 15 | North America | Automotive | 02/06/06 12:00 AM | 0204350 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM88649 | 70016 | 1113356 | 62 | 62 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 29 | North America | Automotive | 02/06/06 12:00 AM | 0204343 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM903210 | 2#082 | 049849 | 136 | 136 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 62 | North America | Automotive | 02/06/06 12:00 AM | 0203757 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM807010 | 2B082 | 035502 | 271 | 271 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 35 | North America | Automotive | 02/06/06 12:00 AM | 0203749 | 07 | Axles - Heavy Truck | United States of America | TOPS | 42381 | 2B157 | 027876 | 400 | 400 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 100 | North America | Automotive | 02/06/06 12:00 AM | 0203756 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55437 | 2B082 | 012495 | 424 | 424 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 324 | North America | Automotive | 02/06/06 12:00 AM | 0204312 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704610 | N0000 | 566201 | 528 | 528 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 476 | North America | Automotive | 02/06/06 12:00 AM | 0203838 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 528 | 528 | Open |

A00410

A0410

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 69 | North America | Automotive | 02/06/06 12:00 AM | 0203755 | 07 | Axles - Heavy Truck | United States of America | TOPS | JM822010 | N0000 | 083824 | 595 | 595 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 221 | North America | Automotive | 02/06/06 12:00 AM | 0204310 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F082 | 550361 1 | 654 | 654 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 110 | North America | Automotive | 02/06/06 12:00 AM | 0203758 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3994 | 20024 | 040679 | 674 | 674 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 234 | North America | Automotive | 02/06/06 12:00 AM | 0203759 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3920 | 20024 | 090951 | 681 | 681 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 80 | North America | Automotive | 02/06/06 12:00 AM | 0203748 | 07 | Axles - Heavy Truck | United States of America | TOPS | 495A | 20024 | 015094 | 752 | 752 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 108 | North America | Automotive | 02/06/06 12:00 AM | 0203753 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55175C | 70400 | 033699 | 862 | 862 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 234 | North America | Automotive | 02/06/06 12:00 AM | 0204311 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 863 | 863 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 180 | North America | Automotive | 02/06/06 12:00 AM | 0203754 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM903249 | 7#016 | 049848 | 1,156 | 1,156 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 200 | North America | Automotive | 02/06/06 12:00 AM | 0203751 | 07 | Axles - Heavy Truck | United States of America | TOPS | 592A | 20024 | 031824 | 1,444 | 1,444 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 288 | North America | Automotive | 02/06/06 12:00 AM | 0204309 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 550360 1 | 1,452 | 1,452 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 132 | North America | Automotive | 02/06/06 12:00 AM | 0203761 | 07 | Axles - Heavy Truck | United States of America | TOPS | 56662 | 20024 | 126924 | 1,816 | 1,816 | Open |
| DANA CORP | A211420010 A21142 | 1358 | North America | Automotive | 02/06/06 12:00 AM | 225119 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 52069707 | 1,888 | 1,888 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 240 | North America | Automotive | 02/06/06 12:00 AM | 0203797 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM212049 | 20024 | 1008585 | 2,026 | 2,026 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 90 | North America | Automotive | 02/06/06 12:00 AM | 0203798 | 07 | Axles - Heavy Truck | United States of America | TOPS | 6461A | 20024 | 820642 | 2,093 | 2,093 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 84 | North America | Automotive | 02/06/06 12:00 AM | 0203750 | 07 | Axles - Heavy Truck | United States of America | TOPS | 782 | 20024 | 030316 | 2,229 | 2,229 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 330 | North America | Automotive | 02/06/06 12:00 AM | 0203760 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3979 | 20024 | 091136 | 2,234 | 2,234 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 384 | North America | Automotive | 02/06/06 12:00 AM | 0203752 | 07 | Axles - Heavy Truck | United States of America | TOPS | 580 | 2#024 | 034368 | 3,752 | 3,752 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1536 | North America | Automotive | 02/06/06 12:00 AM | 0204340 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP802507 | 2B902 | 131212 | 4,716 | 4,716 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 320 | North America | Automotive | 02/06/06 12:00 AM | 0203763 | 07 | Axles - Heavy Truck | United States of America | TOPS | H914811 | 20024 | 126287 | 5,085 | 5,085 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 770 | North America | Automotive | 02/06/06 12:00 AM | 0203745 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3982 | 20024 | 215107 | 5,713 | 5,713 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P/N | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 768 | North America | Automotive | 02/06/06 12:00 AM | 0204339 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP166419 | 20906 | 131203 | 5,806 | 5,806 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 576 | North America | Automotive | 02/06/06 12:00 AM | 0203762 | 07 | Axles - Heavy Truck | United States of America | TOPS | 555S | 2B024 | 820643 | 6,353 | 6,353 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1560 | North America | Automotive | 02/06/06 12:00 AM | 0203744 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP197868 | 20902 | 131211 | 7,082 | 7,082 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1635 | North America | Automotive | 02/06/06 12:00 AM | 0204341 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29630 | 20024 | 127536 | 7,521 | 7,521 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 588 | North America | Automotive | 02/06/06 12:00 AM | 0204347 | 07 | Axles - Heavy Truck | United States of America | TOPS | 665 | 20024 | 027666 | 7,697 | 7,697 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 990 | North America | Automotive | 02/06/06 12:00 AM | 0204342 | 07 | Axles - Heavy Truck | United States of America | TOPS | 33287 | 2B024 | 215103 | 8,613 | 8,613 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 792 | North America | Automotive | 02/06/06 12:00 AM | 0203742 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP171276 | K0902 | 131208 | 9,013 | 9,013 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 780 | North America | Automotive | 02/06/06 12:00 AM | 0204348 | 07 | Axles - Heavy Truck | United States of America | TOPS | 68712 | 20024 | 021632 | 9,087 | 9,087 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 672 | North America | Automotive | 02/06/06 12:00 AM | 0204349 | 07 | Axles - Heavy Truck | United States of America | TOPS | 78215C | 70400 | 027239 | 10,812 | 10,812 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PO | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1225 | North America | Automotive | 02/06/06 12:00 AM | 0203749 | 07 | Axles - Heavy Truck | United States of America | TOPS | 42381 | 2B024 | 027876 | 14,014 | 14,014 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 490 | North America | Automotive | 02/06/06 12:00 AM | 0203746 | 07 | Axles - Heavy Truck | United States of America | TOPS | 64452A | 20024 | 127713 | 16,915 | 16,915 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 882 | North America | Automotive | 02/06/06 12:00 AM | 0203743 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP120322 | 9@4A5 | 131044 | 18,319 | 18,319 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4480 | North America | Automotive | 02/06/06 12:00 AM | 0204361 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP105857 | 20902 | 129564 | 29,747 | 29,747 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4356 | North America | Automotive | 02/06/06 12:00 AM | 0204360 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29675 | 20024 | 110812 | 30,840 | 30,840 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4080 | North America | Automotive | 02/06/06 12:00 AM | 0204351 | 07 | Axles - Heavy Truck | United States of America | TOPS | 552112C | 70400 | 127535 | 33,130 | 33,130 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3165 | North America | Automotive | 02/06/06 12:00 AM | 0204346 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP242732 | 70907 | 129560 | 37,632 | 37,632 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4496 | North America | Automotive | 02/06/06 12:00 AM | 0204345 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP799449 | 20902 | 129563 | 44,286 | 44,286 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 9680 | North America | Automotive | 02/06/06 12:00 AM | 0203747 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP380290 | 20902 | 129565 | 94,864 | 94,864 | Open |

A00414
A0414

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 9972 | North America | Automotive | 02/06/06 12:00 AM | 0204362 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP523912 | 70907 | 129562 | 118,567 | 118,567 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 342 | North America | Automotive | 02/07/06 12:00 AM | 0205592 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104910 | N0000 | 565973 | 479 | 479 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 459 | North America | Automotive | 02/07/06 12:00 AM | 0205596 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 546 | 546 | Open |
| DANA CORP | A211090010-A21109 | 450 | North America | Automotive | 02/07/06 12:00 AM | 1CTS7Z | QE | Light Vehicles - Axles | United States of America | TOR | TOR203204 | 10000 | S30HS103-90 | 617 | 617 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 273 | North America | Automotive | 02/07/06 12:00 AM | 0205591 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104948 | N0000 | 620321 | 844 | 844 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 504 | North America | Automotive | 02/07/06 12:00 AM | 0205597 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25523 | 20024 | 550225 | 847 | 847 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 240 | North America | Automotive | 02/07/06 12:00 AM | 0205599 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 895 | 895 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 448 | North America | Automotive | 02/07/06 12:00 AM | 0205593 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 70016 | 550754 | 941 | 941 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 624 | North America | Automotive | 02/07/06 12:00 AM | 0205598 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 2#082 | 550233 | 1,055 | 1,055 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 364 | North America | Automotive | 02/07/06 12:00 AM | 0205595 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 1,056 | 1,056 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 44 | North America | Automotive | 02/07/06 12:00 AM | 0204760 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72213C | 70400 | 119689 | 1,360 | 1,360 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 616 | North America | Automotive | 02/07/06 12:00 AM | 0205594 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 1,632 | 1,632 | Open |

A00415

A0415

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 180 | North America | Automotive | 02/07/06 12:00 AM | 0204759 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72212C | 70400 | 014218 | 1,865 | 1,865 | open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 572 | North America | Automotive | 02/07/06 12:00 AM | 0205600 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 904B4 | 565903 | 3,152 | 3,152 | open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1246 | North America | Automotive | 02/07/06 12:00 AM | 0204758 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29630 | 20024 | 127536 | 5,732 | 5,732 | open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2520 | North America | Automotive | 02/07/06 12:00 AM | 0204749 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 6,955 | 6,955 | open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1672 | North America | Automotive | 02/07/06 12:00 AM | 0204755 | 07 | Axles - Heavy Truck | United States of America | TOPS | 33281 | 2B024 | 566071 | 15,784 | 15,784 | open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 960 | North America | Automotive | 02/07/06 12:00 AM | 0204757 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP120322 | 9@4A5 | 131044 | 19,939 | 19,939 | open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1718 | North America | Automotive | 02/07/06 12:00 AM | 0204756 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP547156 | 20988 | 131051 | 24,310 | 24,310 | open |
| DANA CORP. | A2114600010 A21146 | 4320 | North America | Automotive | 02/07/06 12:00 AM | 319964 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 30,154 | 30,154 | open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 9373 | North America | Automotive | 02/07/06 12:00 AM | 0204761 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP533133 | 20902 | 129566 | 48,271 | 48,271 | open |
| DANA CORPORATION | A2110999999 A21109 | 10 | North America | Automotive | 02/08/06 12:00 AM | 1CVCG9 | QE | Light Vehicles - Axles | United States of America | TOR | TOR219394 | 90000 | | 0 | 6 | open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 308 | North America | Automotive | 02/08/06 12:00 AM | 0206852 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | open |

A00416
A0416

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORP | A211420010 A21142 | 1120 | North America | Automotive | 02/08/06 12:00 AM | 225271 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | | 1,557 | 1,557 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2112 | North America | Automotive | 02/08/06 12:00 AM | 0206866 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29710C | 21C25 | 565979 | 2,450 | 2,450 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 480 | North America | Automotive | 02/08/06 12:00 AM | 0206850 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP310800 | 7C9C2 | 566231 | 2,515 | 2,515 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2880 | North America | Automotive | 02/08/06 12:00 AM | 0206848 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP748236 | 20903 | 2003899 | 3,139 | 3,139 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2856 | North America | Automotive | 02/08/06 12:00 AM | 0206862 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 3,170 | 3,170 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1620 | North America | Automotive | 02/08/06 12:00 AM | 0206868 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 21C25 | 565980 | 3,580 | 3,580 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2700 | North America | Automotive | 02/08/06 12:00 AM | 0206860 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 23082 | 550457 | 3,834 | 3,834 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1664 | North America | Automotive | 02/08/06 12:00 AM | 0206863 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 3,910 | 3,910 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3078 | North America | Automotive | 02/08/06 12:00 AM | 0206851 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP312191 | 2C9C2 | 566232 | 4,709 | 4,709 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4752 | North America | Automotive | 02/08/06 12:00 AM | 0206858 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 23082 | 550459 | 4,847 | 4,847 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1768 | North America | Automotive | 02/08/06 12:00 AM | 0206846 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F082 | 550361 1 | 5,233 | 5,233 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3564 | North America | Automotive | 02/08/06 12:00 AM | 0206854 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704610 | N0000 | 566201 | 5,809 | 5,809 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P/N | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 6336 | North America | Automotive | 02/08/06 12:00 AM | 0206865 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29710C | 2IC25 | 565979 | 7,350 | 7,350 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3584 | North America | Automotive | 02/08/06 12:00 AM | 0206847 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP283244 | 70903 | 2003898 | 7,706 | 7,706 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3029 | North America | Automotive | 02/08/06 12:00 AM | 0206855 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 8,572 | 8,572 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1728 | North America | Automotive | 02/08/06 12:00 AM | 0206845 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 5503601 | 8,709 | 8,709 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 9720 | North America | Automotive | 02/08/06 12:00 AM | 0206857 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 23024 | 550734 | 9,137 | 9,137 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4160 | North America | Automotive | 02/08/06 12:00 AM | 0206864 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 9,776 | 9,776 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 928 | North America | Automotive | 02/08/06 12:00 AM | 0206015 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72218C | 70400 | 085439 | 9,790 | 9,790 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 486 | North America | Automotive | 02/08/06 12:00 AM | 0206014 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP846736 | 70906 | 131202 | 10,750 | 10,750 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3510 | North America | Automotive | 02/08/06 12:00 AM | 0206853 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 12,952 | 12,952 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 8100 | North America | Automotive | 02/08/06 12:00 AM | 0206859 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 2Z024 | 550433 | 13,446 | 13,446 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2688 | North America | Automotive | 02/08/06 12:00 AM | 0206849 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP310800 | 7C9C2 | 566231 | 14,085 | 14,085 | Open |

A00418

A0418