| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice Number | Shipping Plant | Market | Country | System ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 6480 | North America | Automotive | 02/08/06 12:00 AM | 0206867 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 2IC25 | 565880 | 14,321 | 14,321 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 7392 | North America | Automotive | 02/08/06 12:00 AM | 0206861 | 07 | Light Vehicles - Axles | United States of America | TOPS | M66649 | 72016 | 560754 | 15,523 | 15,523 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 774 | North America | Automotive | 02/08/06 12:00 AM | 0206013 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP120322 | 9@445 | 131044 | 16,076 | 16,076 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 532 | North America | Automotive | 02/08/06 12:00 AM | 0206916 | 07 | Axles - Heavy Truck | United States of America | TOPS | 722130 | 70400 | 119889 | 16,444 | 16,444 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4095 | North America | Automotive | 02/08/06 12:00 AM | 0206166 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197888 | 20602 | 566079 | 17,936 | 17,936 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4212 | North America | Automotive | 02/08/06 12:00 AM | 0206856 | 07 | Light Vehicles - Axles | United States of America | TOPS | U389 | 82484 | 565903 | 23,208 | 23,208 | Open |
| DANA CORP | A21142Q0010 A21142 | 4104 | North America | Automotive | 02/08/06 12:00 AM | 320155 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR2Q6849 | 90000 | 566117 REV C | 29,344 | 29,344 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 459 | North America | Automotive | 02/09/06 12:00 AM | 0207423 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 546 | 546 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 288 | North America | Automotive | 02/09/06 12:00 AM | 0207424 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM104911A | 20024 | 620411 | 636 | 636 | Open |
| DANA CORP | A21109Q0010 A21109 | 216 | North America | Automotive | 02/09/06 12:00 AM | 320127 | QD | Light Vehicles - Axles | United States of America | TOR | TOR2Q0524 | 90000 | 4029751000 90-001 | 676 | 676 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 308 | North America | Automotive | 02/09/06 12:00 AM | 0207427 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 240 | North America | Automotive | 02/09/06 12:00 AM | 0207425 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 895 | 895 | Open |

A00419

A0419

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Ship To Plant | Market Segment | Country of Origin | System ID | Part Number | Inspection Code | Customer PN | Inv Gross Sales | Inv Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 416 | North America | Automotive | 02/09/06 12:00 AM | 0207426 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 978 | 978 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 624 | North America | Automotive | 02/09/06 12:00 AM | 0207460 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 2A082 | 550233 | 1,055 | 1,055 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 624 | North America | Automotive | 02/09/06 12:00 AM | 0207461 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 2A082 | 550233 | 1,055 | 1,055 | Open |
| DANA CORP | A211350010 A21135 | 800 | North America | Automotive | 02/09/06 12:00 AM | 225441 | QH | Wheel Ends Light Vehicle | United States of America | TOR | TOR185133 | 90000 | 566063 REV C | 1,120 | 1,120 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 1404 | North America | Automotive | 02/09/06 12:00 AM | 0207428 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 1,320 | 1,320 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 630 | North America | Automotive | 02/09/06 12:00 AM | 0207444 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603049 | 20024 | 550431 | 1,380 | 1,380 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1026 | North America | Automotive | 02/09/06 12:00 AM | 0207443 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104910 | N0000 | 565973 | 1,436 | 1,436 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1377 | North America | Automotive | 02/09/06 12:00 AM | 0207458 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 1,639 | 1,639 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 442 | North America | Automotive | 02/09/06 12:00 AM | 0207441 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP969414 | 2F903 | 2005322 | 1,659 | 1,659 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 390 | North America | Automotive | 02/09/06 12:00 AM | 0207429 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20802 | 566079 | 1,708 | 1,708 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1296 | North America | Automotive | 02/09/06 12:00 AM | 0207446 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603012 | 20024 | 566001 | 1,724 | 1,724 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1728 | North America | Automotive | 02/09/06 12:00 AM | 0207453 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 20082 | 550459 | 1,763 | 1,763 | Open |

A00420

A0420

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Ship to Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 728 | North America | Automotive | 02/09/06 12:00 AM | 0207455 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 2,111 | 2,111 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 728 | North America | Automotive | 02/09/06 12:00 AM | 0207456 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 2,111 | 2,111 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 432 | North America | Automotive | 02/09/06 12:00 AM | 0207440 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP764953 | 70303 | 2005321 | 2,376 | 2,376 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 819 | North America | Automotive | 02/09/06 12:00 AM | 0207442 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104948 | N0000 | 620321 | 2,531 | 2,531 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1344 | North America | Automotive | 02/09/06 12:00 AM | 0207464 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88649 | 70016 | 550754 | 2,822 | 2,822 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1248 | North America | Automotive | 02/09/06 12:00 AM | 0207445 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 2,933 | 2,933 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1149 | North America | Automotive | 02/09/06 12:00 AM | 0207420 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55437 | 2B082 | 012495 | 4,872 | 4,872 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3024 | North America | Automotive | 02/09/06 12:00 AM | 0207459 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25523 | 20024 | 550225 | 5,080 | 5,080 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3456 | North America | Automotive | 02/09/06 12:00 AM | 0207446 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 5,322 | 5,322 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1440 | North America | Automotive | 02/09/06 12:00 AM | 0207462 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 5,371 | 5,371 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4455 | North America | Automotive | 02/09/06 12:00 AM | 0207451 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 6,326 | 6,326 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No(s) | Shipping Point | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P/N | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 1260 | North America | Automotive | 02/09/06 12:00 AM | 0207277 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP673386 | 23903 | 566074 | 7,295 | 7,295 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2772 | North America | Automotive | 02/09/06 12:00 AM | 0207457 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 7,651 | 7,651 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 840 | North America | Automotive | 02/09/06 12:00 AM | 0207276 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP516549 | 72308 | 566073 | 7,812 | 7,812 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 9360 | North America | Automotive | 02/09/06 12:00 AM | 0207452 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 8,798 | 8,798 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2002 | North America | Automotive | 02/09/06 12:00 AM | 0207463 | 07 | Light Vehicles - Axles | United States of America | TOPS | U389 | 904B4 | 565903 | 11,031 | 11,031 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4620 | North America | Automotive | 02/09/06 12:00 AM | 0207449 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88649 | 70016 | 550456 | 12,104 | 12,104 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3960 | North America | Automotive | 02/09/06 12:00 AM | 0207447 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802048 | 70016 | 566000 | 12,593 | 12,593 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 4830 | North America | Automotive | 02/09/06 12:00 AM | 0207421 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 28902 | 566080 | 13,669 | 13,669 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 9360 | North America | Automotive | 02/09/06 12:00 AM | 0207430 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 15,538 | 15,538 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX DIV#34-190 8470LN | 246075 | 3024 | North America | Automotive | 02/09/06 12:00 AM | 0207450 | 07 | Light Vehicles - Axles | United States of America | TOPS | NF182140 | 904A1 | 566075 | 17,963 | 17,963 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 5460 | North America | Automotive | 02/09/06 12:00 AM | 0207422 | 07 | Light Vehicles - Axles | United States of America | TOPS | NF197868 | 20902 | 566079 | 23,915 | 23,915 | Open |

A00422

A0422

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 252 | North America | Automotive | 02/10/06 12:00 AM | 0208223 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25523 | 20024 | 550225 | 423 | 423 | Open |
| DANA CORP | A211420010 A21142 | 325 | North America | Automotive | 02/10/06 12:00 AM | 225569 | QH | Wheel Ends - Light Vehicles | United States of America | TQR | TQR185133 | 90000 | 566063 REV C | 465 | 465 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 312 | North America | Automotive | 02/10/06 12:00 AM | 0208224 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 24082 | 550233 | 527 | 527 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 432 | North America | Automotive | 02/10/06 12:00 AM | 0208221 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603012 | 20024 | 566001 | 575 | 575 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 240 | North America | Automotive | 02/10/06 12:00 AM | 0208225 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 895 | 895 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 110 | North America | Automotive | 02/10/06 12:00 AM | 0207881 | 07 | Light Vehicles - Axles | United States of America | TOPS | 33281 | 28024 | 566071 | 955 | 955 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 384 | North America | Automotive | 02/10/06 12:00 AM | 0208222 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 1,056 | 1,056 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 442 | North America | Automotive | 02/10/06 12:00 AM | 0207901 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F082 | 5503611 | 1,308 | 1,308 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 182 | North America | Automotive | 02/10/06 12:00 AM | 0207880 | 07 | Light Vehicles - Axles | United States of America | TOPS | 39250 | 20024 | 550348 | 1,318 | 1,318 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 630 | North America | Automotive | 02/10/06 12:00 AM | 0208220 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603049 | 20024 | 550431 | 1,380 | 1,380 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 286 | North America | Automotive | 02/10/06 12:00 AM | 0208226 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 90484 | 565903 | 1,576 | 1,576 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1428 | North America | Automotive | 02/10/06 12:00 AM | 0208145 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,585 | 1,585 | Open |

A00423

A0423

| Customer Name | Customer Number | Quantity | Strategic Business Unit | Strategic Segment | Invoice Date | Invoice No. | Ship To Plant | Market Segment | Country | System ID | Parts Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION ASG TECH CENTER | 245952 | 180 | North America | Automotive | 02/10/06 12:00 AM | 0207892 | 07 | Light Vehicles - Axles | United States of America | TOPS | U497 | 97A43 | 565904 | 2,767 | 2,767 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 576 | North America | Automotive | 02/10/06 12:00 AM | 0207900 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 5503601 | 2,903 | 2,903 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2856 | North America | Automotive | 02/10/06 12:00 AM | 0208146 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 3,170 | 3,170 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 336 | North America | Automotive | 02/10/06 12:00 AM | 0207645 | 07 | Axles - Heavy Truck | United States of America | TOPS | 594A | 20024 | 099906 | 3,565 | 3,565 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1170 | North America | Automotive | 02/10/06 12:00 AM | 0207902 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 4,317 | 4,317 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 602 | North America | Automotive | 02/10/06 12:00 AM | 0207643 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72218C | 70400 | 085439 | 6,351 | 6,351 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 2145 | North America | Automotive | 02/10/06 12:00 AM | 0207879 | 07 | Light Vehicles - Axles | United States of America | TOPS | 387AS | 20024 | 565906 | 12,248 | 12,248 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 8480 | North America | Automotive | 02/10/06 12:00 AM | 0207646 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55200C | 7K400 | 012466 | 59,190 | 59,190 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 9680 | North America | Automotive | 02/10/06 12:00 AM | 0207644 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP380290 | 20892 | 129565 | 94,864 | 94,864 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 476 | North America | Automotive | 02/13/06 12:00 AM | 0209187 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 528 | 528 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 476 | North America | Automotive | 02/13/06 12:00 AM | 0209188 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 566922 | 528 | 528 | Open |

A00424

A0424

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Ship to Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 952 | North America | Automotive | 02/13/06 12:00 AM | 0209091 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,057 | 1,057 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 442 | North America | Automotive | 02/13/06 12:00 AM | 0209089 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP399414 | 2F903 | 2005322 | 1,658 | 1,658 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#64-190647044 | 245972 | 832 | North America | Automotive | 02/13/06 12:00 AM | 0209189 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 1,955 | 1,955 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 240 | North America | Automotive | 02/13/06 12:00 AM | 0208857 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM212049 | 20024 | 1008585 | 2,026 | 2,026 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1710 | North America | Automotive | 02/13/06 12:00 AM | 0209090 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104910 | N0000 | 565973 | 2,394 | 2,394 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1248 | North America | Automotive | 02/13/06 12:00 AM | 0209092 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 2,933 | 2,933 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 576 | North America | Automotive | 02/13/06 12:00 AM | 0209088 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP764953 | 70903 | 2005321 | 3,168 | 3,168 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 720 | North America | Automotive | 02/13/06 12:00 AM | 0208856 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3782 | 20024 | 1008586 | 3,888 | 3,888 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 29 | North America | Automotive | 02/14/06 12:00 AM | 0209457 | 07 | Axles - Heavy Truck | United States of America | TOPS | JM822010 | N0000 | 083924 | 250 | 250 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 29 | North America | Automotive | 02/14/06 12:00 AM | 0209449 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP799449 | 20902 | 129563 | 286 | 286 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 252 | North America | Automotive | 02/14/06 12:00 AM | 0209500 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 696 | 696 | Open |

A00425

A0425

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Doc | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 195 | North America | Automotive | | 0209493 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197068 | 20002 | 566078 | 854 | 854 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 200 | North America | Automotive | 02/14/06 12:00 AM | 0209454 | 07 | Axles - Heavy Truck | United States of America | TOPS | 592A | 20024 | 031824 | 1,444 | 1,444 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 442 | North America | Automotive | 02/14/06 12:00 AM | 0209497 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP385414 | 2F903 | 2005322 | 1,658 | 1,658 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 180 | North America | Automotive | 02/14/06 12:00 AM | 0209448 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72212C | 70400 | 014218 | 1,865 | 1,865 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 84 | North America | Automotive | 02/14/06 12:00 AM | 0209453 | 07 | Axles - Heavy Truck | United States of America | TOPS | 782 | 20024 | 030316 | 2,229 | 2,229 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 382 | North America | Automotive | 02/14/06 12:00 AM | 0209451 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP105857 | 20802 | 129564 | 2,404 | 2,404 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 576 | North America | Automotive | 02/14/06 12:00 AM | 0209496 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP784953 | 70903 | 2005321 | 3,168 | 3,168 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 306 | North America | Automotive | 02/14/06 12:00 AM | 0209459 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM807049 | 7K000 | 110846 | 3,207 | 3,207 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1092 | North America | Automotive | 02/14/06 12:00 AM | 0209498 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104948 | N0000 | 620321 | 3,374 | 3,374 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1092 | North America | Automotive | 02/14/06 12:00 AM | 0209499 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104948 | N0000 | 620321 | 3,374 | 3,374 | Open |

A00426

A0426

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | Segment ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1660 | North America | Automotive | 02/14/06 12:00 AM | 0209447 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP197868 | 20902 | 131211 | 7,082 | 7,082 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 588 | North America | Automotive | 02/14/06 12:00 AM | 0209455 | 07 | Axles - Heavy Truck | United States of America | TOPS | 665 | 20024 | 027666 | 7,697 | 7,697 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 792 | North America | Automotive | 02/14/06 12:00 AM | 0209444 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP171276 | K0902 | 131208 | 9,013 | 9,013 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 780 | North America | Automotive | 02/14/06 12:00 AM | 0209456 | 07 | Axles - Heavy Truck | United States of America | TOPS | 68712 | 20024 | 021632 | 9,087 | 9,087 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 672 | North America | Automotive | 02/14/06 12:00 AM | 0209458 | 07 | Axles - Heavy Truck | United States of America | TOPS | 78215C | 70400 | 027239 | 10,612 | 10,612 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1718 | North America | Automotive | 02/14/06 12:00 AM | 0209445 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP547156 | 20986 | 131051 | 24,310 | 24,310 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4118 | North America | Automotive | 02/14/06 12:00 AM | 0209450 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP169857 | 20902 | 129564 | 27,344 | 27,344 | Open |
| DANA CORP. | A21146010 A21146 | 4590 | North America | Automotive | 02/14/06 12:00 AM | 320850 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 32,819 | 32,819 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3165 | North America | Automotive | 02/14/06 12:00 AM | 0209452 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP242732 | 70907 | 129560 | 37,632 | 37,632 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 2616 | North America | Automotive | 02/14/06 12:00 AM | 0209446 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP120322 | 90445 | 131044 | 54,334 | 54,334 | Open |

A00427

A0427

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PO | Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 98 | North America | Automotive | 02/15/06 12:00 AM | 0210984 | 07 | Axles - Heavy Truck | United States of America | TOPS | JM622010 | N0000 | 083824 | 845 | 845 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 108 | North America | Automotive | 02/15/06 12:00 AM | 0210993 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55175C | 70400 | 033699 | 862 | 862 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 129 | North America | Automotive | 02/15/06 12:00 AM | 0210991 | 07 | Axles - Heavy Truck | United States of America | TOPS | 42381 | 28082 | 027876 | 1,476 | 1,476 | Open |
| DANA CORP | A211420010 A21142 | 1264 | North America | Automotive | 02/15/06 12:00 AM | 225896 | GH | Wheel Ends Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 52069707 | 1,757 | 1,757 | Open |
| DANA CORP | A211420010 A21142 | 1300 | North America | Automotive | 02/15/06 12:00 AM | 225895 | GH | Wheel Ends Light Vehicles | United States of America | TOR | TOR185133 | 90000 | 566063 REV C | 1,859 | 1,859 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 330 | North America | Automotive | 02/15/06 12:00 AM | 0210995 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3979 | 20024 | 091136 | 2,234 | 2,234 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 189 | North America | Automotive | 02/15/06 12:00 AM | 0210989 | 07 | Axles - Heavy Truck | United States of America | TOPS | JH211749 | N0000 | 098384 | 2,729 | 2,729 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 320 | North America | Automotive | 02/15/06 12:00 AM | 0210982 | 07 | Axles - Heavy Truck | United States of America | TOPS | 580 | 28024 | 034568 | 3,126 | 3,126 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 321 | North America | Automotive | 02/15/06 12:00 AM | 0210988 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72216C | 70400 | 085439 | 3,387 | 3,387 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4752 | North America | Automotive | 02/15/06 12:00 AM | 0211278 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 23082 | 550459 | 4,847 | 4,847 | Open |

A00428

A0428

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice Nbr | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 770 | North America | Automotive | 02/15/06 12:00 AM | 0210986 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3982 | 20024 | 215107 | 5,713 | 5,713 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 768 | North America | Automotive | 02/15/06 12:00 AM | 0211115 | 07 | Axles - Heavy Truck | United States of America | TOPS | NF166419 | 20006 | 131203 | 5,806 | 5,806 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 770 | North America | Automotive | 02/15/06 12:00 AM | 0211118 | 07 | Axles - Heavy Truck | United States of America | TOPS | JM511946 | N0000 | 098387 | 6,252 | 6,252 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3696 | North America | Automotive | 02/15/06 12:00 AM | 0211280 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 7Z016 | 550754 | 7,762 | 7,762 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 990 | North America | Automotive | 02/15/06 12:00 AM | 0210987 | 07 | Axles - Heavy Truck | United States of America | TOPS | 33287 | 2B024 | 215103 | 8,613 | 8,613 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 12960 | North America | Automotive | 02/15/06 12:00 AM | 0211277 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 23024 | 215103 | 12,182 | 12,182 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1131 | North America | Automotive | 02/15/06 12:00 AM | 0210991 | 07 | Axles - Heavy Truck | United States of America | TOPS | 42381 | 2B024 | 027876 | 12,939 | 12,939 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 768 | North America | Automotive | 02/15/06 12:00 AM | 0211113 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM813844P | 20902 | 131205 | 13,379 | 13,379 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 756 | North America | Automotive | 02/15/06 12:00 AM | 0210984 | 07 | Axles - Heavy Truck | United States of America | TOPS | NF846736 | 70906 | 131202 | 16,723 | 16,723 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 13500 | North America | Automotive | 02/15/06 12:00 AM | 0211279 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 22024 | 550433 | 22,410 | 22,410 | Open |

A00429

A0429

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-19084704LL | 245972 | 4212 | North America | Automotive | 02/15/06 12:00 AM | 0211276 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 92484 | 565903 | 23,208 | 23,208 | Open |
| DANA CORP | A211420010 A21142 | 3456 | North America | Automotive | 02/15/06 12:00 AM | 320984 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208649 | 90000 | 566917 REV C | 24,710 | 24,710 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4004 | North America | Automotive | 02/15/06 12:00 AM | 0211116 | 07 | Axles - Heavy Truck | United States of America | TOPS | 39250 | 20024 | 550348 | 31,511 | 31,511 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3456 | North America | Automotive | 02/15/06 12:00 AM | 0211117 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP930036 | 20802 | 129558 | 38,465 | 38,465 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 9373 | North America | Automotive | 02/15/06 12:00 AM | 0210990 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP533133 | 20602 | 129566 | 48,271 | 48,271 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 2625 | North America | Automotive | 02/15/06 12:00 AM | 0210985 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP374995 | 28802 | 131041 | 56,753 | 56,753 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1890 | North America | Automotive | 02/16/06 12:00 AM | 0211114 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP478770 | 70903 | 131050 | 64,789 | 64,789 | Open |
| DANA CORP | A211420010 A21142 | 0 | North America | Automotive | 02/16/06 12:00 AM | 1CWKQR | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 3001260800 90-001 | 68 | 68 | Open |
| DANA CORP | A211420010 A21142 | 0 | North America | Automotive | 02/16/06 12:00 AM | 1CWL23 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 52069707 | 215 | 215 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 84704LN | 246075 | 476 | North America | Automotive | 02/16/06 12:00 AM | 0211624 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 528 | 528 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245079 | 459 | North America | Automotive | 02/16/06 12:00 AM | 0211868 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 546 | 546 | Open |

A00430

A0430

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Point | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 405 | North America | Automotive | 02/16/06 12:00 AM | 0211623 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 575 | 575 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 405 | North America | Automotive | 02/16/06 12:00 AM | 0211855 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 575 | 575 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 576 | North America | Automotive | 02/16/06 12:00 AM | 0211628 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88610 | 20082 | 550459 | 588 | 588 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 576 | North America | Automotive | 02/16/06 12:00 AM | 0211858 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88610 | 20082 | 550459 | 588 | 588 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 360 | North America | Automotive | 02/16/06 12:00 AM | 0211852 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 598 | 598 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LL | 245972 | 144 | North America | Automotive | 02/16/06 12:00 AM | 0211669 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 5503801 | 726 | 726 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 308 | North America | Automotive | 02/16/06 12:00 AM | 0211632 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88649 | 70016 | 550466 | 807 | 807 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 308 | North America | Automotive | 02/16/06 12:00 AM | 0211631 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 308 | North America | Automotive | 02/16/06 12:00 AM | 0211862 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LL | 245972 | 704 | North America | Automotive | 02/16/06 12:00 AM | 0211839 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM2/6710C | 2IC25 | 565979 | 817 | 817 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 448 | North America | Automotive | 02/16/06 12:00 AM | 0211629 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88649 | 70016 | 550754 | 941 | 941 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 448 | North America | Automotive | 02/16/06 12:00 AM | 0211860 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88649 | 70016 | 550754 | 941 | 941 | Open |

A00431

A0431

| Vendor/Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245808 | 110 | North America | Automotive | 02/16/06 12:00 AM | 0211798 | 07 | Light Vehicles - Axles | United States of America | TOPS | 33281 | 28024 | 598071 | 955 | 955 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 624 | North America | Automotive | 02/16/06 12:00 AM | 0211872 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 29082 | 550233 | 1,055 | 1,055 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 364 | North America | Automotive | 02/16/06 12:00 AM | 0211625 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 1,056 | 1,056 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1152 | North America | Automotive | 02/16/06 12:00 AM | 0211857 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88610 | 20082 | 550459 | 1,175 | 1,175 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 540 | North America | Automotive | 02/16/06 12:00 AM | 0211670 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 21C25 | 565980 | 1,193 | 1,193 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 540 | North America | Automotive | 02/16/06 12:00 AM | 0211841 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 21C25 | 595980 | 1,193 | 1,193 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LN | 246075 | 720 | North America | Automotive | 02/16/06 12:00 AM | 0211630 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 1,195 | 1,195 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 589 | North America | Automotive | 02/16/06 12:00 AM | 0211822 | 07 | Light Vehicles - Axles | United States of America | TOPS | 23256 | 20024 | 550420 | 1,237 | 1,237 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1428 | North America | Automotive | 02/16/06 12:00 AM | 0211846 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,585 | 1,585 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 416 | North America | Automotive | 02/16/06 12:00 AM | 0211626 | 07 | Light Vehicles - Axles | United States of America | TOPS | 23100 | 20024 | 550419 | 1,614 | 1,614 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 616 | North America | Automotive | 02/16/06 12:00 AM | 0211861 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 560020 | 1,632 | 1,632 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1008 | North America | Automotive | 02/16/06 12:00 AM | 0211870 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25523 | 20024 | 550225 | 1,693 | 1,693 | Open |

A00432

A0432

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Ship Point | Market Segment | Country | System ID | Part Number | Rejection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1388 | North America | Automotive | 02/16/06 12:00 AM | 0211844 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104910 | N0000 | 565973 | 1,915 | 1,915 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 728 | North America | Automotive | 02/16/06 12:00 AM | 0211864 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 2,111 | 2,111 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1836 | North America | Automotive | 02/16/06 12:00 AM | 0211857 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 2,185 | 2,185 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 924 | North America | Automotive | 02/16/06 12:00 AM | 0211832 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 560020 | 2,449 | 2,449 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 663 | North America | Automotive | 02/16/06 12:00 AM | 0211843 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP306414 | 2F803 | 2005322 | 2,486 | 2,486 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1560 | North America | Automotive | 02/16/06 12:00 AM | 0211871 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 2M082 | 550233 | 2,636 | 2,636 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 720 | North America | Automotive | 02/16/06 12:00 AM | 0211874 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 2,686 | 2,686 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1008 | North America | Automotive | 02/16/06 12:00 AM | 0211866 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 2,782 | 2,782 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2160 | North America | Automotive | 02/16/06 12:00 AM | 0211850 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603012 | 20024 | 560001 | 2,873 | 2,873 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1974 | North America | Automotive | 02/16/06 12:00 AM | 0211848 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 3,040 | 3,040 | Open |
| DANA CORP | A21142001002 A21142 | 0 | North America | Automotive | 02/16/06 12:00 AM | 1CWKPR | QD | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 566117 REV C | 3,121 | 3,121 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 572 | North America | Automotive | 02/16/06 12:00 AM | 0211627 | 07 | Light Vehicles - Axles | United States of America | TOPS | U389 | 80010 | 565903 | 3,152 | 3,152 | Open |

A00433

A0433

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 576 | North America | Automotive | 02/16/06 12:00 AM | 0211842 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP784953 | 70903 | 2005321 | 3,168 | 3,168 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1792 | North America | Automotive | 02/16/06 12:00 AM | 0211859 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88649 | 70016 | 550754 | 3,763 | 3,763 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1664 | North America | Automotive | 02/16/06 12:00 AM | 0211847 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 566923 | 3,910 | 3,910 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1890 | North America | Automotive | 02/16/06 12:00 AM | 0211845 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM600049 | 20024 | 550431 | 4,139 | 4,139 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1456 | North America | Automotive | 02/16/06 12:00 AM | 0211863 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 4,222 | 4,222 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 858 | North America | Automotive | 02/16/06 12:00 AM | 0211876 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 90484 | 565903 | 4,728 | 4,728 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3024 | North America | Automotive | 02/16/06 12:00 AM | 0211869 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25623 | 20024 | 550225 | 5,080 | 5,080 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4760 | North America | Automotive | 02/16/06 12:00 AM | 0211836 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 566922 | 5,284 | 5,284 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1440 | North America | Automotive | 02/16/06 12:00 AM | 0211873 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 5,371 | 5,371 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5184 | North America | Automotive | 02/16/06 12:00 AM | 0211829 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP746236 | 20903 | 2003899 | 5,651 | 5,651 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4928 | North America | Automotive | 02/16/06 12:00 AM | 0211838 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29710C | 21C25 | 565979 | 5,716 | 5,716 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4050 | North America | Automotive | 02/16/06 12:00 AM | 0211854 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 5,751 | 5,751 | Open |

A00434

A0434

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1889 | North America | Automotive | 02/16/06 12:00 AM | 0211827 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F082 | 5503601 1 | 5,887 | 5,887 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 576 | North America | Automotive | 02/16/06 12:00 AM | 0216619 | 07 | Axles - Heavy Truck | United States of America | TOPS | 555S | 2B024 | 820843 | 6,353 | 6,353 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 1260 | North America | Automotive | 02/16/06 12:00 AM | 0211798 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP673386 | 23903 | 566074 | 7,295 | 7,295 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4536 | North America | Automotive | 02/16/06 12:00 AM | 0211834 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704610 | N0000 | 566201 | 7,394 | 7,394 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5130 | North America | Automotive | 02/16/06 12:00 AM | 0211831 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP312191 | 2CSC2 | 566232 | 7,849 | 7,849 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 8424 | North America | Automotive | 02/16/06 12:00 AM | 0211856 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 7,919 | 7,919 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3024 | North America | Automotive | 02/16/06 12:00 AM | 0211865 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 8,346 | 8,346 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 1512 | North America | Automotive | 02/16/06 12:00 AM | 0211833 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP182140 | 904A1 | 566075 | 8,981 | 8,981 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1872 | North America | Automotive | 02/16/06 12:00 AM | 0211826 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 5503601 | 9,435 | 9,435 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3696 | North America | Automotive | 02/16/06 12:00 AM | 0211853 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88849 | 70016 | 550456 | 9,684 | 9,684 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 1755 | North America | Automotive | 02/16/06 12:00 AM | 0211795 | 07 | Light Vehicles - Axles | United States of America | TOPS | 387AS | 20024 | 565906 | 10,021 | 10,021 | Open |

A00435

A0435

| Customer Name | Customer Number | Quantity | Selling Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 3168 | North America | Automotive | 02/16/06 12:00 AM | 0211849 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802048 | 70016 | 566000 | 10,074 | 10,074 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2002 | North America | Automotive | 02/16/06 12:00 AM | 0211875 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 90AB4 | 565903 | 11,031 | 11,031 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245972 | 4928 | North America | Automotive | 02/16/06 12:00 AM | 0211828 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP263244 | 70903 | 2003898 | 11,088 | 11,088 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5400 | North America | Automotive | 02/16/06 12:00 AM | 0211840 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 2IC25 | 565980 | 11,934 | 11,934 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5408 | North America | Automotive | 02/16/06 12:00 AM | 0211837 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 12,709 | 12,709 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245979 | 8280 | North America | Automotive | 02/16/06 12:00 AM | 0211851 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 13,745 | 13,745 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3744 | North America | Automotive | 02/16/06 12:00 AM | 0211833 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 13,815 | 13,815 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 1680 | North America | Automotive | 02/16/06 12:00 AM | 0211797 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP516549 | 72909 | 566073 | 15,624 | 15,624 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3705 | North America | Automotive | 02/16/06 12:00 AM | 0211835 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 16,228 | 16,228 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 710 | North America | Automotive | 02/16/06 12:00 AM | 0211616 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP927527 | 70903 | 131052 | 23,125 | 23,125 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5304 | North America | Automotive | 02/16/06 12:00 AM | 0211830 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP310800 | 7C9C2 | 566231 | 27,793 | 27,793 | Open |

A00436

A0436

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Ship Ins Runs | Market Segment | Country | System ID | Parts Number | Inspection Code | Customer PN | Inv Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX I.D.34-1908470-04 | 245814 | 6630 | North America | Automotive | 02/16/06 12:00 AM | 0211634 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 29,039 | 29,039 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4356 | North America | Automotive | 02/16/06 12:00 AM | 0211617 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29675 | 20024 | 110812 | 30,840 | 30,840 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4080 | North America | Automotive | 02/16/06 12:00 AM | 0211620 | 07 | Axles - Heavy Truck | United States of America | TOPS | 552120 | 70400 | 127505 | 33,130 | 33,130 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3520 | North America | Automotive | 02/16/06 12:00 AM | 0211615 | 07 | Axles - Heavy Truck | United States of America | TOPS | 33281 | 2B024 | 566071 | 33,229 | 33,229 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3756 | North America | Automotive | 02/16/06 12:00 AM | 0211618 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP930036 | 20902 | 129558 | 41,804 | 41,804 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245978 | 1482 | North America | Automotive | 02/17/06 12:00 AM | 0212855 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 2,282 | 2,282 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 378 | North America | Automotive | 02/17/06 12:00 AM | 0212866 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP23977 | 70907 | 129647 | 7,462 | 7,462 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 2881 | North America | Automotive | 02/17/06 12:00 AM | 0212867 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29630 | 20024 | 127536 | 13,253 | 13,253 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 9972 | North America | Automotive | 02/17/06 12:00 AM | 0212867 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP523912 | 70907 | 129562 | 118,567 | 118,567 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX I.D.34-1908470-04 | 245814 | 3150 | North America | Automotive | 02/18/06 12:00 AM | 0212870 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 8,915 | 8,915 | Open |

A00437

A0437