| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice Nbr | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P/N | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3570 | North America | Automotive | 02/18/06 12:00 AM | 0212916 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 10,103 | 10,103 | Open |
| DANA CORP. | A211460010 A21146 | 0 | North America | Automotive | 02/20/06 12:00 AM | 1CWW8W | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 14091433 REV B | 5 | 5 | Open |
| DANA CORP | A211350010 A21135 | 0 | North America | Automotive | 02/22/06 12:00 AM | 1CWW8G | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 566121 REV A | 193 | 193 | Open |
| DANA CORP | A211350010 A21135 | 0 | North America | Automotive | 02/20/06 12:00 AM | 1CWW8G | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 566117 REV C | 193 | 193 | Open |
| DANA CORP | A211350010 A21135 | 0 | North America | Automotive | 02/20/06 12:00 AM | 1CWW8G | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 3001260800 90-001 | 193 | 193 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 246 | North America | Automotive | 02/20/06 12:00 AM | 0213649 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 379 | 379 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 315 | North America | Automotive | 02/20/06 12:00 AM | 0213113 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603049 | 20024 | 550431 | 690 | 690 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 98 | North America | Automotive | 02/20/06 12:00 AM | 0213366 | 07 | Axles - Heavy Truck | United States of America | TOPS | JM822010 | N0000 | 083824 | 845 | 845 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 108 | North America | Automotive | 02/20/06 12:00 AM | 0213365 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55175C | 70400 | 033699 | 862 | 862 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 177 | North America | Automotive | 02/20/06 12:00 AM | 0213314 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3782 | 20024 | 1008586 | 956 | 956 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 200 | North America | Automotive | 02/20/06 12:00 AM | 0213361 | 07 | Axles - Heavy Truck | United States of America | TOPS | 592A | 20024 | 031824 | 1,444 | 1,444 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 180 | North America | Automotive | 02/20/06 12:00 AM | 0213355 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72212C | 70400 | 014218 | 1,865 | 1,865 | Open |

A00438

A0438

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Transaction Code | Customer PN | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 84 | North America | Automotive | 02/20/06 12:00 AM | 0213360 | 07 | Axles - Heavy Truck | United States of America | TOPS | 782 | 20024 | 030316 | 2,229 | 2,229 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 320 | North America | Automotive | 02/20/06 12:00 AM | 0213363 | 07 | Axles - Heavy Truck | United States of America | TOPS | 580 | 2H024 | 034368 | 3,126 | 3,126 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 306 | North America | Automotive | 02/20/06 12:00 AM | 0213369 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM807049 | 7K000 | 110846 | 3,207 | 3,207 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 800 | North America | Automotive | 02/20/06 12:00 AM | 0213367 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55437 | 2B082 | 012495 | 3,392 | 3,392 | Open |
| DANA CORP. | A211460010 A21146 | 0 | North America | Automotive | 02/20/06 12:00 AM | 1CWW8V | QD | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | 566117 REV C | 3,415 | 3,415 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 150 | North America | Automotive | 02/20/06 12:00 AM | 0213101 | 07 | Axles - Heavy Truck | United States of America | TOPS | 6461A | 20024 | 820642 | 3,488 | 3,488 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 480 | North America | Automotive | 02/20/06 12:00 AM | 0213100 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM212049 | 20024 | 1008585 | 4,051 | 4,051 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 588 | North America | Automotive | 02/20/06 12:00 AM | 0213362 | 07 | Axles - Heavy Truck | United States of America | TOPS | 665 | 20024 | 027666 | 7,697 | 7,697 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 780 | North America | Automotive | 02/20/06 12:00 AM | 0213364 | 07 | Axles - Heavy Truck | United States of America | TOPS | 68712 | 20024 | 021632 | 9,087 | 9,087 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 492 | North America | Automotive | 02/20/06 12:00 AM | 0213354 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP120322 | 9@4A5 | 131044 | 10,219 | 10,219 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv Gross Sales | Inv Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 672 | North America | Automotive | 02/20/06 12:00 AM | 0213358 | 07 | Axles - Heavy Truck | United States of America | TOPS | 78215C | 70400 | 027239 | 10,812 | 10,812 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1260 | North America | Automotive | 02/20/06 12:00 AM | 0213359 | 07 | Axles - Heavy Truck | United States of America | TOPS | 42381 | 2B024 | 027876 | 14,414 | 14,414 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1376 | North America | Automotive | 02/20/06 12:00 AM | 0213357 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP242732 | 70907 | 129560 | 16,361 | 16,361 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3086 | North America | Automotive | 02/20/06 12:00 AM | 0213356 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP380290 | 20902 | 129565 | 30,243 | 30,243 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 3888 | North America | Automotive | 02/20/06 12:00 AM | 0213358 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP930036 | 20902 | 129558 | 43,273 | 43,273 | Open |
| DANA CORP | A211090010 A21109 | 100 | North America | Automotive | 02/21/06 12:00 AM | 1CX1VX | QE | Light Vehicles - Axles | United States of America | TOR | TOR203204 | 10000 | 8779618999 | 137 | 137 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-19084701LL | 245972 | 324 | North America | Automotive | 02/21/06 12:00 AM | 0214203 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704610 | N0000 | 566201 | 528 | 528 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-19084701LL | 245972 | 308 | North America | Automotive | 02/21/06 12:00 AM | 0214200 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-19084701LL | 245972 | 1428 | North America | Automotive | 02/21/06 12:00 AM | 0214210 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,585 | 1,585 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 330 | North America | Automotive | 02/21/06 12:00 AM | 0214035 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3979 | 20024 | 091136 | 2,234 | 2,234 | Open |

A00440

A0440

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 189 | North America | Automotive | 02/21/06 12:00 AM | 0214032 | 07 | Axles - Heavy Truck | United States of America | TOPS | JH211749 | N0000 | 098384 | 2,729 | 2,729 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1232 | North America | Automotive | 02/21/06 12:00 AM | 0214199 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 3,265 | 3,265 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 336 | North America | Automotive | 02/21/06 12:00 AM | 0214033 | 07 | Axles - Heavy Truck | United States of America | TOPS | 594A | 20024 | 099906 | 3,565 | 3,565 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2700 | North America | Automotive | 02/21/06 12:00 AM | 0214208 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 23082 | 550457 | 3,834 | 3,834 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3808 | North America | Automotive | 02/21/06 12:00 AM | 0214211 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 4,227 | 4,227 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4032 | North America | Automotive | 02/21/06 12:00 AM | 0214196 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP748236 | 20903 | 2003899 | 4,395 | 4,395 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 770 | North America | Automotive | 02/21/06 12:00 AM | 0214029 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3982 | 20024 | 215107 | 5,713 | 5,713 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 770 | North America | Automotive | 02/21/06 12:00 AM | 0214036 | 07 | Axles - Heavy Truck | United States of America | TOPS | JM511946 | N0000 | 098387 | 6,252 | 6,252 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4104 | North America | Automotive | 02/21/06 12:00 AM | 0214198 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP312191 | 2C9C2 | 566232 | 6,279 | 6,279 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 576 | North America | Automotive | 02/21/06 12:00 AM | 0214518 | 07 | Axles - Heavy Truck | United States of America | TOPS | 555S | 2B024 | 820643 | 6,353 | 6,353 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2210 | North America | Automotive | 02/21/06 12:00 AM | 0214194 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F082 | 5503611 | 6,542 | 6,542 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer RN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 6336 | North America | Automotive | 02/21/06 12:00 AM | 0214213 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29710C | 21C25 | 565979 | 7,350 | 7,350 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4536 | North America | Automotive | 02/21/06 12:00 AM | 0214202 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704610 | N0000 | 566201 | 7,394 | 7,394 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 378 | North America | Automotive | 02/21/06 12:00 AM | 0214028 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP723977 | 70907 | 129847 | 7,462 | 7,462 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3696 | North America | Automotive | 02/21/06 12:00 AM | 0214209 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 7Z016 | 550754 | 7,762 | 7,762 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3684 | North America | Automotive | 02/21/06 12:00 AM | 0214195 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP283244 | 70903 | 2003898 | 8,064 | 8,064 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 990 | North America | Automotive | 02/21/06 12:00 AM | 0214030 | 07 | Axles - Heavy Truck | United States of America | TOPS | 33287 | 2B024 | 215103 | 8,613 | 8,613 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 792 | North America | Automotive | 02/21/06 12:00 AM | 0214513 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP171276 | K0902 | 131208 | 9,013 | 9,013 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 9720 | North America | Automotive | 02/21/06 12:00 AM | 0214206 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 23024 | 550734 | 9,137 | 9,137 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 2176 | North America | Automotive | 02/21/06 12:00 AM | 0214515 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29630 | 20024 | 127536 | 10,010 | 10,010 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2160 | North America | Automotive | 02/21/06 12:00 AM | 0214193 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 5503601 | 10,886 | 10,886 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4992 | North America | Automotive | 02/21/06 12:00 AM | 0214212 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 11,731 | 11,731 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc. Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5940 | North America | Automotive | 02/21/06 12:00 AM | 0214214 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 2IC25 | 565980 | 13,127 | 13,127 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 8100 | North America | Automotive | 02/21/06 12:00 AM | 0214207 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 2Z024 | 550433 | 13,446 | 13,446 | Open |
| DANA CORP. | A211460010 A21146 | 2268 | North America | Automotive | 02/21/06 12:00 AM | 321642 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 16,216 | 16,216 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4446 | North America | Automotive | 02/21/06 12:00 AM | 0214201 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 16,406 | 16,406 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3432 | North America | Automotive | 02/21/06 12:00 AM | 0214197 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP310800 | 7C9C2 | 566231 | 17,984 | 17,984 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4290 | North America | Automotive | 02/21/06 12:00 AM | 0214204 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 18,790 | 18,790 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4212 | North America | Automotive | 02/21/06 12:00 AM | 0214205 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 9Z4B4 | 565903 | 23,208 | 23,208 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4480 | North America | Automotive | 02/21/06 12:00 AM | 0214516 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP105857 | 20902 | 129564 | 29,747 | 29,747 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 918 | North America | Automotive | 02/21/06 12:00 AM | 0214514 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP237087 | KB902 | 131042 | 30,450 | 30,450 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4356 | North America | Automotive | 02/21/06 12:00 AM | 0214031 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29675 | 20024 | 110812 | 30,840 | 30,840 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4080 | North America | Automotive | 02/21/06 12:00 AM | 0214519 | 07 | Axles - Heavy Truck | United States of America | TOPS | 552112C | 70400 | 127535 | 33,130 | 33,130 | Open |

A00443

A0443

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 9373 | North America | Automotive | 02/21/06 12:00 AM | 0214517 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP533133 | 20902 | 129566 | 48,271 | 48,271 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 8480 | North America | Automotive | 02/21/06 12:00 AM | 0214034 | 07 | Axles - Heavy Truck | United States of America | TOPS | 55200C | 7K400 | 012496 | 59,190 | 59,190 | Open |
| DANA CORP | A261660070 A26166 | 86 | North America | Automotive | 02/22/06 12:00 AM | 883637 | QM | Accessories | United States of America | TOR | TOR203373 | 10000 | 1N88889901 2 REV | 84 | 84 | Open |
| DANA CORP | A211420010 A21142 | 1300 | North America | Automotive | 02/22/06 12:00 AM | 226489 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR185133 | 90000 | 566063 REV C | 1,859 | 1,859 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 1066 | North America | Automotive | 02/22/06 12:00 AM | 0214804 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 3,017 | 3,017 | Open |
| DANA CORP | A211420010 A21142 | 4644 | North America | Automotive | 02/23/06 12:00 AM | 321871 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 33,205 | 33,205 | Open |
| DANA CORP. | A211460010 A21146 | 0 | North America | Automotive | 02/23/06 12:00 AM | 226682 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | XX-Not Applicable | 00000 | | 0 | 3 | Open |
| DANA CORP. | A211460010 A21146 | 22 | North America | Automotive | 02/23/06 12:00 AM | 226682 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR185077 | 90000 | | 42 | 46 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 35 | North America | Automotive | 02/23/06 12:00 AM | 0215755 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 555923 | 82 | 82 | Open |
| DANA CORP | A211420010 A21142 | 210 | North America | Automotive | 02/23/06 12:00 AM | 226610 | QH | Wheel Ends - Light Vehicles | United States of America | TOR | TOR208283 | 90000 | 52069707 | 292 | 292 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 468 | North America | Automotive | 02/23/06 12:00 AM | 0215758 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 440 | 440 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 468 | North America | Automotive | 02/23/06 12:00 AM | 0216169 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 440 | 440 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 288 | North America | Automotive | 02/23/06 12:00 AM | 0216160 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 444 | 444 | Open |

A00444

A0444

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 312 | North America | Automotive | 02/23/06 12:00 AM | 0215750 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 2K082 | 550233 | 527 | 527 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 459 | North America | Automotive | 02/23/06 12:00 AM | 0216176 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 546 | 546 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 306 | North America | Automotive | 02/23/06 12:00 AM | 0215802 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP939823 | 2C9C2 | 566236 | 566 | 566 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 405 | North America | Automotive | 02/23/06 12:00 AM | 0215752 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 575 | 575 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 405 | North America | Automotive | 02/23/06 12:00 AM | 0216167 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 575 | 575 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 135 | North America | Automotive | 02/23/06 12:00 AM | 0215762 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP673386 | 20903 | 566074 | 782 | 782 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 308 | North America | Automotive | 02/23/06 12:00 AM | 0215760 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88649 | 70016 | 550456 | 807 | 807 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 208 | North America | Automotive | 02/23/06 12:00 AM | 0215753 | 07 | Light Vehicles - Axles | United States of America | TOPS | 23100 | 20024 | 550419 | 807 | 807 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 308 | North America | Automotive | 02/23/06 12:00 AM | 0216173 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 273 | North America | Automotive | 02/23/06 12:00 AM | 0216153 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104948 | N0000 | 620321 | 844 | 844 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 195 | North America | Automotive | 02/23/06 12:00 AM | 0215761 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 854 | 854 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 381 | North America | Automotive | 02/23/06 12:00 AM | 0215754 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 555923 | 895 | 895 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 448 | North America | Automotive | 02/23/06 12:00 AM | 0215757 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 70016 | 550754 | 941 | 941 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 448 | North America | Automotive | 02/23/06 12:00 AM | 0216172 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 70016 | 550754 | 941 | 941 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 110 | North America | Automotive | 02/23/06 12:00 AM | 0215926 | 07 | Light Vehicles - Axles | United States of America | TOPS | 33281 | 2B024 | 566071 | 955 | 955 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 684 | North America | Automotive | 02/23/06 12:00 AM | 0216154 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM104910 | N0000 | 565973 | 958 | 958 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID #34-1908470-LL | 245972 | 416 | North America | Automotive | 02/23/06 12:00 AM | 0216131 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 978 | 978 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 416 | North America | Automotive | 02/23/06 12:00 AM | 0216158 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 978 | 978 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 952 | North America | Automotive | 02/23/06 12:00 AM | 0216156 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 1,057 | 1,057 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 120 | North America | Automotive | 02/23/06 12:00 AM | 0215763 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP516549 | 70908 | 566073 | 1,116 | 1,116 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 182 | North America | Automotive | 02/23/06 12:00 AM | 0215925 | 07 | Light Vehicles - Axles | United States of America | TOPS | 39250 | 20024 | 550348 | 1,318 | 1,318 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 182 | North America | Automotive | 02/23/06 12:00 AM | 0215751 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP678813 | 20024 | 2001912 | 1,349 | 1,349 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 630 | North America | Automotive | 02/23/06 12:00 AM | 0215759 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603049 | 20024 | 550431 | 1,380 | 1,380 | Open |

A00446

A0446

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc. Gross Sales | Invc. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1080 | North America | Automotive | 02/23/06 12:00 AM | 0216164 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 1,793 | 1,793 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 832 | North America | Automotive | 02/23/06 12:00 AM | 0216157 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 1,955 | 1,955 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2304 | North America | Automotive | 02/23/06 12:00 AM | 0216170 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 20082 | 550459 | 2,350 | 2,350 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 572 | North America | Automotive | 02/23/06 12:00 AM | 0215756 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 90010 | 565903 | 3,152 | 3,152 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1872 | North America | Automotive | 02/23/06 12:00 AM | 0216178 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31520 | 2#082 | 550233 | 3,164 | 3,164 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2592 | North America | Automotive | 02/23/06 12:00 AM | 0216162 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603012 | 20024 | 566001 | 3,447 | 3,447 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2240 | North America | Automotive | 02/23/06 12:00 AM | 0216171 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 70016 | 550754 | 4,704 | 4,704 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 2205 | North America | Automotive | 02/23/06 12:00 AM | 0216155 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM603049 | 20024 | 550431 | 4,829 | 4,829 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1820 | North America | Automotive | 02/23/06 12:00 AM | 0216174 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02872 | 70016 | 550163 | 5,278 | 5,278 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4032 | North America | Automotive | 02/23/06 12:00 AM | 0216159 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802011 | 20082 | 565999 | 6,209 | 6,209 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 1920 | North America | Automotive | 02/23/06 12:00 AM | 0216179 | 07 | Light Vehicles - Axles | United States of America | TOPS | 31594 | 70016 | 550246 | 7,162 | 7,162 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4284 | North America | Automotive | 02/23/06 12:00 AM | 0216177 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25523 | 20024 | 550225 | 7,197 | 7,197 | Open |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 1260 | North America | Automotive | 02/23/06 12:00 AM | 0215928 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP673386 | 23903 | 566074 | 7,295 | 7,295 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 5265 | North America | Automotive | 02/23/06 12:00 AM | 0216166 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88610 | 20082 | 550457 | 7,476 | 7,476 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 840 | North America | Automotive | 02/23/06 12:00 AM | 0215927 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP516549 | 72908 | 566073 | 7,812 | 7,812 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 10764 | North America | Automotive | 02/23/06 12:00 AM | 0216168 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 20024 | 550734 | 10,118 | 10,118 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4284 | North America | Automotive | 02/23/06 12:00 AM | 0216175 | 07 | Light Vehicles - Axles | United States of America | TOPS | 25590 | 20024 | 550182 | 11,824 | 11,824 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID # 34-1908470-LM | 245809 | 2145 | North America | Automotive | 02/23/06 12:00 AM | 0215924 | 07 | Light Vehicles - Axles | United States of America | TOPS | 387AS | 20024 | 565906 | 12,248 | 12,248 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4928 | North America | Automotive | 02/23/06 12:00 AM | 0216165 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88649 | 70016 | 550456 | 12,911 | 12,911 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4554 | North America | Automotive | 02/23/06 12:00 AM | 0216161 | 07 | Light Vehicles - Axles | United States of America | TOPS | M802048 | 70016 | 566000 | 14,482 | 14,482 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 10440 | North America | Automotive | 02/23/06 12:00 AM | 0216163 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 20024 | 550433 | 17,330 | 17,330 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 6930 | North America | Automotive | 02/23/06 12:00 AM | 0215800 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 19,612 | 19,612 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP. TAX I.D.34-1908470-04 | 245814 | 4680 | North America | Automotive | 02/23/06 12:00 AM | 0215801 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 20,498 | 20,498 | Open |

A00448

A0448

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 4004 | North America | Automotive | 02/23/06 12:00 AM | 0216180 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 904B4 | 565903 | 22,062 | 22,062 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287880 | 63 | North America | Automotive | 02/24/06 12:00 AM | 0216701 | 07 | Axles - Heavy Truck | United States of America | TOPS | 3782 | 20024 | 1008586 | 340 | 389 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 576 | North America | Automotive | 02/24/06 12:00 AM | 0216427 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 20082 | 550459 | 588 | 588 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 308 | North America | Automotive | 02/24/06 12:00 AM | 0216296 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 918 | North America | Automotive | 02/24/06 12:00 AM | 0217021 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 1,092 | 1,092 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-190 8470LN | 246075 | 630 | North America | Automotive | 02/24/06 12:00 AM | 0216784 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 1,783 | 1,783 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 840 | North America | Automotive | 02/24/06 12:00 AM | 0216426 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP802507 | 2B902 | 131212 | 2,579 | 2,579 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4620 | North America | Automotive | 02/24/06 12:00 AM | 0216297 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 13,075 | 13,075 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4752 | North America | Automotive | 02/27/06 12:00 AM | 0217598 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86610 | 23082 | 550459 | 4,847 | 4,847 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245968 | 756 | North America | Automotive | 02/28/06 12:00 AM | 0218992 | 07 | Light Vehicles - Axles | United States of America | TOPS | U298 | 90011 | 565909 | 5,095 | 5,095 | Open |
| DANA CORP. | A211460010 A21146 | 4698 | North America | Automotive | 02/28/06 12:00 AM | 322468 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 33,591 | 33,591 | Open |

A00449

A0449

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1 | North America | Automotive | 03/01/06 12:00 AM | 0300144 | 07 | Axles - Heavy Truck | United States of America | TOPS | 9185 | 70000 | 300HB100 | 57 | 57 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 13 | North America | Automotive | 03/01/06 12:00 AM | 0300151 | 07 | Axles - Heavy Truck | United States of America | TOPS | JH211710 | N0000 | 098385 | 99 | 99 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 50 | North America | Automotive | 03/01/06 12:00 AM | 0300148 | 07 | Axles - Heavy Truck | United States of America | TOPS | 72487 | 20082 | 014217 | 296 | 296 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 44 | North America | Automotive | 03/01/06 12:00 AM | 0300143 | 07 | Axles - Heavy Truck | United States of America | TOPS | 56650 | 20024 | 131803 | 346 | 346 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 80 | North America | Automotive | 03/01/06 12:00 AM | 0300136 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP378092 | 20395 | 129383 | 462 | 462 | Open |
| DANA CORPORATION SPICER AXLE DIVISION | 245979 | 459 | North America | Automotive | 03/01/06 12:00 AM | 0301005 | 07 | Light Vehicles - Axles | United States of America | TOPS | 02820 | 20082 | 550213 | 546 | 546 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 122 | North America | Automotive | 03/01/06 12:00 AM | 0300141 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP692588 | 20082 | 390HA101 | 830 | 830 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 59 | North America | Automotive | 03/01/06 12:00 AM | 0300140 | 07 | Axles - Heavy Truck | United States of America | TOPS | H715343 | 70016 | HB106 | 1,097 | 1,097 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 131 | North America | Automotive | 03/01/06 12:00 AM | 0300150 | 07 | Axles - Heavy Truck | United States of America | TOPS | T1910 | 90010 | 1008360 | 1,444 | 1,444 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 306 | North America | Automotive | 03/01/06 12:00 AM | 0300152 | 07 | Axles - Heavy Truck | United States of America | TOPS | HM807049 | 7K000 | 110846 | 3,207 | 3,207 | Open |

A00450

A0450

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 646 | North America | Automotive | 03/01/06 12:00 AM | 0300147 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP193660 | 20902 | 129559 | 4,503 | 4,503 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 768 | North America | Automotive | 03/01/06 12:00 AM | 0300138 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP166419 | 20906 | 131203 | 5,806 | 5,806 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 2890 | North America | Automotive | 03/01/06 12:00 AM | 0300139 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP802507 | 2B902 | 131212 | 8,872 | 8,872 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1573 | North America | Automotive | 03/01/06 12:00 AM | 0300142 | 07 | Axles - Heavy Truck | United States of America | TOPS | 29675 | 20024 | 110812 | 11,137 | 11,137 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 756 | North America | Automotive | 03/01/06 12:00 AM | 0300137 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP846736 | 70906 | 131202 | 14,213 | 14,213 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1536 | North America | Automotive | 03/01/06 12:00 AM | 0300149 | 07 | Axles - Heavy Truck | United States of America | TOPS | 594A | 20024 | 099906 | 16,297 | 16,297 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 1836 | North America | Automotive | 03/01/06 12:00 AM | 0300145 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP523912 | 70907 | 129562 | 21,830 | 21,830 | Open |
| DANA CORPORATION SPICER HEAVY AXLE & BRAKE DIVISION | 287852 | 4032 | North America | Automotive | 03/01/06 12:00 AM | 0300146 | 07 | Axles - Heavy Truck | United States of America | TOPS | NP611140 | 20902 | 129561 | 26,410 | 26,410 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-19084470-LL | 245972 | 1 | North America | Automotive | 03/02/06 12:00 AM | 0301544 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-19084470-LL | 245972 | 4 | North America | Automotive | 03/02/06 12:00 AM | 0301543 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | Open |

A00451

A0451

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 03/02/06 12:00 AM | 0301542 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 03/02/06 12:00 AM | 0301541 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 476 | North America | Automotive | 03/02/06 12:00 AM | 0301546 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 528 | 528 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 308 | North America | Automotive | 03/02/06 12:00 AM | 0301537 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM88648 | 70016 | 566020 | 816 | 816 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4032 | North America | Automotive | 03/02/06 12:00 AM | 0301534 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP748236 | 20903 | 2003899 | 4,395 | 4,395 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4284 | North America | Automotive | 03/02/06 12:00 AM | 0301545 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88010 | 20082 | 565922 | 4,755 | 4,755 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1989 | North America | Automotive | 03/02/06 12:00 AM | 0301532 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803110 | 2F082 | 5503611 | 5,887 | 5,887 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 6480 | North America | Automotive | 03/02/06 12:00 AM | 0301542 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501314 | 23024 | 550734 | 6,091 | 6,091 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5632 | North America | Automotive | 03/02/06 12:00 AM | 0301548 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29710C | 2IC25 | 565979 | 6,533 | 6,533 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4617 | North America | Automotive | 03/02/06 12:00 AM | 0301536 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP312191 | 2C9C2 | 566232 | 7,064 | 7,064 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3696 | North America | Automotive | 03/02/06 12:00 AM | 0301544 | 07 | Light Vehicles - Axles | United States of America | TOPS | M86649 | 7Z016 | 550754 | 7,762 | 7,762 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4480 | North America | Automotive | 03/02/06 12:00 AM | 0301533 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP283244 | 70903 | 2003898 | 10,080 | 10,080 | Open |

A00452

A0452

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2016 | North America | Automotive | 03/02/06 12:00 AM | 0301531 | 07 | Light Vehicles - Axles | United States of America | TOPS | HM803146 | 70016 | 550360 1 | 10,161 | 10,161 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4576 | North America | Automotive | 03/02/06 12:00 AM | 0301547 | 07 | Light Vehicles - Axles | United States of America | TOPS | M88048 | 70016 | 565923 | 10,754 | 10,754 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4620 | North America | Automotive | 03/02/06 12:00 AM | 0301539 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 13,075 | 13,075 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5940 | North America | Automotive | 03/02/06 12:00 AM | 0301549 | 07 | Light Vehicles - Axles | United States of America | TOPS | KLM29749C | 2IC25 | 565980 | 13,127 | 13,127 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3744 | North America | Automotive | 03/02/06 12:00 AM | 0301538 | 07 | Light Vehicles - Axles | United States of America | TOPS | JLM704649 | N0025 | 566202 | 13,815 | 13,815 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 10800 | North America | Automotive | 03/02/06 12:00 AM | 0301543 | 07 | Light Vehicles - Axles | United States of America | TOPS | LM501349 | 22024 | 550433 | 17,928 | 17,928 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX I.D.34-04 | 245814 | 7140 | North America | Automotive | 03/02/06 12:00 AM | 0301714 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP802507 | 2B902 | 566080 | 20,206 | 20,206 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4680 | North America | Automotive | 03/02/06 12:00 AM | 0301540 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 20,498 | 20,498 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4212 | North America | Automotive | 03/02/06 12:00 AM | 0301541 | 07 | Light Vehicles - Axles | United States of America | TOPS | U399 | 9Z4B4 | 565903 | 23,208 | 23,208 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4680 | North America | Automotive | 03/02/06 12:00 AM | 0301535 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP310800 | 709A6 | 566231 | 24,523 | 24,523 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX I.D.34-04 | 245814 | 6240 | North America | Automotive | 03/02/06 12:00 AM | 0301715 | 07 | Light Vehicles - Axles | United States of America | TOPS | NP197868 | 20902 | 566079 | 27,331 | 27,331 | Open |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 01/18/06 12:00 AM | 0112697 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | Open |

A00453

A0453

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4 | North America | Automotive | 01/18/06 12:00 AM | 0112698 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 01/18/06 12:00 AM | 0112699 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5 | North America | Automotive | 01/18/06 12:00 AM | 0112700 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 01/18/06 12:00 AM | 0112701 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 01/25/06 12:00 AM | 0117144 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 01/25/06 12:00 AM | 0117145 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 01/25/06 12:00 AM | 0117146 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 01/25/06 12:00 AM | 0117147 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 01/25/06 12:00 AM | 0117148 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 02/01/06 12:00 AM | 0201479 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 02/01/06 12:00 AM | 0201480 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/01/06 12:00 AM | 0201481 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3 | North America | Automotive | 02/01/06 12:00 AM | 0201482 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/01/06 12:00 AM | 0201483 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 02/08/06 12:00 AM | 0206856 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3 | North America | Automotive | 02/08/06 12:00 AM | 0206857 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/08/06 12:00 AM | 0206858 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3 | North America | Automotive | 02/08/06 12:00 AM | 0206859 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/08/06 12:00 AM | 0206860 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 02/08/06 12:00 AM | 0206861 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| DANA CORPORATION | A21109999 A21109 | 0 | North America | Automotive | 02/08/06 12:00 AM | 1CVCG9 | QE | Light Vehicles - Axles | United States of America | TOR | XX-Not Applicable | 00000 | | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 02/15/06 12:00 AM | 0211276 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 4 | North America | Automotive | 02/15/06 12:00 AM | 0211277 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/15/06 12:00 AM | 0211278 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |

A00455

A0455

| Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plnt | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P.N. | Inv. Gross Sales | Inv. Net Sales | Payment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 5 | North America | Automotive | 02/15/06 12:00 AM | 0211279 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/15/06 12:00 AM | 0211280 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 2 | North America | Automotive | 02/21/06 12:00 AM | 0214205 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3 | North America | Automotive | 02/21/06 12:00 AM | 0214206 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 3 | North America | Automotive | 02/21/06 12:00 AM | 0214207 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/21/06 12:00 AM | 0214208 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/21/06 12:00 AM | 0214209 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| DANA CORP | A21135001 0 A21135 | 0 | North America | Automotive | 02/24/06 12:00 AM | M08877 | QD | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206786 | 90000 | 3W1W-1225-AA | 0 | 0 | |
| SPICER LIGHT AXLE GROUP DANA CORP TAX ID#34-1908470-LL | 245972 | 1 | North America | Automotive | 02/27/06 12:00 AM | 0217598 | 07 | Light Vehicles - Axles | United States of America | TOPS | RC742 | 00000 | RETURNABLE | 0 | 0 | |
| DANA CORP. | A21146001 0 A21146 | 3 | North America | Automotive | 02/27/06 12:00 AM | 322454 | 16 | Wheel Ends - Light Vehicles | United States of America | TOR | TOR206849 | 90000 | 566117 REV C | 0 | 0 | |