| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114452 | OPEN | DANA CORPORATION | 245980 | 2 | North America | Industrial | 01/17/06 12:00 AM | 0111452 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JHM534110 | N0000 | | 54 | 61 |
| 1112501 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 54 | North America | Industrial | 01/18/06 12:00 AM | 0112501 | 07 | Intergrated Manufacturer | United States of America | TOPS | 66520 | 20024 | 2114367 | 436 | 436 |
| 1112433 | OPEN | DANA CORPORATION | 245980 | 12 | North America | Industrial | 01/18/06 12:00 AM | 0112433 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM814810 | 20024 | 238483-90 | 71 | 78 |
| 1CS28Q | OPEN | DANA-STATESVILLE | D817599999 D81759 | 0 | North America | Industrial | 01/18/06 12:00 AM | 1CS28Q | 29 | Intergrated Manufacturer | United States of America | TOR | 48684 | 20024 | | 0 | 0 |
| 1CS28Q | OPEN | DANA-STATESVILLE | D817599999 D81759 | 15 | North America | Industrial | 01/18/06 12:00 AM | 1CS28Q | 29 | Intergrated Manufacturer | United States of America | TOR | 48684 | 20024 | | 611 | 654 |
| 1CS3KX | OPEN | DANA-STATESVILLE | D817599999 D81759 | 52 | North America | Industrial | 01/18/06 12:00 AM | 1CS3KX | 29 | Intergrated Manufacturer | United States of America | TOR | 66520 | 20024 | | 420 | 420 |
| 197738 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 0 | North America | Industrial | 01/19/06 12:00 AM | 0197738 | 07 | Intergrated Manufacturer | United States of America | TOPS | XX-Not Applicable | 00000 | | 0 | -132 |
| 268185 | OPEN | FORMSPRAG PROD DIV DANA | D83107000 2 D83107 | 5000 | North America | Industrial | 01/20/06 12:00 AM | 268185 | QL | Construction Subcontractors | United States of America | TOR | TOR171378 | 10000 | | 1,950 | 1,950 |
| 1114379 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 01/23/06 12:00 AM | 0114379 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 657 | 20024 | 235908-90 | 31 | 31 |
| 1114380 | OPEN | DANA CORPORATION | 245980 | 16 | North America | Industrial | 01/23/06 12:00 AM | 0114380 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734449 | NI000 | 2114361-90 | 1,281 | 1,281 |
| 1114381 | OPEN | DANA CORPORATION | 245980 | 79 | North America | Industrial | 01/23/06 12:00 AM | 0114381 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734449 | NI000 | 2114361-90 | 6,326 | 6,326 |
| 1114382 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 01/23/06 12:00 AM | 0114382 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 6576C | 20024 | 247589-90 | 29 | 29 |
| 1114383 | OPEN | DANA CORPORATION | 245980 | 35 | North America | Industrial | 01/23/06 12:00 AM | 0114383 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 64700 | 20024 | 2114358-90 | 454 | 454 |
| 1114384 | OPEN | DANA CORPORATION | 245980 | 12 | North America | Industrial | 01/23/06 12:00 AM | 0114384 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 653 | 20024 | 235907-90 | 108 | 108 |
| 1114385 | OPEN | DANA CORPORATION | 245980 | 163 | North America | Industrial | 01/23/06 12:00 AM | 0114385 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM814810 | 20024 | 238483-90 | 962 | 962 |
| 1114386 | OPEN | DANA CORPORATION | 245980 | 8 | North America | Industrial | 01/23/06 12:00 AM | 0114386 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 575 | 70000 | 225757-90 | 111 | 111 |

A00457

A0457

| Invoice No. | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P.N. | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114387 | OPEN | DANA CORPORATION | 245980 | 6 | North America | Industrial | 01/23/06 12:00 AM | 0114387 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 55187 | 70000 | 667277-90 | 109 | 109 |
| 114388 | OPEN | DANA CORPORATION | 245980 | 24 | North America | Industrial | 01/23/06 12:00 AM | 0114388 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 55187 | 70000 | 667277-90 | 436 | 436 |
| 114388 | OPEN | DANA CORPORATION | 245980 | 7 | North America | Industrial | 01/23/06 12:00 AM | 0114388 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 55187 | 70000 | 667277-90 | 127 | 127 |
| 114389 | OPEN | DANA CORPORATION | 245980 | 3 | North America | Industrial | 01/23/06 12:00 AM | 0114389 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 98335 | 70000 | 2113271-90 | 273 | 273 |
| 114390 | OPEN | DANA CORPORATION | 245980 | 8 | North America | Industrial | 01/23/06 12:00 AM | 0114390 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 28521 | 20082 | 247588-90 | 36 | 36 |
| 114391 | OPEN | DANA CORPORATION | 245980 | 24 | North America | Industrial | 01/23/06 12:00 AM | 0114391 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 46720 | 20024 | 2111939-90 | 887 | 887 |
| 114392 | OPEN | DANA CORPORATION | 245980 | 2 | North America | Industrial | 01/23/06 12:00 AM | 0114392 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734410 | NI000 | 2114362-90 | 81 | 81 |
| 114393 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 01/23/06 12:00 AM | 0114393 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 382 | 20629 | 667279-90 | 12 | 12 |
| 114394 | OPEN | DANA CORPORATION | 245980 | 10 | North America | Industrial | 01/23/06 12:00 AM | 0114394 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 25877 | 2C024 | 077HB100-90 | 29 | 29 |
| 114395 | OPEN | DANA CORPORATION | 245980 | 5 | North America | Industrial | 01/23/06 12:00 AM | 0114395 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM67010 | 20082 | 565958-90 | 5 | 5 |
| 114396 | OPEN | DANA CORPORATION | 245980 | 15 | North America | Industrial | 01/23/06 12:00 AM | 0114396 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 42584 | 20024 | 247570-90 | 111 | 111 |
| 114396 | OPEN | DANA CORPORATION | 245980 | 21 | North America | Industrial | 01/23/06 12:00 AM | 0114396 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 42584 | 20024 | 247570-90 | 156 | 156 |
| 114397 | OPEN | DANA CORPORATION | 245980 | 15 | North America | Industrial | 01/23/06 12:00 AM | 0114397 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 42584 | 20024 | 247570-90 | 111 | 111 |
| M06561 | OPEN | DANA SPICER OFF-HWY | DB17590002 DB17599 | -52 | North America | Industrial | 01/23/06 12:00 AM | M06561 | 91 | Intergrated Manufacturer | United States of America | TOR | 66520 | 20024 |  | 0 | -406 |
| 115237 | OPEN | DANA CORPORATION | 245980 | 33 | North America | Industrial | 01/24/06 12:00 AM | 0115237 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M241547A | 20024 | 2115184-90 | 6,748 | 6,748 |
| 197847 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 0 | North America | Industrial | 01/25/06 12:00 AM | 0197847 | 07 | Intergrated Manufacturer | United States of America | TOPS | XX-Not Applicable | 00000 |  | 0 | -2,202 |

A00458

A0458

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116515 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 01/25/06 12:00 AM | 0116515 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 382 | 20024 | | 12 | 18 |
| 117885 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 01/26/06 12:00 AM | 0117885 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 29582 | 20024 | ✓ | 44 | 51 |
| 1CSNVD | OPEN | DANA CORPORATION | F211230010 F21123 | 36 | North America | Industrial | 01/27/06 12:00 AM | 1CSNVD | QE | Construction Parts / Kits & Etc | United States of America | TOR | TOR182372 | 90000 | 99-48-90 | 1,066 | 1,066 |
| 118961 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 10 | North America | Industrial | 01/30/06 12:00 AM | 0118961 | 0A | Intergrated Manufacturer | United States of America | TOPS | 88925 | 20024 | 2113191 | 2,479 | 2,479 |
| 119194 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 1 | North America | Industrial | 01/30/06 12:00 AM | 0119194 | 07 | Intergrated Manufacturer | United States of America | TOPS | 44363D | 20081 | 2111603 | 19 | 19 |
| 119195 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 61 | North America | Industrial | 01/30/06 12:00 AM | 0119195 | 07 | Intergrated Manufacturer | United States of America | TOPS | 362A | 20082 | 550289 | 176 | 176 |
| 119196 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 34 | North America | Industrial | 01/30/06 12:00 AM | 0119196 | 07 | Intergrated Manufacturer | United States of America | TOPS | 48290 | 20024 | 2109823 | 883 | 883 |
| 119312 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 69 | North America | Industrial | 01/30/06 12:00 AM | 0119312 | 12 | Intergrated Manufacturer | United States of America | TOPS | JM718149 | N0000 | 2111950 | 1,113 | 1,113 |
| 119313 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 172 | North America | Industrial | 01/30/06 12:00 AM | 0119313 | 12 | Intergrated Manufacturer | United States of America | TOPS | 46790 | 20024 | 2115083 | 6,264 | 6,264 |
| 119058 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 01/30/06 12:00 AM | 0119058 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734449 | NI000 | 2114361-90 | 1,602 | 1,602 |
| 119059 | OPEN | DANA CORPORATION | 245980 | 2 | North America | Industrial | 01/30/06 12:00 AM | 0119059 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 477 | 20024 | 250290-90 | 49 | 49 |
| 119060 | OPEN | DANA CORPORATION | 245980 | 3 | North America | Industrial | 01/30/06 12:00 AM | 0119060 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 653 | 20024 | 235907-90 | 27 | 27 |
| 119061 | OPEN | DANA CORPORATION | 245980 | 133 | North America | Industrial | 01/30/06 12:00 AM | 0119061 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | L910349 | 4F024 | 237183-90 | 1,301 | 1,301 |
| 119062 | OPEN | DANA CORPORATION | 245980 | 5 | North America | Industrial | 01/30/06 12:00 AM | 0119062 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM814849 | 20024 | 238484-90 | 47 | 47 |
| 119063 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 01/30/06 12:00 AM | 0119063 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 572 | 20024 | 247569-90 | 8 | 8 |
| 119064 | OPEN | DANA CORPORATION | 245980 | 15 | North America | Industrial | 01/30/06 12:00 AM | 0119064 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 67720 | 20024 | 2112398-90 | 452 | 452 |

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1119065 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 01/30/06 12:00 AM | 0119065 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | HM218238 | 20024 | 242725-90 | 568 | 568 |
| 1119066 | OPEN | DANA CORPORATION | 245980 | 140 | North America | Industrial | 01/30/06 12:00 AM | 0119066 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 3730 | 2B082 | 247672-90 | 759 | 759 |
| 1119067 | OPEN | DANA CORPORATION | 245980 | 10 | North America | Industrial | 01/30/06 12:00 AM | 0119067 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 55187 | 70000 | 667277-90 | 182 | 182 |
| 1119068 | OPEN | DANA CORPORATION | 245980 | 200 | North America | Industrial | 01/30/06 12:00 AM | 0119068 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 34477X | 2F024 | 237182-90 | 2,670 | 2,670 |
| 1119069 | OPEN | DANA CORPORATION | 245980 | 126 | North America | Industrial | 01/30/06 12:00 AM | 0119069 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 56662 | 20024 | 2109824-90 | 1,765 | 1,765 |
| 1119070 | OPEN | DANA CORPORATION | 245980 | 15 | North America | Industrial | 01/30/06 12:00 AM | 0119070 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM822049 | N0000 | 2112736-90 | 236 | 236 |
| 1119071 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 01/30/06 12:00 AM | 0119071 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP268300 | 20902 | 2115474-90 | 87 | 87 |
| 1119072 | OPEN | DANA CORPORATION | 245980 | 40 | North America | Industrial | 01/30/06 12:00 AM | 0119072 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 672P | 20902 | 2115418-90 | 823 | 823 |
| 1119073 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 01/30/06 12:00 AM | 0119073 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M224749 | 20024 | 235787-90 | 975 | 975 |
| 1119074 | OPEN | DANA CORPORATION | 245980 | 7 | North America | Industrial | 01/30/06 12:00 AM | 0119074 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 11162 | 90025 | 241278-90 | 283 | 283 |
| 1119075 | OPEN | DANA CORPORATION | 245980 | 60 | North America | Industrial | 01/30/06 12:00 AM | 0119075 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM718947 | 20024 | 236985-90 | 2,051 | 2,051 |
| 1119076 | OPEN | DANA CORPORATION | 245980 | 95 | North America | Industrial | 01/30/06 12:00 AM | 0119076 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 3779 | 20024 | 247680-90 | 724 | 724 |
| 1119077 | OPEN | DANA CORPORATION | 245980 | 30 | North America | Industrial | 01/30/06 12:00 AM | 0119077 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | H913842 | 70000 | 2111952-90 | 1,055 | 1,055 |
| 1119078 | OPEN | DANA CORPORATION | 245980 | 285 | North America | Industrial | 01/30/06 12:00 AM | 0119078 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | HM89410 | 20082 | 550365-90 | 801 | 801 |
| 1119079 | OPEN | DANA CORPORATION | 245980 | 10 | North America | Industrial | 01/30/06 12:00 AM | 0119079 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM718110 | KB000 | 2111951-90 | 91 | 91 |
| 1CTGF0 | OPEN | DANA SPICER OFF-HWY | D817590002 D81759 | 5 | North America | Industrial | 01/30/06 12:00 AM | 1CTGF0 | 84 | Intergrated Manufacturer | United States of America | TOR | 28584 | 902A3 | | 297 | 297 |

A00460

A0460

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1CTGF1 | OPEN | DANA SPICER OFF-HWY | D817590002 D81759 | 3 | North America | Industrial | 01/30/06 12:00 AM | 1CTGF1 | 91 | Intergrated Manufacturer | United States of America | TOR | 28584 | 902A3 | | 178 | 178 |
| 120096 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 01/31/06 12:00 AM | 0120096 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 382A | 20024 | 565936-90 | 51 | 51 |
| 120097 | OPEN | DANA CORPORATION | 245980 | 2 | North America | Industrial | 01/31/06 12:00 AM | 0120097 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP901205 | 20902 | | 140 | 140 |
| 120097 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 01/31/06 12:00 AM | 0120097 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP901205 | 20902 | | 281 | 281 |
| 120097 | OPEN | DANA CORPORATION | 245980 | 7 | North America | Industrial | 01/31/06 12:00 AM | 0120097 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP901205 | 20902 | | 491 | 491 |
| 120097 | OPEN | DANA CORPORATION | 245980 | 5 | North America | Industrial | 01/31/06 12:00 AM | 0120097 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP901205 | 20902 | | 351 | 351 |
| 1CTKB3 | OPEN | DANA-STATESVILLE | D817599999 D81759 | 40 | North America | Industrial | 01/31/06 12:00 AM | 1CTKB3 | 91 | Intergrated Manufacturer | United States of America | TOR | JM716610 | N0000 | | 214 | 214 |
| 200499 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 36 | North America | Industrial | 02/01/06 12:00 AM | 0200499 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP901205 | 20902 | 2114091 | 2,456 | 2,456 |
| 200500 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 15 | North America | Industrial | 02/01/06 12:00 AM | 0200500 | 07 | Intergrated Manufacturer | United States of America | TOPS | 71750 | 20024 | 2116017 | 414 | 414 |
| 200708 | OPEN | DANA CORPORATION SPICER | 245967 | 240 | North America | Industrial | 02/01/06 12:00 AM | 0200708 | 07 | Agriculture Subcontractors | United States of America | TOPS | JRM3049 | 9WUA1 | A20HC101 | 5,741 | 5,741 |
| 200709 | OPEN | DANA CORPORATION SPICER | 245967 | 4796 | North America | Industrial | 02/01/06 12:00 AM | 0200709 | 07 | Agriculture Subcontractors | United States of America | TOPS | X32010X | KW000 | 026HB100 | 22,253 | 22,253 |
| 200710 | OPEN | DANA CORPORATION SPICER | 245967 | 488 | North America | Industrial | 02/01/06 12:00 AM | 0200710 | 07 | Agriculture Subcontractors | United States of America | TOPS | U298 | 90011 | C836695 | 2,889 | 2,889 |
| 200711 | OPEN | DANA CORPORATION SPICER | 245967 | 24 | North America | Industrial | 02/01/06 12:00 AM | 0200711 | 07 | Agriculture Subcontractors | United States of America | TOPS | T88 | 904A1 | 016HD100 | 86 | 86 |
| 200712 | OPEN | DANA CORPORATION SPICER | 245967 | 4968 | North America | Industrial | 02/01/06 12:00 AM | 0200712 | 07 | Agriculture Subcontractors | United States of America | TOPS | JLM506849 | N0025 | 1320904 | 21,164 | 21,164 |
| 200713 | OPEN | DANA CORPORATION SPICER | 245967 | 6600 | North America | Industrial | 02/01/06 12:00 AM | 0200713 | 07 | Agriculture Subcontractors | United States of America | TOPS | LM501310 | 20024 | A20HA102 | 7,656 | 7,656 |
| 200714 | OPEN | DANA CORPORATION SPICER | 245967 | 3138 | North America | Industrial | 02/01/06 12:00 AM | 0200714 | 07 | Agriculture Subcontractors | United States of America | TOPS | M86610 | 20082 | A20HA103 | 3,295 | 3,295 |

A00461

A0461

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200715 | OPEN | DANA CORPORATION SPICER | 245967 | 1080 | North America | Industrial | 02/01/06 12:00 AM | 0200715 | 07 | Agriculture Subcontractors | United States of America | TOPS | 15520 | 20082 | A20HA104 | 1,577 | 1,577 |
| 200716 | OPEN | DANA CORPORATION SPICER | 245967 | 2166 | North America | Industrial | 02/01/06 12:00 AM | 0200716 | 07 | Agriculture Subcontractors | United States of America | TOPS | M12610 | 20024 | A20HA105 | 2,404 | 2,404 |
| 200717 | OPEN | DANA CORPORATION SPICER | 245967 | 3780 | North America | Industrial | 02/01/06 12:00 AM | 0200717 | 07 | Agriculture Subcontractors | United States of America | TOPS | LM501349 | 20024 | A20HB102 | 7,787 | 7,787 |
| 200718 | OPEN | DANA CORPORATION SPICER | 245967 | 4980 | North America | Industrial | 02/01/06 12:00 AM | 0200718 | 07 | Agriculture Subcontractors | United States of America | TOPS | M86649 | 70016 | A20HB103 | 11,703 | 11,703 |
| 200719 | OPEN | DANA CORPORATION SPICER | 245967 | 1242 | North America | Industrial | 02/01/06 12:00 AM | 0200719 | 07 | Agriculture Subcontractors | United States of America | TOPS | 15590 | 20082 | A20HB104 | 4,198 | 4,198 |
| 200720 | OPEN | DANA CORPORATION SPICER | 245967 | 1058 | North America | Industrial | 02/01/06 12:00 AM | 0200720 | 07 | Agriculture Subcontractors | United States of America | TOPS | M12648A | 2C024 | A20HB105 | 4,105 | 4,105 |
| 200721 | OPEN | DANA CORPORATION SPICER | 245967 | 4752 | North America | Industrial | 02/01/06 12:00 AM | 0200721 | 07 | Agriculture Subcontractors | United States of America | TOPS | XAB-32010XM | K1C25 | S20HB112 | 15,492 | 15,492 |
| 200722 | OPEN | DANA CORPORATION SPICER | 245967 | 5184 | North America | Industrial | 02/01/06 12:00 AM | 0200722 | 07 | Agriculture Subcontractors | United States of America | TOPS | TN10 | 00000 | S20HN100 | 12,804 | 12,804 |
| 200723 | OPEN | DANA CORPORATION SPICER | 245967 | 6253 | North America | Industrial | 02/01/06 12:00 AM | 0200723 | 07 | Agriculture Subcontractors | United States of America | TOPS | TW110 | 00000 | S20HS100 | 5,190 | 5,190 |
| 200724 | OPEN | DANA CORPORATION SPICER | 245967 | 540 | North America | Industrial | 02/01/06 12:00 AM | 0200724 | 07 | Agriculture Subcontractors | United States of America | TOPS | 387AS | 20024 | S30HB100 | 2,414 | 2,414 |
| 200725 | OPEN | DANA CORPORATION SPICER | 245967 | 540 | North America | Industrial | 02/01/06 12:00 AM | 0200725 | 07 | Agriculture Subcontractors | United States of America | TOPS | TN11 | 00000 | S30HN100 | 3,110 | 3,110 |
| 200726 | OPEN | DANA CORPORATION SPICER | 245967 | 432 | North America | Industrial | 02/01/06 12:00 AM | 0200726 | 07 | Agriculture Subcontractors | United States of America | TOPS | TW111 | 00000 | S30HS105 | 894 | 894 |
| 200727 | OPEN | DANA CORPORATION SPICER | 245967 | 2790 | North America | Industrial | 02/01/06 12:00 AM | 0200727 | 07 | Agriculture Subcontractors | United States of America | TOPS | U199 | 9B010 | 585907 | 22,460 | 22,460 |
| 1CTN2G | OPEN | DANA CORPORATION | F211230010 F21123 | 24 | North America | Industrial | 02/01/06 12:00 AM | 1CTN2G | QE | Construction Parts / Kits & Etc | United States of America | TOR | TOR182372 | 90000 | UPC = 8779605872 | 710 | 710 |
| 201542 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 116 | North America | Industrial | 02/02/06 12:00 AM | 0201542 | 05 | Intergrated Manufacturer | United States of America | TOPS | 48684 | 20024 | 2113667 | 4,722 | 4,722 |
| 201610 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 6 | North America | Industrial | 02/02/06 12:00 AM | 0201610 | 05 | Intergrated Manufacturer | United States of America | TOPS | 44363D | 20081 | | 112 | 118 |

A00462

A0462

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P.N. | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1CTLXD | OPEN | FORMSPRAG PROD DIV DANA | D831070002 D83107 | 2 | North America | Industrial | 02/02/06 12:00 AM | 1CTLXD | 91 | Construction Subcontractors | United States of America | TOR | 680235 | 90021 | UPC = 5389366330 | 7,949 | 8,045 |
| 1CTLXD | OPEN | FORMSPRAG PROD DIV DANA | D831070002 D83107 | 0 | North America | Industrial | 02/02/06 12:00 AM | 1CTLXD | 91 | Construction Subcontractors | United States of America | TOR | 680235 | 90021 | UPC = 5389366330 | 0 | 0 |
| 202892 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 8 | North America | Industrial | 02/03/06 12:00 AM | 0202892 | 07 | Intergrated Manufacturer | United States of America | TOPS | HH923649 | 20024 | 2116020 | 2,214 | 2,214 |
| 202893 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 157 | North America | Industrial | 02/03/06 12:00 AM | 0202893 | 07 | Intergrated Manufacturer | United States of America | TOPS | 23256 | 20024 | 550420 | 608 | 608 |
| 202894 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 30 | North America | Industrial | 02/03/06 12:00 AM | 0202894 | 07 | Intergrated Manufacturer | United States of America | TOPS | HM807010 | 2B082 | 2115209 | 135 | 135 |
| 202895 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 420 | North America | Industrial | 02/03/06 12:00 AM | 0202895 | 07 | Intergrated Manufacturer | United States of America | TOPS | 382S | 2B024 | 550363 | 1,646 | 1,646 |
| 202896 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 1 | North America | Industrial | 02/03/06 12:00 AM | 0202896 | 07 | Intergrated Manufacturer | United States of America | TOPS | 67782 | 40024 | 713324 | 81 | 81 |
| 202896 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 14 | North America | Industrial | 02/03/06 12:00 AM | 0202896 | 07 | Intergrated Manufacturer | United States of America | TOPS | 67782 | 20024 | 713324 | 1,133 | 1,133 |
| 202897 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 113 | North America | Industrial | 02/03/06 12:00 AM | 0202897 | 07 | Intergrated Manufacturer | United States of America | TOPS | JM718110 | NB000 | 2111951 | 1,001 | 1,001 |
| 202898 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 3 | North America | Industrial | 02/03/06 12:00 AM | 0202898 | 07 | Intergrated Manufacturer | United States of America | TOPS | 42620 | 20024 | 667275 | 17 | 17 |
| 202899 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 10 | North America | Industrial | 02/03/06 12:00 AM | 0202899 | 07 | Intergrated Manufacturer | United States of America | TOPS | 47620 | 2B024 | 2111967 | 63 | 63 |
| 202900 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 15 | North America | Industrial | 02/03/06 12:00 AM | 0202900 | 07 | Intergrated Manufacturer | United States of America | TOPS | 47686 | 2B024 | 2114368 | 175 | 175 |
| 202901 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 68 | North America | Industrial | 02/03/06 12:00 AM | 0202901 | 07 | Intergrated Manufacturer | United States of America | TOPS | 9121 | 20082 | 2111956 | 1,287 | 1,287 |
| 202902 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 43 | North America | Industrial | 02/03/06 12:00 AM | 0202902 | 07 | Intergrated Manufacturer | United States of America | TOPS | H913842 | 70000 | 2111952 | 1,470 | 1,470 |
| 202903 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 2 | North America | Industrial | 02/03/06 12:00 AM | 0202903 | 07 | Intergrated Manufacturer | United States of America | TOPS | 42690 | 20024 | 784477 | 36 | 36 |
| 202904 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 49 | North America | Industrial | 02/03/06 12:00 AM | 0202904 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP514720 | 20902 | 2113220 | 8,563 | 8,563 |

A00463

A0463

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Parts Number | Inspection Code | Customer P.N. | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202905 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 298 | North America | Industrial | 02/03/06 12:00 AM | 0202905 | 07 | Intergrated Manufacturer | United States of America | TOPS | 354A | 20024 | 565916 | 1,097 | 1,097 |
| 202906 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 12 | North America | Industrial | 02/03/06 12:00 AM | 0202906 | 07 | Intergrated Manufacturer | United States of America | TOPS | 71450 | 20024 | 2116018 | 359 | 359 |
| 202907 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 960 | North America | Industrial | 02/03/06 12:00 AM | 0202907 | 07 | Intergrated Manufacturer | United States of America | TOPS | HM88542 | 70016 | 550358 | 3,667 | 3,667 |
| 202908 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 780 | North America | Industrial | 02/03/06 12:00 AM | 0202908 | 07 | Intergrated Manufacturer | United States of America | TOPS | 387A | 20024 | 550362 | 3,011 | 3,011 |
| 202909 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 1440 | North America | Industrial | 02/03/06 12:00 AM | 0202909 | 07 | Intergrated Manufacturer | United States of America | TOPS | 31594 | 70016 | 550246 | 5,573 | 5,573 |
| 202910 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 110 | North America | Industrial | 02/03/06 12:00 AM | 0202910 | 07 | Intergrated Manufacturer | United States of America | TOPS | 42584 | 20024 | 247570 | 792 | 792 |
| 202911 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 24 | North America | Industrial | 02/03/06 12:00 AM | 0202911 | 07 | Intergrated Manufacturer | United States of America | TOPS | 395A | 20024 | 244863 | 176 | 176 |
| 202912 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 5 | North America | Industrial | 02/03/06 12:00 AM | 0202912 | 07 | Intergrated Manufacturer | United States of America | TOPS | 496 | 20024 | 672009 | 50 | 50 |
| 202913 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 27 | North America | Industrial | 02/03/06 12:00 AM | 0202913 | 07 | Intergrated Manufacturer | United States of America | TOPS | 687P | 20902 | 2115417 | 326 | 326 |
| 202914 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 69 | North America | Industrial | 02/03/06 12:00 AM | 0202914 | 07 | Intergrated Manufacturer | United States of America | TOPS | 672P | 20902 | 2115418 | 1,380 | 1,380 |
| 202915 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 31 | North America | Industrial | 02/03/06 12:00 AM | 0202915 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP268300 | 20902 | 2115474 | 657 | 657 |
| 202916 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 1836 | North America | Industrial | 02/03/06 12:00 AM | 0202916 | 07 | Intergrated Manufacturer | United States of America | TOPS | 02820 | 20082 | 550213 | 2,258 | 2,258 |
| 202917 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 1456 | North America | Industrial | 02/03/06 12:00 AM | 0202917 | 07 | Intergrated Manufacturer | United States of America | TOPS | 02872 | 70016 | 550163 | 4,586 | 4,586 |
| 202918 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 756 | North America | Industrial | 02/03/06 12:00 AM | 0202918 | 07 | Intergrated Manufacturer | United States of America | TOPS | 25590 | 20024 | 550182 | 2,170 | 2,170 |
| 202919 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 2772 | North America | Industrial | 02/03/06 12:00 AM | 0202919 | 07 | Intergrated Manufacturer | United States of America | TOPS | 25523 | 20024 | 550225 | 4,851 | 4,851 |
| 202920 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 33 | North America | Industrial | 02/03/06 12:00 AM | 0202920 | 07 | Intergrated Manufacturer | United States of America | TOPS | H715311 | 20024 | 247568 | 341 | 341 |

| Invoice No. | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No. | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P/N | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202921 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 43 | North America | Industrial | 02/03/06 12:00 AM | 0202921 | 07 | Intergrated Manufacturer | United States of America | TOPS | 33281 | 2B024 | 2114359 | 381 | 381 |
| 203162 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 264 | North America | Industrial | 02/03/06 12:00 AM | 0203162 | 12 | Intergrated Manufacturer | United States of America | TOPS | 56425 | 20024 | 127819 | 4,496 | 4,496 |
| 1CV3MX | OPEN | DANA CORP ASG TECH CENTR | D84780002 D84878 | 25 | North America | Industrial | 02/03/06 12:00 AM | 1CV3MX | 29 | Miscellaneous Industrial Machinery | United States of America | TOR | U497 | 9B4A3 | | 742 | 742 |
| 203799 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 02/06/06 12:00 AM | 0203799 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JLM714149 | NB000 | 247592-90 | 178 | 178 |
| 203800 | OPEN | DANA CORPORATION | 245980 | 95 | North America | Industrial | 02/06/06 12:00 AM | 0203800 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM814849 | 20024 | 238484-90 | 889 | 889 |
| 203801 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 02/06/06 12:00 AM | 0203801 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 28584 | 902A3 | | 33 | 33 |
| 203801 | OPEN | DANA CORPORATION | 245980 | 5 | North America | Industrial | 02/06/06 12:00 AM | 0203801 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 28584 | 902A3 | | 163 | 163 |
| 203802 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/06/06 12:00 AM | 0203802 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP531592 | 20902 | 2114088-90 | 931 | 931 |
| 203803 | OPEN | DANA CORPORATION | 245980 | 13 | North America | Industrial | 02/06/06 12:00 AM | 0203803 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734410 | NI000 | 2114352-90 | 528 | 528 |
| 203804 | OPEN | DANA CORPORATION | 245980 | 27 | North America | Industrial | 02/06/06 12:00 AM | 0203804 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M241547A | 20024 | 2115184-90 | 5,521 | 5,521 |
| 203805 | OPEN | DANA CORPORATION | 245980 | 12 | North America | Industrial | 02/06/06 12:00 AM | 0203805 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 71450 | 20024 | 2116018-90 | 369 | 369 |
| 203806 | OPEN | DANA CORPORATION | 245980 | 2 | North America | Industrial | 02/06/06 12:00 AM | 0203806 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 453X | 2B024 | 070HA128-90 | 9 | 9 |
| 203807 | OPEN | DANA CORPORATION | 245980 | 10 | North America | Industrial | 02/06/06 12:00 AM | 0203807 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M246949 | 21000 | 1301575-90 | 2,277 | 2,277 |
| 203808 | OPEN | DANA CORPORATION | 245980 | 25 | North America | Industrial | 02/06/06 12:00 AM | 0203808 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | HM807044 | 70000 | 248743-90 | 369 | 369 |
| 203809 | OPEN | DANA CORPORATION | 245980 | 6 | North America | Industrial | 02/06/06 12:00 AM | 0203809 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 48684 | 20024 | 2113667-90 | 251 | 251 |
| 203809 | OPEN | DANA CORPORATION | 245980 | 54 | North America | Industrial | 02/06/06 12:00 AM | 0203809 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 48684 | 20024 | 2113667-90 | 2,262 | 2,262 |

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Parts Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203810 | OPEN | DANA CORPORATION | 245980 | 12 | North America | Industrial | 02/06/06 12:00 AM | 0203810 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M224710 | 20024 | 235788-90 | 231 | 231 |
| 203810 | OPEN | DANA CORPORATION | 245980 | 96 | North America | Industrial | 02/06/06 12:00 AM | 0203810 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M224710 | 20024 | 235788-90 | 1,851 | 1,851 |
| 203811 | OPEN | DANA CORPORATION | 245980 | 25 | North America | Industrial | 02/06/06 12:00 AM | 0203811 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | XC18140D | 20024 | 236981-90 | 705 | 705 |
| 203812 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/06/06 12:00 AM | 0203812 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM718110 | KB000 | 2111951-90 | 36 | 36 |
| 205285 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 105 | North America | Industrial | 02/07/06 12:00 AM | 0205285 | 07 | Intergrated Manufacturer | United States of America | TOPS | 362A | 20082 | 550289 | 302 | 302 |
| 205286 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 13 | North America | Industrial | 02/07/06 12:00 AM | 0205286 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP901205 | 20902 | 2114091 | 887 | 887 |
| 205287 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 29 | North America | Industrial | 02/07/06 12:00 AM | 0205287 | 07 | Intergrated Manufacturer | United States of America | TOPS | 72212C | 70400 | 2114922 | 286 | 286 |
| 205166 | OPEN | DANA CORPORATION SPICER | 245967 | 500 | North America | Industrial | 02/07/06 12:00 AM | 0205166 | 07 | Agriculture Subcontractors | United States of America | TOPS | Y32010X | KF000 | 026HA100 | 1,060 | 1,060 |
| M07828 | OPEN | DANA CORPORATION | A211230010 A21123 | 0 | North America | Industrial | 02/07/06 12:00 AM | M07828 | QD | Construction Parts / Kits & Etc | United States of America | TOR | XX-Not Applicable | 00000 | | 0 | 0 |
| M07828 | OPEN | DANA CORPORATION | A211230010 A21123 | 0 | North America | Industrial | 02/07/06 12:00 AM | M07828 | QD | Construction Parts / Kits & Etc | United States of America | TOR | Material Surcharge | 00110 | | 39 | 39 |
| M07886 | OPEN | DANA CORPORATION | F211230010 F21123 | 0 | North America | Industrial | 02/07/06 12:00 AM | M07886 | QE | Construction Parts / Kits & Etc | United States of America | TOR | XX-Not Applicable | 00000 | | 0 | 0 |
| M07886 | OPEN | DANA CORPORATION | F211230010 F21123 | 0 | North America | Industrial | 02/07/06 12:00 AM | M07886 | QE | Construction Parts / Kits & Etc | United States of America | TOR | Material Surcharge | 00110 | | 156 | 156 |
| 206142 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 48 | North America | Industrial | 02/08/06 12:00 AM | 0206142 | 07 | Intergrated Manufacturer | United States of America | TOPS | M241547A | 20024 | 2115184 | 9,539 | 9,539 |
| 206143 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 67 | North America | Industrial | 02/08/06 12:00 AM | 0206143 | 07 | Intergrated Manufacturer | United States of America | TOPS | 64450 | 20025 | 2113666 | 1,688 | 1,688 |
| 206144 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 2179 | North America | Industrial | 02/08/06 12:00 AM | 0206144 | 07 | Intergrated Manufacturer | United States of America | TOPS | 31520 | 2#082 | 550233 | 3,813 | 3,813 |
| 206167 | OPEN | DANA CORPORATION SPICER | 245967 | 3645 | North America | Industrial | 02/08/06 12:00 AM | 0206167 | 07 | Agriculture Subcontractors | United States of America | TOPS | Y32010X | KW000 | 026HA100 | 7,727 | 7,727 |

A00466

A0466

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P.N. | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 261653 | OPEN | DANA CORPORATION SPICER | 245967 | 5203 | North America | Industrial | 02/09/06 12:00 AM | 0261653 | 05 | Agriculture Subcontractors | United States of America | TOPS | 29685 | 2B024 | | 47,659 | 51,913 |
| 207414 | OPEN | DANA CORPORATION | 245980 | 80 | North America | Industrial | 02/09/06 12:00 AM | 0207414 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 48320 | 20024 | 2112964-90 | 1,210 | 1,210 |
| 207415 | OPEN | DANA CORPORATION | 245980 | 30 | North America | Industrial | 02/09/06 12:00 AM | 0207415 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 56425 | 20024 | | 526 | 526 |
| 207415 | OPEN | DANA CORPORATION | 245980 | 39 | North America | Industrial | 02/09/06 12:00 AM | 0207415 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 56425 | 20024 | | 683 | 683 |
| 207416 | OPEN | DANA CORPORATION | 245980 | 18 | North America | Industrial | 02/09/06 12:00 AM | 0207416 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734410 | NI000 | 2114362-90 | 731 | 731 |
| 207417 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 02/09/06 12:00 AM | 0207417 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 44363D | 20081 | | 19 | 19 |
| 207417 | OPEN | DANA CORPORATION | 245980 | 9 | North America | Industrial | 02/09/06 12:00 AM | 0207417 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 44363D | 20081 | | 174 | 174 |
| 207418 | OPEN | DANA CORPORATION | 245980 | 19 | North America | Industrial | 02/09/06 12:00 AM | 0207418 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | 2113218-90 | 6,224 | 6,224 |
| 207418 | OPEN | DANA CORPORATION | 245980 | 6 | North America | Industrial | 02/09/06 12:00 AM | 0207418 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | | 1,966 | 1,966 |
| 207418 | OPEN | DANA CORPORATION | 245980 | 5 | North America | Industrial | 02/09/06 12:00 AM | 0207418 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | | 1,638 | 1,638 |
| 207418 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 02/09/06 12:00 AM | 0207418 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | 2113218-90 | 328 | 328 |
| 207418 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 02/09/06 12:00 AM | 0207418 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | 2113218-90 | 328 | 328 |
| 207419 | OPEN | DANA CORPORATION | 245980 | 23 | North America | Industrial | 02/09/06 12:00 AM | 0207419 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 66584 | 70000 | 2114366-90 | 524 | 524 |
| 207909 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 92 | North America | Industrial | 02/10/06 12:00 AM | 0207909 | 07 | Intergrated Manufacturer | United States of America | TOPS | M86647 | 7C016 | 550458 | 486 | 486 |
| 207910 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 360 | North America | Industrial | 02/10/06 12:00 AM | 0207910 | 07 | Intergrated Manufacturer | United States of America | TOPS | LM501349 | 20024 | 550433 | 742 | 742 |
| 207911 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 858 | North America | Industrial | 02/10/06 12:00 AM | 0207911 | 07 | Intergrated Manufacturer | United States of America | TOPS | U399 | 90010 | 565903 | 4,908 | 4,908 |

A00467

A0467

| Invoice No. | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P/N | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207912 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 630 | North America | Industrial | 02/10/06 12:00 AM | 0207912 | 07 | Intergrated Manufacturer | United States of America | TOPS | 382S | 2B024 | 550363 | 2,470 | 2,470 |
| 207913 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 85 | North America | Industrial | 02/10/06 12:00 AM | 0207913 | 07 | Intergrated Manufacturer | United States of America | TOPS | JM718149 | N0000 | 2111950 | 1,371 | 1,371 |
| 207914 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 22 | North America | Industrial | 02/10/06 12:00 AM | 0207914 | 07 | Intergrated Manufacturer | United States of America | TOPS | 68462 | 20024 | 675261 | 498 | 498 |
| 207915 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 80 | North America | Industrial | 02/10/06 12:00 AM | 0207915 | 07 | Intergrated Manufacturer | United States of America | TOPS | 9185 | 70000 | 2111953 | 3,627 | 3,627 |
| 207916 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 3 | North America | Industrial | 02/10/06 12:00 AM | 0207916 | 07 | Intergrated Manufacturer | United States of America | TOPS | 9121 | 20024 | 2111956 | 57 | 57 |
| 207916 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 19 | North America | Industrial | 02/10/06 12:00 AM | 0207916 | 07 | Intergrated Manufacturer | United States of America | TOPS | 9121 | 20082 | 2111956 | 359 | 359 |
| 207917 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 58 | North America | Industrial | 02/10/06 12:00 AM | 0207917 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP296458 | 20F03 | 2113218 | 18,465 | 18,465 |
| 207918 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 21 | North America | Industrial | 02/10/06 12:00 AM | 0207918 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP514720 | 20902 | 2113220 | 3,670 | 3,670 |
| 207919 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 256 | North America | Industrial | 02/10/06 12:00 AM | 0207919 | 07 | Intergrated Manufacturer | United States of America | TOPS | 362A | 20082 | 550289 | 737 | 737 |
| 207920 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 480 | North America | Industrial | 02/10/06 12:00 AM | 0207920 | 07 | Intergrated Manufacturer | United States of America | TOPS | 31594 | 70016 | 550246 | 1,858 | 1,858 |
| 207921 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 63 | North America | Industrial | 02/10/06 12:00 AM | 0207921 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP531592 | 20902 | 2114088 | 14,246 | 14,246 |
| 207922 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 2 | North America | Industrial | 02/10/06 12:00 AM | 0207922 | 07 | Intergrated Manufacturer | United States of America | TOPS | M241510 | 20024 | 2115185 | 176 | 176 |
| 207923 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 78 | North America | Industrial | 02/10/06 12:00 AM | 0207923 | 07 | Intergrated Manufacturer | United States of America | TOPS | 672P | 20902 | 2115418 | 1,560 | 1,560 |
| 207924 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 20 | North America | Industrial | 02/10/06 12:00 AM | 0207924 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP268300 | 20902 | 2115474 | 424 | 424 |
| 207925 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 3 | North America | Industrial | 02/10/06 12:00 AM | 0207925 | 07 | Intergrated Manufacturer | United States of America | TOPS | H917840 | 20024 | 2116022 | 404 | 404 |
| 207926 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 3024 | North America | Industrial | 02/10/06 12:00 AM | 0207926 | 07 | Intergrated Manufacturer | United States of America | TOPS | 25590 | 20024 | 550182 | 8,679 | 8,679 |

A00468
A0468

| Invoice No. | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Parts Number | Inspection Code | Customer P.N. | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2207927 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 756 | North America | Industrial | 02/10/06 12:00 AM | 0207927 | 07 | Intergrated Manufacturer | United States of America | TOPS | 25523 | 20024 | 550225 | 1,323 | 1,323 |
| 208297 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 67 | North America | Industrial | 02/10/06 12:00 AM | 0208297 | 12 | Intergrated Manufacturer | United States of America | TOPS | H913810 | 20024 | 2111955 | 685 | 685 |
| 208077 | OPEN | DANA CORPORATION | 245980 | 27 | North America | Industrial | 02/10/06 12:00 AM | 0208077 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP603591 | 20902 | 070HA125-90 | 186 | 194 |
| 320536 | OPEN | DANA CORPORATION | A211230010 A21123 | 45 | North America | Industrial | 02/10/06 12:00 AM | 320536 | QD | Construction Parts / Kits & Etc | United States of America | TOR | TOR220527 | 90000 | 227303-90 | 711 | 711 |
| 320537 | OPEN | DANA CORPORATION | A211230010 A21123 | 7 | North America | Industrial | 02/10/06 12:00 AM | 320537 | QD | Construction Parts / Kits & Etc | United States of America | TOR | TOR220527 | 90000 | 227303-90 | 111 | 111 |
| 320538 | OPEN | DANA CORPORATION | A211230010 A21123 | 45 | North America | Industrial | 02/10/06 12:00 AM | 320538 | QD | Construction Parts / Kits & Etc | United States of America | TOR | TOR220527 | 90000 | 227303-90 | 711 | 711 |
| 208671 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 22 | North America | Industrial | 02/13/06 12:00 AM | 0208671 | 05 | Intergrated Manufacturer | United States of America | TOPS | NP501344 | 20902 | 2115468 | 1,131 | 1,196 |
| 209072 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 02/13/06 12:00 AM | 0209072 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 42381 | 20024 | 2114413-90 | 273 | 273 |
| 209073 | OPEN | DANA CORPORATION | 245980 | 6 | North America | Industrial | 02/13/06 12:00 AM | 0209073 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 395A | 20024 | 244863-90 | 45 | 45 |
| 209074 | OPEN | DANA CORPORATION | 245980 | 39 | North America | Industrial | 02/13/06 12:00 AM | 0209074 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 385AX | 90307 | 231646-90 | 1,625 | 1,625 |
| 209074 | OPEN | DANA CORPORATION | 245980 | 170 | North America | Industrial | 02/13/06 12:00 AM | 0209074 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 385AX | 90307 | 231646-90 | 7,082 | 7,082 |
| 209075 | OPEN | DANA CORPORATION | 245980 | 42 | North America | Industrial | 02/13/06 12:00 AM | 0209075 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM501310 | 20024 | A20HA102-90 | 50 | 50 |
| 209076 | OPEN | DANA CORPORATION | 245980 | 9 | North America | Industrial | 02/13/06 12:00 AM | 0209076 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP531592 | 20902 | 2114088-90 | 2,094 | 2,094 |
| 209077 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/13/06 12:00 AM | 0209077 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734410 | NI000 | 2114362-90 | 162 | 162 |
| 209078 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/13/06 12:00 AM | 0209078 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 382 | 20024 | 667279-90 | 12 | 12 |
| 209079 | OPEN | DANA CORPORATION | 245980 | 8 | North America | Industrial | 02/13/06 12:00 AM | 0209079 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M241547A | 20024 | 2115184-90 | 1,636 | 1,636 |

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer P.N. | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209080 | OPEN | DANA CORPORATION | 245980 | 6 | North America | Industrial | 02/13/06 12:00 AM | 0209080 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM104949 | 902A5 | 251435-90 | 205 | 205 |
| 209080 | OPEN | DANA CORPORATION | 245980 | 12 | North America | Industrial | 02/13/06 12:00 AM | 0209080 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM104949 | 902A5 | 251435-90 | 410 | 410 |
| 209081 | OPEN | DANA CORPORATION | 245980 | 2 | North America | Industrial | 02/13/06 12:00 AM | 0209081 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | HH923649 | 20024 | 2116020-90 | 569 | 569 |
| 209082 | OPEN | DANA CORPORATION | 245980 | 7 | North America | Industrial | 02/13/06 12:00 AM | 0209082 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | M12610 | 20024 | A20HA105-90 | 8 | 8 |
| 209083 | OPEN | DANA CORPORATION | 245980 | 22 | North America | Industrial | 02/13/06 12:00 AM | 0209083 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 78537 | 20024 | 784296-90 | 306 | 306 |
| 209084 | OPEN | DANA CORPORATION | 245980 | 85 | North America | Industrial | 02/13/06 12:00 AM | 0209084 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 28985 | 90114 | 239922-90 | 4,661 | 4,661 |
| 209084 | OPEN | DANA CORPORATION | 245980 | 116 | North America | Industrial | 02/13/06 12:00 AM | 0209084 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 28985 | 90114 | 239922-90 | 6,360 | 6,360 |
| 209085 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 02/13/06 12:00 AM | 0209085 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | | 328 | 328 |
| 209085 | OPEN | DANA CORPORATION | 245980 | 5 | North America | Industrial | 02/13/06 12:00 AM | 0209085 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | | 1,638 | 1,638 |
| 209086 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 02/13/06 12:00 AM | 0209086 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | 2113218-90 | 6,552 | 6,552 |
| 209086 | OPEN | DANA CORPORATION | 245980 | 6 | North America | Industrial | 02/13/06 12:00 AM | 0209086 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | | 1,966 | 1,966 |
| 209086 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/13/06 12:00 AM | 0209086 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP296458 | 20F03 | | 1,310 | 1,310 |
| 209087 | OPEN | DANA CORPORATION | 245980 | 5 | North America | Industrial | 02/13/06 12:00 AM | 0209087 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 45220 | 2B024 | 565917-90 | 22 | 22 |
| 209575 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 48 | North America | Industrial | 02/14/06 12:00 AM | 0209575 | 07 | Integrated Manufacturer | United States of America | TOPS | 64450 | 20024 | 2113666 | 1,210 | 1,210 |
| 209918 | OPEN | DANA CORPORATION SPICER | 245967 | 1000 | North America | Industrial | 02/14/06 12:00 AM | 0209918 | 07 | Agriculture Subcontractors | United States of America | TOPS | 29885 | 20629 | A20HB100 | 9,160 | 9,160 |
| 209494 | OPEN | DANA CORPORATION | 245980 | 20 | North America | Industrial | 02/14/06 12:00 AM | 0209494 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM104949 | 902A5 | 251435-90 | 683 | 683 |

A00470

A0470

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 209494 | OPEN | DANA CORPORATION | 245980 | 10 | North America | Industrial | 02/14/06 12:00 AM | 0209494 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM104949 | 902A5 | 251435-90 | 341 | 341 |
| 209495 | OPEN | DANA CORPORATION | 245980 | 9 | North America | Industrial | 02/14/06 12:00 AM | 0209495 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 28985 | 90114 | 239922-90 | 493 | 493 |
| 211232 | OPEN | DANA CORPORATION | 245980 | 101 | North America | Industrial | 02/15/06 12:00 AM | 0211232 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 382A | 20024 | 565936-90 | 260 | 260 |
| 211233 | OPEN | DANA CORPORATION | 245980 | 96 | North America | Industrial | 02/15/06 12:00 AM | 0211233 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM734410 | NI000 | 2114362-90 | 3,900 | 3,900 |
| 211234 | OPEN | DANA CORPORATION | 245980 | 10 | North America | Industrial | 02/15/06 12:00 AM | 0211234 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | H715345 | 70016 | 247590-90 | 214 | 214 |
| 211234 | OPEN | DANA CORPORATION | 245980 | 25 | North America | Industrial | 02/15/06 12:00 AM | 0211234 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | H715345 | 70016 | 247590-90 | 534 | 534 |
| 1CWF7W | OPEN | DANA-STATESVILLE | D817599999 D81759 | 26 | North America | Industrial | 02/15/06 12:00 AM | 1CWF7W | 84 | Intergrated Manufacturer | United States of America | TOR | HM911245 | 7B000 | | 556 | 556 |
| 211540 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 600 | North America | Industrial | 02/15/06 12:00 AM | 0211540 | 07 | Intergrated Manufacturer | United States of America | TOPS | 46720 | 20024 | 2111939 | 21,984 | 21,984 |
| 211621 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 50 | North America | Industrial | 02/16/06 12:00 AM | 0211621 | 07 | Intergrated Manufacturer | United States of America | TOPS | 48290 | 20024 | 2109823 | 1,298 | 1,298 |
| M08326 | OPEN | DANA SPICER OFF-HWY | D817590002 D81759 | -3 | North America | Industrial | 02/16/06 12:00 AM | M08326 | 91 | Intergrated Manufacturer | United States of America | TOR | 28584 | 902A3 | | 0 | -178 |
| 1CWJT2 | OPEN | DANA-STATESVILLE | D817599999 D81759 | 131 | North America | Industrial | 02/17/06 12:00 AM | 1CWJT2 | 84 | Intergrated Manufacturer | United States of America | TOR | 48290 | 20024 | | 3,401 | 3,401 |
| 213160 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 49 | North America | Industrial | 02/20/06 12:00 AM | 0213160 | 07 | Intergrated Manufacturer | United States of America | TOPS | 23256 | 20024 | 550420 | 190 | 190 |
| 213161 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 7 | North America | Industrial | 02/20/06 12:00 AM | 0213161 | 07 | Intergrated Manufacturer | United States of America | TOPS | 44363D | 20081 | 2111603 | 131 | 131 |
| 213162 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 210 | North America | Industrial | 02/20/06 12:00 AM | 0213162 | 07 | Intergrated Manufacturer | United States of America | TOPS | 382S | 2B024 | 550363 | 823 | 823 |
| 213163 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 111 | North America | Industrial | 02/20/06 12:00 AM | 0213163 | 07 | Intergrated Manufacturer | United States of America | TOPS | HM911210 | 20024 | 2114364 | 1,018 | 1,018 |
| 213164 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 32 | North America | Industrial | 02/20/06 12:00 AM | 0213164 | 07 | Intergrated Manufacturer | United States of America | TOPS | H913842 | 70000 | 2111952 | 1,094 | 1,094 |

A00471

A0471