| ProdRtgSing | PayStatus | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | InvoiceNo | Shipping Plant | Market Segment | Country | System ID | Parts Number | Inspection Code | Customer PN | InvcGross Sales | InvcNet Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 213166 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 357 | North America | Industrial | 02/20/2006 12:00 AM | 0213165 | 07 | Intergrated Manufacturer | United States of America | TOPS | HM88510 | 20082 | 560359 | 989 | 989 |
| 213166 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 48 | North America | Industrial | 02/20/2006 12:00 AM | 0213166 | 07 | Intergrated Manufacturer | United States of America | TOPS | 48684 | 20024 | 2113867 | 1,954 | 1,954 |
| 213167 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 29 | North America | Industrial | 02/20/2006 12:00 AM | 0213167 | 07 | Intergrated Manufacturer | United States of America | TOPS | NP268300 | 20082 | 2115474 | 614 | 614 |
| 213107 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 6 | North America | Industrial | 02/20/2006 12:00 AM | 0213107 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JMT16910 | N0000 | 2112958-90 | 33 | 33 |
| 213107 | OPEN | DANA CORPORATION | 245980 | 25 | North America | Industrial | 02/20/2006 12:00 AM | 0213107 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JMT16910 | N0000 | 2112958-90 | 138 | 138 |
| 213108 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/20/2006 12:00 AM | 0213108 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 48320 | 20024 | 2112964-90 | 60 | 60 |
| 213109 | OPEN | DANA CORPORATION | 245980 | 26 | North America | Industrial | 02/20/2006 12:00 AM | 0213109 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JMT34410 | N0000 | 2114362-90 | 1,056 | 1,056 |
| 213110 | OPEN | DANA CORPORATION | 245980 | 90 | North America | Industrial | 02/20/2006 12:00 AM | 0213110 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 39520-B | 20024 | 251428-90 | 1,432 | 1,432 |
| 213111 | OPEN | DANA CORPORATION | 245980 | 103 | North America | Industrial | 02/20/2006 12:00 AM | 0213111 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 55443 | 20024 | 667278-90 | 835 | 835 |
| 213111 | OPEN | DANA CORPORATION | 245980 | 200 | North America | Industrial | 02/20/2006 12:00 AM | 0213111 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 55443 | 20024 | 667278-90 | 1,622 | 1,622 |
| 213112 | OPEN | DANA CORPORATION | 245980 | 50 | North America | Industrial | 02/20/2006 12:00 AM | 0213112 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 497 | 90193 | 231537-90 | 4,309 | 4,309 |
| 213644 | OPEN | DANA CORPORATION | 245980 | 40 | North America | Industrial | 02/20/2006 12:00 AM | 0213644 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 64700 | 20024 | 2114356-90 | 519 | 519 |
| 213645 | OPEN | DANA CORPORATION | 245980 | 8 | North America | Industrial | 02/20/2006 12:00 AM | 0213645 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 28560 | 20024 | 247567-90 | 57 | 57 |
| 213646 | OPEN | DANA CORPORATION | 245980 | 30 | North America | Industrial | 02/20/2006 12:00 AM | 0213646 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 55187 | 76000 | 667227-90 | 545 | 545 |
| 213647 | OPEN | DANA CORPORATION | 245980 | 44 | North America | Industrial | 02/20/2006 12:00 AM | 0213647 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 39520-B | 20024 | 251428-90 | 700 | 700 |
| 213648 | OPEN | DANA CORPORATION | 245980 | 3 | North America | Industrial | 02/20/2006 12:00 AM | 0213648 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | HM807046 | 78000 | 731128-90 | 35 | 35 |

A00472

A0472

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Spicer Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Country | Market Segment | Sys/Unit | Part Number | Inspection Code | Class/mat PN | Inv Gross Sales | Inv Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1CX177 | OPEN | DANA-STATESVILLE | D817599999 D817599 | 3 | North America | Industrial | 02/21/06 12:00 AM | 1CX177 | 91 | United States of America | Intregrated Manufacturer | TOR | 28584 | 902A3 | | 178 | 178 |
| 1CWTTZ | OPEN | FORMSPRAG PROD DIV DANA | D831070002 D83107 | 2 | North America | Industrial | 02/21/06 12:00 AM | 1CWTTZ | 91 | United States of America | Construction Subcontractors | TOR | 80176 | 90020 | | 4,596 | 4,625 |
| 1CWTTZ | OPEN | FORMSPRAG PROD DIV DANA | D831070002 D83107 | 0 | North America | Industrial | 02/21/06 12:00 AM | 1CWTTZ | 91 | United States of America | Construction Subcontractors | TOR | 80176 | 90020 | | 0 | 0 |
| 215049 | OPEN | DANA CORPORATION SPICER | 245967 | 94 | North America | Industrial | 02/2/06 12:00 AM | 0215049 | 07 | United States of America | Agriculture Subcontractors | TOPS | M12648A | 2C024 | A20H8105 | 365 | 365 |
| 215126 | OPEN | DANA CORPORATION | 245980 | 6 | North America | Industrial | 02/22/06 12:00 AM | 0215126 | 07 | United States of America | Construction Parts / Kits & Etc | TOPS | JMF34410 | N1000 | | 244 | 266 |
| 216147 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 30 | North America | Industrial | 02/23/06 12:00 AM | 0216147 | 07 | United States of America | Intregrated Manufacturer | TOPS | M2X41547A | 2E024 | 2115184 | 5,962 | 5,962 |
| 216148 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 165 | North America | Industrial | 02/23/06 12:00 AM | 0216148 | 07 | United States of America | Intregrated Manufacturer | TOPS | JMF16649 | N0000 | 2112357 | 1,824 | 1,824 |
| 216149 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 8 | North America | Industrial | 02/23/06 12:00 AM | 0216149 | 07 | United States of America | Intregrated Manufacturer | TOPS | JMF16610 | N0000 | 2112358 | 43 | 43 |
| 216150 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 32 | North America | Industrial | 02/23/06 12:00 AM | 0216150 | 07 | United States of America | Intregrated Manufacturer | TOPS | 53178 | 2D202 | 710288 | 246 | 246 |
| 216151 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 300 | North America | Industrial | 02/23/06 12:00 AM | 0216151 | 07 | United States of America | Intregrated Manufacturer | TOPS | HM212049 | 2E024 | M10H8101 | 3,321 | 3,321 |
| 216152 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 24 | North America | Industrial | 02/23/06 12:00 AM | 0216152 | 07 | United States of America | Intregrated Manufacturer | TOPS | NP286300 | 2D902 | 2115474 | 508 | 508 |
| 216613 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 122 | North America | Industrial | 02/24/06 12:00 AM | 0216613 | 07 | United States of America | Intregrated Manufacturer | TOPS | 687P | 2D902 | 2115417 | 1,474 | 1,474 |
| 1CWSZ4 | OPEN | DANA CORPORATION | F211230010 F21123 | 40 | North America | Industrial | 02/24/06 12:00 AM | 1CWSZ4 | QE | United States of America | Construction Parts / Kits & Etc | TOR | TOR181943 | 90000 | TY16240 | 949 | 949 |
| 217765 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 204 | North America | Industrial | 02/27/06 12:00 AM | 0217765 | 12 | United States of America | Intregrated Manufacturer | TOPS | 56425 | 2E024 | 127819 | 3,474 | 3,474 |
| 218234 | OPEN | DANA SPICER OFF-HIGHWAY COMPONENTS | 200173 | 354 | North America | Industrial | 02/28/06 12:00 AM | 0218234 | 07 | United States of America | Intregrated Manufacturer | TOPS | U497 | 9BVA3 | 565904 | 3,547 | 3,547 |
| 218978 | OPEN | DANA CORPORATION | 245980 | 7 | North America | Industrial | 02/28/06 12:00 AM | 0218978 | 07 | United States of America | Construction Parts / Kits & Etc | TOPS | 42381 | 2E024 | 211441390 | 95 | 95 |

A00473

A0473

| Invoice No | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Route | Market Segment | Country | System ID | Part Number | Inspection Code | Customer PN | Invoice Gross Sales | Invoice Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 218979 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/28/06 12:00 AM | 0218979 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | LM814810 | 20024 | 238483-90 | 24 | 24 |
| 218980 | OPEN | DANA CORPORATION | 245980 | 3 | North America | Industrial | 02/28/06 12:00 AM | 0218980 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JLM714110 | NB000 | | 13 | 13 |
| 218981 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/28/06 12:00 AM | 0218980 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JLM714110 | NB000 | | 17 | 17 |
| 218982 | OPEN | DANA CORPORATION | 245980 | 10 | North America | Industrial | 02/28/06 12:00 AM | 0218981 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 43125 | 20024 | 713659-90 | 84 | 84 |
| 218983 | OPEN | DANA CORPORATION | 245980 | 35 | North America | Industrial | 02/28/06 12:00 AM | 0218982 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JHM534149 | N0000 | 4121874-90 | 1,572 | 1,572 |
| 218983 | OPEN | DANA CORPORATION | 245980 | 1 | North America | Industrial | 02/28/06 12:00 AM | 0218983 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP603591 | 20802 | 070HA125-90 | 7 | 7 |
| 218985 | OPEN | DANA CORPORATION | 245980 | 33 | North America | Industrial | 02/28/06 12:00 AM | 0218983 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | NP603591 | 20802 | 070HA125-90 | 227 | 227 |
| 218984 | OPEN | DANA CORPORATION | 245980 | 4 | North America | Industrial | 02/28/06 12:00 AM | 0218984 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM624649 | N0000 | 2110733-90 | 349 | 349 |
| 218985 | OPEN | DANA CORPORATION | 245980 | 174 | North America | Industrial | 02/28/06 12:00 AM | 0218985 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 687P | 20802 | 2115417-90 | 2,163 | 2,163 |
| 218986 | OPEN | DANA CORPORATION | 245980 | 31 | North America | Industrial | 02/28/06 12:00 AM | 0218986 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | JM714210 | NB000 | 249851-90 | 334 | 334 |
| 218987 | OPEN | DANA CORPORATION | 245980 | 9 | North America | Industrial | 02/28/06 12:00 AM | 0218987 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 44363D | 20081 | 2111603-90 | 174 | 174 |
| 218988 | OPEN | DANA CORPORATION | 245980 | 108 | North America | Industrial | 02/28/06 12:00 AM | 0218988 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 48220 | 20024 | 2109822-80 | 1,618 | 1,618 |
| 218989 | OPEN | DANA CORPORATION | 245980 | 12 | North America | Industrial | 02/28/06 12:00 AM | 0218989 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | HM807044 | 70000 | 248743-90 | 177 | 177 |
| 218990 | OPEN | DANA CORPORATION | 245980 | 45 | North America | Industrial | 02/28/06 12:00 AM | 0218990 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | X32010X | KF000 | 070HB137-90 | 215 | 215 |
| 218991 | OPEN | DANA CORPORATION | 245980 | 38 | North America | Industrial | 02/28/06 12:00 AM | 0218991 | 07 | Construction Parts / Kits & Etc | United States of America | TOPS | 34306 | 20024 | 237181-90 | 339 | 339 |
| 322472 | OPEN | DANA CORPORATION | A21123010 / A21123 | 20 | North America | Industrial | 02/28/06 12:00 AM | 322472 | QD | Construction Parts / Kits & Etc | United States of America | TOR | TOR200524 | 90000 | 4029751000 90-001 | 67 | 67 |

A00474

A0474

| InvoiceNo | PayStatus | CustomerName | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | InvoiceNo | Shipping Plant | Market Segment | Country | System ID | Part Number | TPPackage Code | Customer P/N | Inv Gross Sales | Inv Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0300255 | OPEN | DANA CORPORATION SPICER | 245967 | 3960 | North America | Industrial | 03/01/06 12:00 AM | 0300255 | 07 | Agriculture Subcontractors | United States of America | TOPS | X32010X | KW000 | 028HB100 | 18,374 | 18,374 |
| 0300265 | OPEN | DANA CORPORATION SPICER | 245967 | 4968 | North America | Industrial | 03/01/06 12:00 AM | 0300265 | 07 | Agriculture Subcontractors | United States of America | TOPS | XAB-32010XM | KIC25 | S20HB112 | 16,196 | 16,196 |
| 0300257 | OPEN | DANA CORPORATION SPICER | 245967 | 24 | North America | Industrial | 03/01/06 12:00 AM | 0300257 | 07 | Agriculture Subcontractors | United States of America | TOPS | T88 | 90AA1 | 016HD100 | 86 | 86 |
| 0300258 | OPEN | DANA CORPORATION SPICER | 245967 | 4968 | North America | Industrial | 03/01/06 12:00 AM | 0300258 | 07 | Agriculture Subcontractors | United States of America | TOPS | JLM506849 | N0025 | 1320904 | 21,164 | 21,164 |
| 0300264 | OPEN | DANA CORPORATION SPICER | 245967 | 3240 | North America | Industrial | 03/01/06 12:00 AM | 0300264 | 07 | Agriculture Subcontractors | United States of America | TOPS | M88649 | 70016 | A20HB103 | 7,614 | 7,614 |
| 0300262 | OPEN | DANA CORPORATION SPICER | 245967 | 2484 | North America | Industrial | 03/01/06 12:00 AM | 0300262 | 07 | Agriculture Subcontractors | United States of America | TOPS | M12610 | 20024 | A20HA105 | 2,757 | 2,757 |
| 0300256 | OPEN | DANA CORPORATION SPICER | 245967 | 496 | North America | Industrial | 03/01/06 12:00 AM | 0300256 | 07 | Agriculture Subcontractors | United States of America | TOPS | U298 | 90011 | C88989S | 2,936 | 2,936 |
| 0300268 | OPEN | DANA CORPORATION SPICER | 245967 | 648 | North America | Industrial | 03/01/06 12:00 AM | 0300268 | 07 | Agriculture Subcontractors | United States of America | TOPS | TN11 | 00000 | S30HN100 | 3,732 | 3,732 |
| 0300259 | OPEN | DANA CORPORATION SPICER | 245967 | 7776 | North America | Industrial | 03/01/06 12:00 AM | 0300259 | 07 | Agriculture Subcontractors | United States of America | TOPS | LM501310 | 20024 | A20HA102 | 9,020 | 9,020 |
| 0300260 | OPEN | DANA CORPORATION SPICER | 245967 | 3240 | North America | Industrial | 03/01/06 12:00 AM | 0300260 | 07 | Agriculture Subcontractors | United States of America | TOPS | M86610 | 20082 | A20HA103 | 3,402 | 3,402 |
| 0300269 | OPEN | DANA CORPORATION SPICER | 245967 | 648 | North America | Industrial | 03/01/06 12:00 AM | 0300269 | 07 | Agriculture Subcontractors | United States of America | TOPS | TW111 | 00000 | S30HS105 | 1,341 | 1,341 |
| 0300270 | OPEN | DANA CORPORATION SPICER | 245967 | 2325 | North America | Industrial | 03/01/06 12:00 AM | 0300270 | 07 | Agriculture Subcontractors | United States of America | TOPS | U199 | 9B010 | 588907 | 18,716 | 18,716 |
| 0300267 | OPEN | DANA CORPORATION SPICER | 245967 | 540 | North America | Industrial | 03/01/06 12:00 AM | 0300267 | 07 | Agriculture Subcontractors | United States of America | TOPS | 387AS | 20024 | S30HB100 | 2,414 | 2,414 |
| 0300266 | OPEN | DANA CORPORATION SPICER | 245967 | 2853 | North America | Industrial | 03/01/06 12:00 AM | 0300266 | 07 | Agriculture Subcontractors | United States of America | TOPS | TN10 | 00000 | S20HN100 | 7,072 | 7,072 |
| 0300255 | OPEN | DANA CORPORATION SPICER | 245967 | 3888 | North America | Industrial | 03/01/06 12:00 AM | 0300255 | 07 | Agriculture Subcontractors | United States of America | TOPS | Y32010X | KW000 | 028HA100 | 8,243 | 8,243 |
| 0300263 | OPEN | DANA CORPORATION SPICER | 245967 | 6046 | North America | Industrial | 03/01/06 12:00 AM | 0300263 | 07 | Agriculture Subcontractors | United States of America | TOPS | LM501349 | 20024 | A20HB102 | 12,465 | 12,465 |

| Invoice No. | Pay Status | Customer Name | Customer Number | Quantity | Sales Segment | Strategic Segment | Invoice Date | Invoice No | Shipping Plant | Market Segment | Country | System ID | Part Number | Inspection Code | Customer Ext | Invc Gross Sales | Invc Net Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0300261 | OPEN | DANA CORPORATION SPICER | 245967 | 1080 | North America | Industrial | 03/01/06 12:00 AM | 0300261 | 07 | Agriculture Subcontractors | United States of America | TOPS | 15520 | 20082 | A20HA104 | 1,577 | 1,577 |

A00476

A0476

| CORP | CUSTOMER | RECEIVABLE # | AMOUNT | BOL | PO # | STATUS |
|---|---|---|---|---|---|---|
| STL | 20180 | 207467 | 15,891.24 | 223733 | 1719B00222/S000453 | OPEN |
| STL | 20180 | 207300 | 20,596.57 | 226242 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 207321 | 20,939.28 | 226685 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 207489 | 21,059.21 | 226684 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 207490 | 21,194.16 | 226686 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 207486 | 21,365.52 | 226673 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 207320 | 21,397.63 | 226672 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 207487 | 21,453.34 | 226676 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 207488 | 21,684.66 | 226681 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200209 | 6,209.40 | 226690 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200208 | 15,111.15 | 226690 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200210 | 20,474.48 | 226691 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200207 | 21,209.15 | 226689 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200206 | 21,226.29 | 226688 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200211 | 21,406.21 | 226692 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200351 | 21,554.01 | 226236 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200470 | 3,020.09 | 226238 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200526 | 6,117.78 | 227939 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200525 | 14,532.83 | 227939 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200471 | 18,009.14 | 226238 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200472 | 20,375.96 | 226240 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200475 | 20,450.92 | 226695 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200527 | 21,727.50 | 227940 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200528 | 21,755.34 | 227941 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200529 | 21,770.33 | 227942 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200826 | 7,258.92 | 227944 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200825 | 14,466.42 | 227944 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200788 | 20,037.53 | 226239 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200789 | 20,358.83 | 226241 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200790 | 20,832.17 | 226693 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200791 | 20,911.44 | 226694 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 200787 | 21,198.43 | 226237 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200827 | 21,738.21 | 227945 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200828 | 21,774.61 | 227946 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 200824 | 21,783.18 | 227943 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201055 | 20,330.97 | 226243 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201060 | 20,862.17 | 226663 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201061 | 20,971.40 | 226664 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201062 | 21,020.67 | 226666 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201109 | 21,703.95 | 227949 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201110 | 21,708.22 | 227950 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201107 | 21,746.78 | 227947 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201108 | 21,759.63 | 227948 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201299 | 5,995.20 | 226669 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201298 | 14,980.49 | 226669 | 9908 - GEN MCHN | OPEN |

A00477

A0477

| CORP | CUSTOMER | RECEIVABLE # | AMOUNT | BOL | PO# | STATUS |
|---|---|---|---|---|---|---|
| STL | 20180 | 201296 | 20,898.58 | 226667 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201297 | 21,042.08 | 226668 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201300 | 21,577.57 | 226678 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201335 | 21,686.80 | 227953 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201333 | 21,693.23 | 227951 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201336 | 21,712.50 | 227954 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201334 | 21,718.93 | 227952 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201941 | 5,036.64 | 225298 | 1719B00222/3852 -P | OPEN |
| STL | 20180 | 201951 | 5,943.80 | 227985 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201950 | 7,254.63 | 227985 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201952 | 7,633.75 | 227985 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 201984 | 9,814.22 | 229025 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201983 | 9,848.49 | 229025 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201940 | 15,380.64 | 225298 | 1719B00222/3742 - | OPEN |
| STL | 20180 | 201995 | 18,711.69 | 229140 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201996 | 18,722.41 | 229142 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201948 | 20,637.27 | 227162 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201946 | 20,767.92 | 227158 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 201947 | 20,776.49 | 227159 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202235 | 3,649.81 | 229151 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202236 | 15,074.73 | 229151 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202233 | 18,426.83 | 229149 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202232 | 18,437.52 | 229143 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202234 | 18,482.51 | 229150 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202187 | 20,967.12 | 227988 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202185 | 21,035.66 | 227986 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202186 | 21,097.78 | 227987 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202176 | 21,200.59 | 227153 | 9908 - GEN MACH | OPEN |
| STL | 20180 | 202188 | 21,277.70 | 227989 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202463 | 18,398.07 | 229153 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202465 | 18,436.41 | 229160 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202466 | 18,476.85 | 229162 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202464 | 18,604.61 | 229154 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202415 | 20,845.02 | 228756 | 9908 - GEN MACH | OPEN |
| STL | 20180 | 202397 | 21,281.97 | 227151 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202396 | 21,367.66 | 227150 | 9908 - GEN MACH | OPEN |
| STL | 20180 | 202398 | 21,404.07 | 227152 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202644 | 5,082.75 | 228737 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202643 | 15,453.86 | 228737 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202652 | 18,289.46 | 229164 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202655 | 18,491.76 | 229173 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202654 | 20,761.73 | 229168 | 9908 - GEN MCHN | OPEN |
| STL | 20180 | 202645 | 20,881.45 | 228761 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202631 | 21,134.18 | 227990 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202630 | 21,296.98 | 227154 | 9908 - GEN MACH | OPEN |

A00478

A0478

| CORP | CUSTOMER | RECEIVABLE # | AMOUNT | BOL | PO# | STATUS |
|---|---|---|---|---|---|---|
| STL | 20180 | 202663 | 21,939.29 | 229166 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 202882 | 18,304.36 | 229176 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 202880 | 18,385.30 | 229174 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 202881 | 18,385.30 | 229175 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 202883 | 18,579.06 | 229178 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 202873 | 20,812.90 | 228760 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202871 | 21,080.64 | 228757 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202872 | 21,121.33 | 228759 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 202997 | 22,018.06 | 229179 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203133 | 18,442.78 | 229185 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203134 | 18,476.85 | 229186 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203131 | 18,485.37 | 229182 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203132 | 18,557.79 | 229183 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203130 | 21,952.06 | 229181 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203135 | 21,983.99 | 229187 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203136 | 22,109.63 | 229189 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203465 | 7,346.46 | 230571 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203464 | 11,279.27 | 230571 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 203468 | 18,628.15 | 230578 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 203469 | 18,690.26 | 230580 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 203466 | 18,859.49 | 230575 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 203394 | 21,871.13 | 229198 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203393 | 21,943.53 | 229196 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203467 | 21,952.41 | 230576 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 203392 | 22,075.54 | 229192 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203721 | 3,673.39 | 231052 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203679 | 7,256.78 | 230582 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 203678 | 14,869.11 | 230582 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203722 | 17,717.84 | 231052 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203727 | 18,848.77 | 231062 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203726 | 18,906.60 | 231060 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203723 | 18,919.47 | 231054 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203724 | 18,953.74 | 231058 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203725 | 19,172.20 | 231059 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203677 | 21,742.49 | 230681 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 203990 | 3,795.45 | 231319 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203989 | 17,387.99 | 231319 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203942 | 18,604.59 | 230586 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 204046 | 18,608.88 | 231320 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203943 | 18,623.87 | 230587 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203941 | 18,636.72 | 230584 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203945 | 22,200.86 | 230589 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 203944 | 22,224.42 | 230588 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 204253 | 18,452.53 | 231324 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 204252 | 18,538.20 | 231323 | 9908- GEN MCHN | OPEN |

A00479

A0479

| CORP | CUSTOMER | RECEIVABLE # | AMOUNT | BOL | PO# | STATUS |
|---|---|---|---|---|---|---|
| STL | 20180 | 204251 | 18,600.31 | 231321 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 204264 | 20,373.81 | 231509 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204265 | 20,390.94 | 231510 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204266 | 20,416.63 | 231512 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204515 | 3,726.92 | 231326 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 204532 | 9,773.53 | 231514 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204533 | 12,003.25 | 231514 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204516 | 14,586.39 | 231326 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204517 | 18,219.06 | 231327 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204518 | 18,219.06 | 231328 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204788 | 18,433.24 | 231331 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204519 | 18,437.52 | 231329 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204787 | 18,531.77 | 231330 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204514 | 18,621.73 | 231325 | 9908- GEN MCHN | OPEN |
| STL | 20180 | 204808 | 18,870.20 | 231524 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204806 | 18,962.30 | 231522 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204807 | 19,017.99 | 231523 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204530 | 20,431.65 | 231511 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204531 | 20,633.00 | 231513 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204805 | 20,849.32 | 231519 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204803 | 20,945.71 | 231517 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204534 | 20,967.12 | 231515 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204804 | 21,007.81 | 231518 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204802 | 21,054.94 | 231516 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 204943 | 21,733.93 | 232023 | 9908 - GEN MCH | OPEN |
| STL | 20180 | 305259 | 3,002.83 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305258 | 7,615.46 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305248 | 7,821.50 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305257 | 11,090.47 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305247 | 12,489.94 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305197 | 18,813.26 | | 9908- GEN MCH | OPEN |
| STL | 20180 | 305263 | 18,832.57 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305260 | 18,836.85 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305262 | 18,907.70 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305306 | 20,289.98 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305230 | 20,601.20 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305249 | 20,665.59 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305250 | 20,702.10 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305309 | 21,073.42 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305307 | 21,689.44 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305198 | 22,193.84 | | 9908- GEN MCHN | OPEN |
| STL | 20180 | 305199 | 22,247.51 | | 9908- GEN MCHN | OPEN |
| STL | 21619 | 106625 | 32,765.39 | 226414 | 068-1008433 | OPEN |
| STL | 21619 | 106566 | 16,415.69 | 228894 | 068-1007847 | OPEN |
| STL | 21619 | 106565 | 10,776.62 | 228894 | 068-1008360 | OPEN |

A00480

A0480

## AFFIDAVIT OF SERVICE

State of Ohio       )
                      )
County of Hamilton   )

Catherine E. Howard, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Taft, Stettinius & Hollister LLP, having offices at 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202.

2. I caused a true and correct copy of the Notice of Reclamation Demand to be served electronically upon all the parties on the Monthly Service List and the Special Service List and by ordinary mail, postage prepaid, on the parties on the attached service list on March 31, 2006, pursuant to the Administrative Order Establishing Case Management and Scheduling Procedures.

Sworn to before me this
31st day of March 2006

                                      */s/ Catherine E. Howard*
                                      Catherine E. Howard

*/s/ Kathleen M. Grote*
Notary Public, State of Ohio

My commission expires: May 28, 2011

{W0680402.1}

A00490

A0490

## SERVICE LIST

Jeffrey Wawrzyniak
Dana Corporation
4500 Dorr Street
Toledo, Ohio 43615
Debtors

Marc S. Levin, Esq.
Deputy General Counsel
Dana Corporation
4500 Dorr Street
Toledo, Ohio 43615
Debtors

Corrine Ball, Esq.
Richard Engman, Esq.
Jones Day
222 East 41st Street
New York, New York 10017
Counsel for the Debtors

Heather Lennox, Esq.
Carl E. Black, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Counsel for the Debtors

Jeffrey B. Ellman, Esq.
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Counsel for the Debtors

Elias N. Matsakis, Esq.
Holland & Knight LLP
131 S. Dearborn St.
Chicago, IL 60603

Citi Corp USA
Two Penns Way
Suite 200
New Castle, DE 19720

John Cooney, Esq.
Cooney & Conway
120 N. LaSalle, 30th Floor
Chicago, IL 60602

SEC Headquarters
100 F Street NE
Washington, DC 20549

Deirdre A. Martini
US Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Greg Zipes
US Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Alan Swiech
Akebono Corp. North America
34385 Twelve Mile Road
Farmington Hills, MI 48331

Ronald L. Jones
Ambrake Corporation
300 Ring Road
Elizabethtown, KY 42701

Thomas W. Bevan, Esq.
Bevan & Associates LPA
10360 Northfield Road
Northfield, OH 44067

A00491

A0491

Greg M. Zipes, Esq.
Office of the United States Trustee,
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004

The BMC Group, Inc.
Attn: Dana Corporation Noticing
P.O. Box 952
El Segundo, California  90245-0952
Noticing Agent

Douglas B. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022
Counsel to Citicorp North America, Inc.

Robert Morris
Timken Corporation
1835 Dueber Ave. SW
P.O. Box 6927
Canton, OH  44706-0927

David H. Freeman, Esq.
Erman Teicher Millerzucker Freeman
400 Galleria Officentre, Ste. 444
Southfield, MI  48034

Ryan T. Routh
Jones Day
901 Lakeside Avenue
North Point
Cleveland, OH  44114

James Ferraro, Esq.
Thomas Wilson, Esq.
Kelley & Ferraro LLP
1901 Penton Media Bldg.
1300 E. Ninth Street
Cleveland, OH  44114

Ronald S. Beacher
Pitney Hardin LLP
7 Times Square
New York, NY  10036

{W0680402.1}                           3

A00492

A0492

W. Timothy Miller (OH 0059952)
TAFT, STETTINIUS & HOLLISTER, LLP
Attorney for Toyotetsu America, Inc. and
Toyotetsu Mid America, LLC
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DANA CORPORATION, et al., | : | Case No. 06-10354 (BRL) |
| Debtors. | : | (Jointly Administered) |

## <u>NOTICE OF RECLAMATION DEMAND</u>

Please take notice that Toyotetsu America, Inc. and Toyotetsu Mid America, LLC (collectively, "Toyotetsu"), by and through counsel, hereby files this notice of the delivery of a written demand, pursuant to section 546 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and Section 2-702 of the Uniform Commercial Code, on the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to reclaim certain assets (the "Goods") that are subject to reclamation. Toyotetsu believes that the Goods were sold in the ordinary course of Toyotetsu's business and delivered to and received by the Debtors during the 45 days prior to the filing of the Debtors' bankruptcy petitions. Toyotetsu further believes the Debtors were insolvent at the time they received delivery of the Goods. The value of the Goods at issue is at least $1,283,267.47. Toyotetsu attaches as Exhibit A and incorporates by reference herein a letter dated March 22, 2006, which was delivered to Debtors and their counsel.

{W0677704.1}

A00481

A0481

Dated: March 31, 2006

Respectfully submitted,

**TAFT, STETTINIUS & HOLLISTER, LLP**
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

*/s/ W. Timothy Miller*
W. Timothy Miller (OH 0059952)
miller@taftlaw.com
Attorney for Toyotetsu America, Inc. and
Toyotetsu Mid America, LLC

A00482

A0482



TOYOTETSU AMERICA, INC. (TTAI)
Valley Oak Commerce Complex East
100 Pin Oak Drive
Somerset, Kentucky 42503 USA
Fax: (606) 274-4975
Phone: (606) 274-9005

## *Facsimile Cover Sheet*

| | |
|---|---|
| TO: Mr. Jeffrey Wawryzniak | DATE: March 22, 2006 |
| COMPANY: DANA Corporation | FROM: Kikuo Maeda |
| FAX NUMBER: (419) 322-7920 | PHONE NUMBER: (606) 274-2807 |
| PHONE NUMBER: | TOTAL NO. OF PAGES (including this cover page): 6 |

RE: Toyotetsu Reclamation Demand

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

To follow is our reclamation letter and evidence in compliance with the UCC and Bankruptcy Code. We will deliver an original copy of this letter and evidence to your office tomorrow.

Thank you,

• NOTICE OF CONFIDENTIALITY OF TRANSMISSION •

The information contained in this transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or distribution of this communication is strictly prohibited. If you have received this communication in error, please notify the individual or office above by telephone and destroy the original transmission immediately. Thank you.

A00483

A0483



TOYOTETSU AMERICA, INC. (TTAI)
Valley Oak Commerce Complex East
100 Pin Oak Drive
Somerset, Kentucky 42503 USA
Fax: (606) 274-4975
Phone: (606) 274-9005

## *Facsimile Cover Sheet*

| | |
|---|---|
| TO: Heather Lennox | DATE: March 22, 2006 |
| COMPANY: DANA Corporation Legal Counsel | FROM: Kikuo Maeda |
| FAX NUMBER: (216) 579-0212 | PHONE NUMBER: (606) 274-2807 |
| PHONE NUMBER: | TOTAL NO. OF PAGES (including this cover page): 6 |

RE: Toyotetsu Reclamation Demand

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

To follow is our reclamation letter and evidence in compliance with the UCC and Bankruptcy Code. We will deliver an original copy of this letter and evidence to your office tomorrow.

Thank you,

• NOTICE OF CONFIDENTIALITY OF TRANSMISSION •

The information contained in this transmission is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or distribution of this communication is strictly prohibited. If you have received this communication in error, please notify the individual or office above by telephone and destroy the original transmission immediately. Thank you.

A00484
A0484

 **Toyotetsu America, Inc.**

100 Pin Oak Drive  Somerset, KY 42503  Tel: (606) 274-9005  Fax: (606) 274-4975

March 22, 2006

**TELECOPY AND OVERNIGHT MAIL**

Mr. Jeffrey Wawryzniak
Dana Corporation
4500 Dorr Street
Toledo, OH  43615

Re:  Toyotetsu America, Inc. Reclamation Demand

Dear Mr. Wawryzniak:

We understand that on Friday, March 3, 2006, Dana Corporation and certain of its subsidiaries and affiliates (the "Debtors") commenced cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York.  Pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code, Toyotetsu America, Inc., and its subsidiary, Toyotetsu Mid America, LLC (collectively, "Toyotetsu"), hereby demand reclamation of all goods delivered by Toyotetsu to any of the Debtors within the forty-five (45) days preceding the Debtors' bankruptcy filing including, without limitation, the goods evidenced by the enclosed accounts receivable listing.

Toyotetsu further demands that the Debtors immediately segregate all of Toyotetsu's goods and equipment in the Debtors' possession, custody, or control and conduct an accounting of such equipment as of March 3, 2006.  Toyotetsu expects the Debtors to provide Toyotetsu with such accounting as soon as possible in order to permit Toyotetsu to protect its rights under Section 546(c) of the Bankruptcy Code.

{W0676755.1}

A00485

A0485

Mr. Jeffrey Wawryzniak
March 22, 2006
Page 2

Of course, Toyotetsu values its relationship with Dana and looks forward to Dana's successful reorganization and prompt exit from Chapter 11. If you have any questions, please do not hesitate to call.

Very truly yours,

Kikuo Maeda
Treasurer

Enclosure
c:  Heather Lennox, Esq.
    W. Timothy Miller, Esq.

A00486

A0486

DANA Corporation Outstanding Accounts Receivable
January 18 - March 3, 2006

| | Invoice | BOL # | Date | Due | Amount |
|---|---|---|---|---|---|
| **Toyotetsu America, Inc. (TTAI)** | | | | | |
| DANA - Owensboro | 226511 | 226511 | 1/30/06 | 2/25/06 | 3,728.06 |
| | 226805 | 226805 | 1/31/06 | 2/25/06 | 3,728.06 |
| | 227083 | 227083 | 2/1/06 | 3/25/06 | 3,541.66 |
| | 227376 | 227376 | 2/2/06 | 3/25/06 | 3,728.06 |
| | 227677 | 227677 | 2/3/06 | 3/25/06 | 4,100.86 |
| | 228012 | 228012 | 2/6/06 | 3/25/06 | 3,728.06 |
| | 228333 | 228333 | 2/7/06 | 3/25/06 | 3,728.06 |
| | 228622 | 228622 | 2/8/06 | 3/25/06 | 3,728.06 |
| | 228891 | 228891 | 2/9/06 | 3/25/06 | 4,100.86 |
| | 229172 | 229172 | 2/10/06 | 3/25/06 | 3,728.06 |
| | 229474 | 229474 | 2/13/06 | 3/25/06 | 3,728.06 |
| | 229801 | 229801 | 2/14/06 | 3/25/06 | 3,355.26 |
| | 230095 | 230095 | 2/15/06 | 3/25/06 | 4,100.86 |
| | 230405 | 230405 | 2/16/06 | 3/25/06 | 2,982.44 |
| | 230697 | 230697 | 2/17/06 | 3/25/06 | 3,728.06 |
| | 230970 | 230970 | 2/20/06 | 3/25/06 | 3,728.06 |
| | 231257 | 231257 | 2/21/06 | 3/25/06 | 3,728.06 |
| | 231567 | 231567 | 2/22/06 | 3/25/06 | 4,100.86 |
| | 231858 | 231858 | 2/23/06 | 3/25/06 | 3,728.06 |
| | 232156 | 232156 | 2/24/06 | 3/25/06 | 3,355.26 |
| | 232433 | 232433 | 2/27/06 | 3/25/06 | 3,355.26 |
| | 232714 | 232714 | 2/28/06 | 3/25/06 | 3,728.06 |
| | 233002 | 233002 | 3/1/06 | 4/25/06 | 3,914.46 |
| | 233444 | 233444 | 2/28/06 | 3/25/06 | 45,475.50 |
| | | | | | 130,848.06 |
| DANA - Stockton | 224067 | 224067 | 1/18/06 | 2/25/06 | 2,468.00 |
| | 224309 | 224309 | 1/19/06 | 2/25/06 | 2,468.00 |
| | 224579 | 224579 | 1/20/06 | 2/25/06 | 3,995.56 |
| | 224852 | 224852 | 1/23/06 | 2/25/06 | 3,995.56 |
| | 225117 | 225117 | 1/24/06 | 2/25/06 | 3,995.56 |
| | 225465 | 225465 | 1/25/06 | 2/25/06 | 2,468.00 |
| | 225677 | 225677 | 1/26/06 | 2/25/06 | 2,468.00 |
| | 225956 | 225956 | 1/27/06 | 2/25/06 | 3,936.62 |
| | 226231 | 226231 | 1/30/06 | 2/25/06 | 3,962.90 |
| | 226367 | 226367 | 1/31/06 | 2/25/06 | 52.56 |
| | 226512 | 226512 | 1/31/06 | 2/25/06 | 3,962.90 |
| | 226806 | 226806 | 2/1/06 | 3/25/06 | 2,435.34 |
| | 227084 | 227084 | 2/2/06 | 3/25/06 | 2,435.34 |
| | 227377 | 227377 | 2/3/06 | 3/25/06 | 3,274.74 |
| | 227678 | 227678 | 2/6/06 | 3/25/06 | 3,274.74 |
| | 228013 | 228013 | 2/7/06 | 3/25/06 | 1,747.18 |
| | 228334 | 228334 | 2/8/06 | 3/25/06 | 1,747.18 |

A00487

A0487

| | Invoice | BOL # | Date | Due | Amount |
|---|---|---|---|---|---|
| | 228623 | 228623 | 2/9/06 | 3/25/06 | 1,816.08 |
| | 228892 | 228892 | 2/10/06 | 3/25/06 | 4,054.50 |
| | 229173 | 229173 | 2/13/06 | 3/25/06 | 4,054.50 |
| | 229475 | 229475 | 2/14/06 | 3/25/06 | 4,054.50 |
| | 229802 | 229802 | 2/15/06 | 3/25/06 | 2,526.94 |
| | 230096 | 230096 | 2/16/06 | 3/25/06 | 2,595.86 |
| | 230406 | 230406 | 2/17/06 | 3/25/06 | 4,208.64 |
| | 230698 | 230698 | 2/20/06 | 3/25/06 | 4,208.64 |
| | 230971 | 230971 | 2/21/06 | 3/25/06 | 4,208.64 |
| | 231258 | 231258 | 2/23/06 | 3/25/06 | 4,182.36 |
| | 231568 | 231568 | 2/23/06 | 3/25/06 | 2,526.94 |
| | 231859 | 231859 | 2/24/06 | 3/25/06 | 4,149.70 |
| | 232157 | 232157 | 2/27/06 | 3/25/06 | 4,149.70 |
| | 232434 | 232434 | 2/28/06 | 3/25/06 | 4,080.78 |
| | 232715 | 232715 | 3/1/06 | 3/25/06 | 4,054.50 |
| | 233003 | 233003 | 3/2/06 | 3/25/06 | 2,585.88 |
| | 233293 | 233293 | 3/3/06 | 3/25/06 | 3,775.26 |
| | | | | | 109,921.60 |
| **Dana Trials** | 229327 | | 2/10/06 | 3/25/06 | 430.48 |
| | 229328 | | 2/10/06 | 3/25/06 | 308.84 |
| | 229329 | | 2/10/06 | 3/25/06 | 2,582.76 |
| | | | | | 3,322.08 |
| **Toyotetsu Mid America, LLC (TTMA)** | | | | | |
| DANA - Owensboro | 78093 | 78093 | 2/1/06 | 3/25/06 | 5,601.60 |
| | 78436 | 78436 | 2/3/06 | 3/25/06 | 5,999.98 |
| | 78866 | 78866 | 2/7/06 | 3/25/06 | 5,940.53 |
| | 79030 | 79030 | 2/8/06 | 3/25/06 | 6,476.86 |
| | 79201 | 79201 | 2/9/06 | 3/25/06 | 5,459.16 |
| | 79365 | 38758 | 2/10/06 | 3/25/06 | 6,025.83 |
| | 79538 | 79538 | 2/13/06 | 3/25/06 | 5,915.60 |
| | 79723 | 79723 | 2/14/06 | 3/25/06 | 5,635.64 |
| | 79891 | 79891 | 2/15/06 | 3/25/06 | 5,069.96 |
| | 80139 | 80139 | 2/16/06 | 3/25/06 | 5,384.47 |
| | 80312 | 80312 | 2/17/06 | 3/25/06 | 5,541.66 |
| | 80502 | 80502 | 2/20/06 | 3/25/06 | 4,925.23 |
| | 80671 | 80671 | 2/21/06 | 3/25/06 | 5,770.82 |
| | 80833 | 80833 | 2/22/06 | 3/25/06 | 5,634.88 |
| | 80997 | 80997 | 2/23/06 | 3/25/06 | 5,770.82 |
| | 81160 | 81160 | 2/24/06 | 3/25/06 | 5,519.65 |
| | 81323 | 81323 | 2/27/06 | 3/25/06 | 5,235.19 |
| | 81485 | 81485 | 2/28/06 | 3/25/06 | 5,354.22 |
| | 81654 | 81654 | 3/1/06 | 4/25/06 | 5,671.85 |
| | 81839 | 81839 | 3/2/06 | 4/25/06 | 5,877.46 |
| | 82005 | 82005 | 3/3/06 | 4/25/06 | 5,770.82 |
| | | | | | 118,582.23 |

A00488

A0488

|  | Invoice | BOL # | Date | Due | Amount |
|---|---|---|---|---|---|
| DANA - Stockton | 75848 | 75848 | 1/18/06 | 2/25/06 | 31,091.93 |
|  | 76016 | 76016 | 1/19/06 | 2/25/06 | 30,850.43 |
|  | 76198 | 76198 | 1/20/06 | 2/25/06 | 31,263.87 |
|  | 76389 | 76389 | 1/25/06 | 2/25/06 | 30,819.93 |
|  | 76555 | 76555 | 1/24/06 | 2/25/06 | 30,320.11 |
|  | 76723 | 76723 | 1/25/06 | 2/25/06 | 29,485.43 |
|  | 76887 | 76887 | 1/26/06 | 2/25/06 | 28,631.05 |
|  | 77507 | 77507 | 1/27/06 | 2/25/06 | 30,300.29 |
|  | 77225 | 77225 | 1/30/06 | 2/25/06 | 29,307.69 |
|  | 77414 | 77414 | 1/31/06 | 2/25/06 | 29,307.69 |
|  | 77578 | 77578 | 2/1/06 | 3/25/06 | 28,572.53 |
|  | 77742 | 77742 | 2/2/06 | 3/25/06 | 27,166.05 |
|  | 77908 | 77908 | 2/3/06 | 3/25/06 | 30,019.02 |
|  | 78091 | 78091 | 2/6/06 | 3/25/06 | 30,019.02 |
|  | 78264 | 78264 | 2/7/06 | 3/25/06 | 29,408.20 |
|  | 78434 | 78434 | 2/8/06 | 3/25/06 | 29,488.70 |
|  | 78439 | 78439 | 2/10/06 | 3/25/06 | 28,342.24 |
|  | 78605 | 78605 | 2/10/06 | 3/25/06 | 28,302.85 |
|  | 79027 | 79027 | 2/13/06 | 3/25/06 | 28,302.85 |
|  | 79037 | 79037 | 2/14/06 | 3/25/06 | 25,526.19 |
|  | 79197 | 79197 | 2/15/06 | 3/25/06 | 24,963.77 |
|  | 79204 | 79204 | 2/16/06 | 3/25/06 | 24,728.61 |
|  | 79363 | 79363 | 2/17/06 | 3/25/06 | 29,237.35 |
|  | 79364 | 79364 | 2/8/06 | 3/25/06 | 443.94 |
|  | 79557 | 79557 | 2/10/06 | 3/25/06 | 998.87 |
|  | 79893 | 79893 | 2/20/06 | 3/25/06 | 29,262.31 |
|  | 80078 | 80078 | 2/21/06 | 3/25/06 | 29,262.31 |
|  | 80311 | 80311 | 2/22/06 | 3/25/06 | 29,566.69 |
|  | 80473 | 80473 | 2/23/06 | 3/25/06 | 30,523.69 |
|  | 80666 | 80666 | 2/25/06 | 3/25/06 | 22,852.44 |
|  | 80832 | 80832 | 2/27/06 | 3/25/06 | 22,852.44 |
|  | 80995 | 80995 | 2/28/06 | 3/25/06 | 21,941.00 |
|  | 81119 | 81119 | 3/1/06 | 4/25/06 | 20,911.99 |
|  | 81322 | 81322 | 3/2/06 | 4/25/06 | 21,638.88 |
|  | 81326 | 81326 | 2/25/06 | 3/25/06 | 2,096.76 |
|  | 81483 | 81483 | 3/3/06 | 4/25/06 | 22,786.38 |
|  |  |  |  |  | 920,593.50 |

**Consolidated - Toyotetsu**

| | |
|---|---|
| DANA - Owensboro | 249,430.29 |
| DANA - Stockton | 1,030,515.10 |
| DANA - Trials | 3,322.08 |
| | 1,283,267.47 |

A00489

A0489