McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173-1944
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
James M. Sullivan (JS 2189)
Gary O. Ravert (GR 3091)

*Counsel for The Timken Company, Timken U.S. Corp.,
Toyotetsu America, Inc. and Toyotetsu Mid America, LLC*

W. Timothy Miller *(pro hac vice)*
Paige Leigh Ellerman *(pro hac vice)*
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: 513.357.9359
Facsimile: 513.381.0205

*Co-Counsel for Toyotetsu America, Inc. and Toyotetsu Mid America, LLC*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 Bankruptcy Case |
| **DANA CORPORATION, ET. AL.,** | Case No. 06-10354 (BRL) |
| Debtors. | (Jointly Administered) |
| | |
| **THE TIMKEN COMPANY, TIMKEN U.S. CORP., TOYOTETSU AMERICA, INC. and TOYOTETSU MID AMERICA, LLC,** | |
| Appellants, | Appeal No. 07-CV-5659 (PAC) |
| v. | NOTICE OF WITHDRAWAL OF APPEAL ON BEHALF OF TOYOTETSU AMERICA, INC. AND TOYOTETSU MID AMERICA, LLC |
| **DANA CORPORATION, ET AL.,** | |
| Appellees. | |

Toyotetsu America, Inc. and Toyotetsu Mid America, LLC hereby withdraw their appeal of the Memorandum Decision Regarding Reclamation Claims Under Section 546(c) of the BAPCPA entered April 19, 2007 by the Honorable Burton R. Lifland of the United States Bankruptcy Court for the Southern District of New York and Order related thereto entered April 25, 2007.

Dated: New York, New York.
November 14, 2007

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By: /s/ James M. Sullivan
James M. Sullivan (JS-2189)
Gary O. Ravert (GR-3091)
340 Madison Avenue
New York, New York 10173-1922
Telephone: 212.547.5400
Facsimile: 212.547.5444

*Counsel for Creditors The Timken Company, Timken U.S. Corp., Toyotetsu America, Inc. and Toyotetsu Mid America, LLC*

W. Timothy Miller (*pro hac vice*)
Paige Leigh Ellerman (*pro hac vice*)
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: 513.357.9359
Facsimile: 513.381.0205

*Co-Counsel for Toyotetsu America, Inc., and Toyotetsu Mid America, LLC*

NYK 1131648-1.077659.0012