USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 Bankruptcy Case |
| DANA CORPORATION, ET. AL., | : Case No. 06-10354 (BRL) |
| Debtors. | : (Jointly Administered) |
| | : |
| THE TIMKEN COMPANY AND TIMKEN U.S. CORP., | : |
| Appellants, | : Appeal No. 07-CV-5659 (PAC) |
| v. | : |
| DANA CORPORATION, ET AL., | : |
| Appellees. | : |

### NOTICE OF WITHDRAWAL OF APPEAL ON BEHALF OF THE TIMKEN COMPANY AND TIMKEN U.S. CORP.

The Timken Company and Timken U.S. Corp. hereby withdraw their appeal of the Memorandum Decision Regarding Reclamation Claims Under Section 546(c) of the BAPCPA entered April 19, 2007 by the Honorable Burton R. Lifland of the United States Bankruptcy Court for the Southern District of New York and Order related thereto entered April 25, 2007. *Case Closed.*

Dated: New York, New York.
December 12, 2007

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By: /s/ James M. Sullivan
   James M. Sullivan (JS-2189)
   Gary O. Ravert (GR-3091)
   340 Madison Avenue
   New York, New York 10173-1922
   Telephone: 212.547.5400
   Facsimile: 212.547.5444

*Counsel for Creditors The Timken Company and Timken U.S. Corp.*

SO ORDERED: DEC 1 2 2007

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE